# United States Bankruptcy Court
## District of Maryland

In re: **Kempes Jean / Lori Lee Jean**, Debtor(s)

Case No. **20-10883**
Chapter **7**

# AMENDED VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **February 13, 2020**

**/s/ Kempes Jean**
**Kempes Jean**
Signature of Debtor

Date: **February 13, 2020**

**/s/ Lori Lee Jean**
**Lori Lee Jean**
Signature of Debtor

```
American Education Services
PO Box 2461
Harrisburg, PA 17105-2461


Banana Republic
PO Box 530942
Altanta, GA 30353-0942


Best Buy
PO Box 9001007
Louisville, KY 40290-1007


Bloomingdales
PO Box 78008
Phoenix, AZ 85062-8008


Capital One
PO Box 30285
Salt Lake City, UT 84130-0287


Comptroller of Maryland
Revenue Administration Division
110 Carroll Street


Express
PO Box 659728
San Antonio, TX 78265-9728


IRS
1260 Maryland Avenue
Hagerstown, MD 21740


Jack Fisher
209 Whitetail Dr
Bellefonte, PA 16823
```

```
Macys
PO Box 78008
Phoenix, AZ 85062-8008


Manual & Sports Physical Therapy
121 Congressional Lane #602
Rockville, MD 20852


Maryland Central Collection Unit
300 W. Preston Street
Baltimore, MD 21201


Mercedes-Benz Financial Services USA LLC
13650 Heritage Parkway
Fort Worth, TX 76177


Navy Federal Credit Union
PO Box 3100
Merrifield, VA 22119-3100


PNC Bank
300 Fifth Ave
Pittsburgh, PA 15222


Saks Fifth Avenue
PO Box 71106
Charlotte, NC 28272-1106


Sears Mastercard
PO Box 6275
Sioux Falls, SD 57117


Synchrony Home
PO Box 960061
Orlando, FL 32896-0061
```

```
Target
PO Box 660170
Dallas, TX 75266-0170


The Money Source
PO Box 619063
Dallas, TX 75261-9063


Wyndham Vacation Resorts
P.O. Box 98940
Las Vegas, NV 89193
```