IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
At Greenbelt

| | |
|---|---|
| In Re: | : |
| | : |
| KEMPES JEAN | :   Case No. 20-10883-LSS |
| LORI LEE JEAN | :         (Chapter 7) |
| | : |
| Debtors | : |

### APPLICATION OF TRUSTEE TO EMPLOY REAL ESTATE AGENT

Gary A. Rosen, Trustee, by and through undersigned counsel, makes application to this Court for authority to employ a real estate agent to sell certain property of the subject estate. In support thereof, the Trustee respectfully states as follows:

1. The above captioned case was filed under Chapter 7 of the United States Bankruptcy Code on January 22, 2020. Gary A. Rosen was appointed as Trustee.

2. Among the assets of this Estate is a parcel of improved real property owned by the Debtor located at 19300 Erin Tree Court, Gaithersburg, MD 20879 (the "Real Property").

3. In order to market the Real Property most effectively and thereby to liquidate the same for the best and highest price, the Trustee has solicited the assistance of Nurit Coombe, a real estate agent with Re/Max Elite Services, who has, on the Trustee's behalf, examined said Real Property at the agent's expense.

4. In consideration for said services, agent will receive as commission, upon consummation of any such sale, a real estate agent's commission in an amount equal to 6% of the purchase price. A copy of the Listing Agreement between the Trustee and the agent is attached hereto as Exhibit A.

5. The real estate agent whom applicant proposes to employ has been informed and

understands that no sale may be consummated until after notice and a hearing.

6. Your applicant is informed and believes, and therefore alleges that employment of said real estate agent on the terms and conditions provided for herein, is in the best interest of the estate.

7. Said real estate agent is a disinterested person within the meaning of 11 U.S.C. Section 101(13).

WHEREFORE, your applicant prays that this Application be granted and that the Trustee be authorized to employ Nurit Coombe as real estate agent on the terms and conditions contained in this Application.

GARY A. ROSEN, CHARTERED


By /s/   Gary A. Rosen
     Gary A. Rosen, Esquire
     One Church Street
     Suite 800
     Rockville, MD 20850
     (301) 251-0202
     trusteerosen@gmail.com


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of March, 2020, a copy of the foregoing was served electronically to those recipients authorized to receive a Notice of Electronic Filing by the Court per the attached Electronic Mail Notice List, and was mailed, first class mail, postage pre-paid, to the U.S. Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770.

/s/   Gary A.  Rosen
Gary A.  Rosen

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
At Greenbelt

| | |
|---|---|
| In Re: | : |
| | : |
| KEMPES JEAN | :   Case No. 20-10883-LSS |
| LORI LEE JEAN | :        (Chapter 7) |
| | : |
| Debtors | : |

## DECLARATION

I, Nurit Coombe, state as follows:

1. I am a licensed real estate agent with Re/Max Elite Services.

2. To the best of my knowledge, information and belief, the undersigned and Re/Max Elite Services are "disinterested persons" within the meaning of 11 U.S.C. Section 101(13) and is eligible to serve as agent for this transaction. Furthermore, the Applicant has no connection with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

I declare under the penalty of perjury that the foregoing is true and correct.

/s/   Nurit Coombe
Nurit Coombe