

## Listing Agreement for Improved Real Property and Co-operatives
*(For use in Montgomery County and District of Columbia - Attach Jurisdictional Addendum and Required Disclosures)*

Property Address: **19300 ERIN TREE CT**  Unit: _____

Subdivision: **BROOOKFIELD**

Project: _____

City: **GAITHERSBURG**  State: **MD**  Zip: **20879**

Known as Lot(s) **21**  Block/Square: **F**  Tax ID# **160102957906**

Parking Space(s) # _____  Storage Unit(s) # _____

1. **SELLER** *(List all Sellers)*: **GARY ROSEN BANKRUPTCY TRUSTEE FOR LORI JEAN, KEMPES JEAN**

Mailing address, if different: _____

Office Telephone: _____  Home Telephone: _____

Cell Phones: _____  /  _____

Email Addresses: _____  /  _____

Emergency Contact Name & Telephone *(only necessary if sole seller)*: _____

2. **BROKER: REMAX ELITE SERVICES**  Bright MLS Broker Code & Office ID: **588690**

Office Address: **6101 EXECUTIVE BLVD, NORTH BETHESDA, MD  20852**

Office Telephone: **(301)463-7500**  Broker/Supervisor Manager Name: _____

Listing Agent: **NURIT COOMBE**  License #: **533175**

Cell Phone: **(301)346-5252**  Direct Line: _____  Email: **NURIT@TEAMNURIT.COM**

Emergency Contact Name & Telephone *(only necessary if sole seller)*: _____

3. **PURPOSE:** This agreement ("Agreement") establishes
   A. a **brokerage relationship** ("Brokerage Relationship"), an agency relationship between Seller and Broker, and
   B. a **contractual obligation** ("Contractual Obligation") between Seller and Broker, in which the Broker has the exclusive right to sell, exchange or convey the herein described property ("Property"), together with all improvements, rights and easements thereon and under the terms and conditions set forth herein.

4. **LISTING PRICE:** The Property is offered for sale at a listing price ("Listing Price") of $ **$750,000-$785,000 TBD**  , or such other price as is later agreed upon by Seller in writing.

5. **LISTING PERIOD:** This Agreement commences when signed and expires at 11:59 pm on **December 31, 2020** ("Listing Period"). If a sales contract is ratified before this Agreement expires, providing for settlement beyond the Listing Period, the terms hereof shall be extended automatically until final disposition of the sales contract.

6. **ENTRY INTO MULTIPLE LISTING SERVICE:** Seller may elect not to have the Property listing entered into Bright MLS. Seller hereby acknowledges that by electing not to enter the Property listing into Bright MLS: 1) real estate licensees from other

©2018 The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is the property of The Greater Capital Area Association of REALTORS®, Inc. and is for use by REALTOR® members only.
Previous editions of this form should be destroyed.

RE/MAX Elite Services, 11229 Huntover Dr. Rockville, MD 20852        Phone: 301.3465252        Fax: 2405590944        19300 Erin Tree
Nurit Coombe        Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com

companies and their buyer clients who have access to Bright MLS may not be aware that Seller's Property is for sale and the terms and conditions under which Seller is marketing the Property; 2) Seller's Property will not be included in the Bright MLS download to various real estate internet sites that are used by the public to search for property listings; and 3) any reduction in the exposure of the Property may negatively impact the sales price.

_____ / _____   Seller **does not authorize** their Property to be entered into Bright MLS.

_____ / _____   Seller hereby **authorizes** the use of the "Coming Soon" status in Bright MLS prior to Property becoming Active in Bright MLS in accordance with Bright MLS rules and policies. Seller and Listing Broker understand the Property cannot be shown while in the "Coming Soon" status of Bright MLS. The listing may remain in "Coming Soon" status for up to 21 days.

_____ / _____   Seller **authorizes** Property to be entered into Active status in Bright MLS on *ASAP* _____.
All listings shall be available for showing immediately upon their entry into Active status in Bright MLS.

7. **BROKER'S FEE:**
   A. **Fee:** Seller agrees to pay to Broker ___6.000___ % of the sale price **OR** $ _____ (*strike one*) and an additional flat fee in the amount of $ __495.00_____ as Broker's Fee ("Broker's Fee"). The amount of Broker's Fee is stated in this Contract and is not prescribed by law or established by any membership organization with which the Broker is affiliated. Seller acknowledges that Broker's Fee shall be earned and payable in the event that:
      1) Seller enters into a sales contract during the listing period, with any buyer procured by Seller, listing broker, or his sales associates, or other brokers or their sales associates, or any other buyer, provided the buyer performs and settles on said contract.
      2) Further, such Broker's Fee shall be paid if the Property is sold, exchanged, conveyed, or otherwise transferred within _____ days after the expiration of the Listing Period or termination of this Agreement (the "Protection Period") to anyone to whom the Property has been shown by Broker or anyone else, including the Seller, during the Listing Period, unless a valid listing agreement is entered into during the term of said Protection Period with another licensed real estate broker.
   B. **Authority to Cooperate with and Compensate Other Brokers:** Seller authorizes Broker to cooperate with other brokers as subagents of Broker ("Subagents") and/or as Brokers retained by prospective buyers to represent buyer's interests ("Buyer Agents"). Broker shall pay to Sub agent's Broker, who has earned and is entitled to share in the Broker's Fee, ___3.000___ % of the Sales Price. Broker shall pay to any Buyer Agent's Broker who has earned and is entitled to share in the Broker's Fee ___3.000___ % of the sales price.
   C. **Payment of Broker's Fee:** Payment of Broker's Fee is due at Settlement, unless Seller, after contract acceptance, fails to perform or is otherwise in default of the sales contract, or executes a release of the sales contract to which the Broker is not a party. In such case, the Broker's entire fee is due no later than the agreed settlement date.
   D. **Forfeiture of Deposit:** If the earnest money deposit ("Deposit") is forfeited, or if there is an award of damages by a court or a compromise agreement between the Seller and Purchaser, the Broker may accept and the Seller agrees to pay the Broker one-half of the Deposit in lieu of a Broker's Fee (provided Broker's share of any forfeited Deposit will not exceed the amount which would have otherwise been due at settlement).
   E. **Default by Buyer:** If Seller enters into a contract with a Buyer during the original listing period, and Buyer subsequently defaults, then the original Listing Period is extended by the number of days Property was under contract.
   F. **Attorney's Fees:** If Broker prevails in any action brought to obtain payment of the Broker's Fee, Broker shall also be entitled to recover in such action Broker's reasonable attorney's fees and court costs.

8. **AGENCY:** Maryland and Washington, DC have each adopted specific laws governing the disclosure of agency relationships and dual agency (i.e., the situation where the listing and selling agents are associated with the same broker). Seller hereby gives consent for Broker's non-assigned agent, who holds their home open, to later represent a Buyer in purchasing Seller's Property or another property. All applicable jurisdictional Agency disclosure forms have been made available to Seller who acknowledges receipt of those checked below:

| **Maryland** | **Washington, DC** |
|---|---|
| [X] **Consent for Dual Agency** | [ ] **Consent for Dual Representation** |
| [X] **Dual Agency within a Team** | **Designated Representation in the District of Columbia** |

9. **AUTHORIZATIONS:**
   A. **Sign:** Seller authorizes Broker to install a "for sale" sign on the Property, in accordance with applicable zoning ordinances and community association regulations.

©2018 The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is the property of The Greater Capital Area Association of REALTORS®, Inc. and is for use by REALTOR® members only.
Previous editions of this form should be destroyed.

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com          19J00 Erin Tree

**B.** **Key and Lockbox:**

1) **Use:** Seller authorizes Broker to allow key-entry showings and the installation of a lock box ("Lockbox" or "Key Box") and the delivery of door access keys for use by the Greater Capital Area Association of REALTORS®, Inc. ("GCAAR") members and members of current REALTOR® Associations Signatory to the ELECTRONIC KEYBOX SERVICE AGREEMENT ("Authorized Users") to access the Property and to accompany prospective buyers, inspectors, appraisers, exterminators and other parties necessary for showings and inspecting the Property. Affiliate or non-affiliate members (i.e., inspectors, appraisers, estimators) may have access for their business purposes if permission for limited access showing code is granted below.

2) **Limited Access Showing Codes:** Seller hereby: (*Seller to initial*): _____ / _____ **authorizes OR** _____ / _____ **does not authorize** use of a one day showing code. It is understood by Seller that there is a possibility that a person may use the access code in an unauthorized manner. Therefore, caution should be used with these codes as such codes will allow certain individuals to access the property without an electronic record as to their identity. The seller recognizes that it is often desirable and advantageous to Seller and may expedite the sale of their Property to have such access available.

3) **Leased Property:** If the Property is under lease during the Listing Period, Seller will furnish Broker with a written authorization, signed by all lessees, authorizing the use of a Lockbox and/or keys.

4) **Private Insurance:** Seller is advised to take all precautions for safekeeping of valuables and to maintain appropriate insurance through Seller's own insurance company.

5) **Liability:** Seller agrees that he, his heirs and assigns shall indemnify, save and hold harmless said Broker, his agents, and his affiliated brokers, salespeople, cooperating brokers, subagents, affiliate members with key(s) and with Lockbox access and other individuals who have use through a one day access code and the Greater Capital Area Association of REALTORS®, Inc., from any and all claims, loss or liability arising from the use of said key(s) or Lockboxes, including Broker's negligence, breach of contract or any wrong doing exclusive of gross negligence or willful misconduct. Seller assumes all risk of any loss, damage and injury, except those caused by gross negligence or willful misconduct of any party.

## 10. **MARKETING/VIRTUAL OFFICE WEBSITES ("VOW"):**

**A.** **Internet Marketing Options:** Certain features may be displayed on the websites of multiple listing service(s) ("MLS") participants, including:

Seller to Initial    **YES**    **NO:**

_____ / _____    [X]    [ ]    1) Seller authorizes the listed Property to be displayed on the internet.
If Seller has selected "No" for this Option, a consumer who conducts searches for listings on the Internet will not see information about the listed Property in response to their search. **Initial here** _____ / _____

If "No" was selected for Option 1, skip Options 2-4. If "Yes" was selected for Option 1, continue to Options 2-4.

_____ / _____    [X]    [ ]    2) Seller authorizes the listing address, (including house/unit numbers and street name) to be displayed on the Internet.

If Seller has selected "No" for this Option, a consumer who conducts searches for listings on the Internet will not see this particular information about the listed Property in response to their search. **Initial here** _____ / _____

_____ / _____    [X]    [ ]    3) Seller authorizes the display of an automated estimate of the market value of the Property (or a hyperlink to such estimate) on MLS participants' websites.

_____ / _____    [X]    [ ]    4) Seller authorizes the display of unedited comments or reviews of the Property (or display a hyperlink to such comments or reviews) on MLS participants' websites. (also known as the "Blogging Feature").

©2018 The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is the property of The Greater Capital Area Association of REALTORS®, Inc. and is for use by REALTOR® members only.
Previous editions of this form should be destroyed.

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com        19300 Erin Tree

B. During the term of this agreement, Seller may, by written request to Broker, authorize Broker to enable or disable use of either feature as described above. Broker agrees to promptly transmit the request to the Bright MLS. Broker cannot control if unauthorized or disabled features are displayed by others on the Internet. Seller understands and agrees that public websites determine their own content and use of data, and therefore Broker has no control over public websites and no obligation to remove any of the above content from public websites at any time. Broker is further authorized to and shall market the Property through various means including, but not limited to: installing a sign, photographing the interior and exterior of the Property and installing a lockbox. Seller authorizes Broker to market Property, including use of address and interior and exterior photographs, in media which may include, but not be limited to publications at Broker's discretion, except as otherwise limited by Seller in paragraph 10.A. Seller acknowledges that Broker is bound by the bylaws, policies, procedures, rules and regulations governing Bright MLS and the Lockbox system. Seller hereby authorizes Broker to report any contract of sale with sales price and terms of sale to Bright MLS for dissemination, in accordance with rules and policies.

11. **INCLUSIONS/EXCLUSIONS:** Unless otherwise negotiated in the sales contract, the sales price shall include those items of personal property as described in the attached Inclusions/Exclusions Disclosure. It is recommended that this Disclosure be left at the Property or placed online for prospective buyers.

12. **PROPERTY CONDITION AND DISCLOSURE OF MATERIAL FACTS:**
   A. **Legal Requirement:** Seller acknowledges that the Broker has informed Seller of Seller's obligations to provide a property condition disclosure to prospective buyers, as defined in applicable jurisdictional forms attached hereto.
   B. **Indemnify:** Seller agrees to indemnify, save, and hold Broker and his sales associates harmless from all claims, complaints, disputes, litigation, judgments and attorney's fees arising from any incorrect information supplied by Seller or from Seller's failure to disclose any material facts.
   C. **Hazardous Materials and Conditions:** There are environmental conditions and hazardous materials that could affect the Property and sale. Broker does not have the technical expertise to advise Seller of their presence. Seller may employ an expert to inspect for same. In the event Seller conducts such tests and makes reports available to Broker, Seller authorizes Broker to make said reports available to prospective buyers.
   D. **Amend as Applicable:** Seller agrees to amend in writing the applicable Disclosures, if any material change affecting the Property occurs during the Listing Period.

13. **LEAD PAINT REGULATIONS:** A SELLER WHO FAILS TO GIVE THE REQUIRED LEAD-BASED PAINT DISCLOSURE FORM AND EPA PAMPHLET ENTITLED "PROTECT YOUR FAMILY FROM LEAD IN YOUR HOME" MAY BE LIABLE UNDER THE ACT FOR THREE TIMES THE AMOUNT OF DAMAGES AND MAY BE SUBJECT TO BOTH CIVIL AND CRIMINAL PENALTIES. Seller and any agent involved in the transaction are required to retain a copy of the completed Federal Lead-Based Paint Disclosure Form for a period of three (3) years following the date of settlement.

14. **RENOVATION, REPAIR AND PAINTING OF PROPERTY:** In accordance with the Lead Renovation, Repair and Painting Rule ("RRP") as adopted by the Environmental Protection Agency ("the EPA"), effective April 22, 2010, if the improvements on the Property were built before 1978, contractor(s) engaged by Seller to renovate, repair or paint the Property must be certified by the EPA where such work will disturb more than six square feet of lead-based paint per room for interior projects; more than 20 square feet of lead-based paint for any exterior project; or includes window replacement or demolition ("Covered Work"). Before and during any Covered Work project, contractor(s) must comply with all requirements of the RRP.

A Seller who personally performs any Covered Work on a rental property is required to be certified by the EPA prior to performing such Covered Work. No certification is required for a Seller who personally performs Covered Work on a Seller's principal residence. However, Seller has the ultimate responsibility for the safety of Seller's family or children while performing such Covered Work. For detailed information regarding the RRP, Seller should visit **http://www2.epa.gov/lead/renovation-repair-and-painting-program**.

15. **WOOD-DESTROYING INSECTS:** Seller agrees to provide access to the Property for an inspection to determine evidence of infestation by termites and/or other wood-destroying insects. This inspection is in addition to the pre-settlement inspection and other inspections as agreed to in the sales contract. The inspection shall include the house, garage or other outbuildings and any fences abutting the house, as may be required by the sales contract. If infestation or damage exists, then prior to or at settlement, Seller agrees, at Seller's expense, to treat infestation and repair damage in accordance with the terms of the contract of sale or lender requirements. In the event Seller accepts a contract that includes VA financing, Seller agrees to reimburse Buyer for the reasonable cost of said inspection.

©2018 The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is the property of The Greater Capital Area Association of REALTORS®, Inc. and is for use by REALTOR® members only.
Previous editions of this form should be destroyed.

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026    www.zipLogix.com                    19300 Erin Tree

16. **ENCUMBRANCES/LIENS/OTHER TITLE MATTERS:** Seller represents that no other person or entity owns any portion of the Property or has any ownership rights to the Property. Seller has the capacity to convey clear title and that the Property is not subject to any right to purchase, lease or acquisition by virtue of an existing option, right of first refusal or other agreement. Seller agrees not to negotiate new leases, or extend existing leases, during the Listing Period without written notification to Broker.

Seller warrants clear title and agrees to provide sufficient cash to discharge at settlement all liens and encumbrances including, but not limited to, existing deeds of trust, home equity loans, mechanic's liens, deferred transportation-related facility charges/taxes, tax judgment liens, property taxes, Co-op, Condo, HOA fees or any specific unit assessments. Seller shall comply with all orders, requirements, or notices of violations of any county or local authority, condominium unit owners' association, homeowner's or property owners' association or actions in any court on account thereof, against or affecting the Property on the date of settlement. Title is to be good and marketable, and insurable by a licensed title insurance company with no additional risk premium. In case action is required to perfect the title, such action must be taken promptly by the Seller at the Sellers' expense. Seller shall convey the Property by special warranty deed. Seller shall sign such affidavits, lien waivers, tax certifications and other documents as may be required by the lender, title insurance company, Settlement Agent, or government authority, and authorizes the Settlement Agent to obtain pay-off or assumption information from any existing lender(s) and/or lien holder(s).

Seller discloses to Broker that the following are the only existing liens/encumbrances against the Property and existing matters that could affect the title to the Property, and further agrees to disclose any new liens or matters which arise during the Listing Period:

**Check any/all that apply:**

- [ ] A) The Property is owned free and clear of any liens/loans or equity lines of credit. Please note that a lien may still exist if there is an equity line of credit even if the seller has no current balance on the equity line. **If checked, skip to F.**
- [ ] B) The Property security for a **first mortgage** or Deed of Trust loan, held by (Lender or Servicer's Name): _____ with an approximate balance of $ _____.
- [ ] C) The Property is security for a **second mortgage** or Deed of Trust loan, held by (Lender or Servicer's Name): _____ with an approximate balance of $ _____.
- [ ] D) The Property is security for a **line of credit** or home equity line of credit, held by (Lender or Servicer's Name): _____ with an approximate balance of $ _____.
- [ ] E) The Seller is in **default** on any of the loans identified in numbered items B, C, and D above for which the Seller has received any notices of such default(s), notice of threatened foreclosure or notice of the actual filing of foreclosure.
- [ ] F) This transaction could result in a **short sale** (in which sale proceeds may not cover all outstanding loans/liens plus transaction costs). If yes, the GCAAR **Short Sale Addendum to Listing Contract must be attached.**
- [ ] G) There are **liens** filed or secured against the Property for Federal, State or local income taxes; unpaid real property taxes; or unpaid Co-operative, Condominium or Homeowners' Association fees/assessments; or utility liens.
- [ ] H) There are **judgements** against Seller (including each Seller jointly held property) or the Seller has knowledge of any matter that might result in a judgement that may potentially affect the Property.
- [ ] I) The Seller has filed for **bankruptcy** protection under United States law, or the Seller is contemplating doing so during the term of this Listing Agreement. Seller expressly authorizes Broker to contact bankruptcy attorney to determine the impact of such filing including, but not limited to, if Seller has the authority to enter into this Listing Agreement, if this Listing Agreement must be approved by the Bankruptcy Court, and if any future sales contract requires Bankruptcy Court approval. Seller must immediately notify Broker if Seller files during the term of this Listing Agreement.
- [ ] J) The Property subject to an **estate.**
- [ ] K) There is a **deceased co-owner**; a death certificate will be required at settlement.
- [ ] L) There is a pending **divorce** proceeding; attached is a copy of any Separation Agreement.
- [ ] M) There are any **other legal proceedings** pending that could result in a judgment against the Seller or affect the property, such as: _____
- [ ] N) Any Seller is a **foreign person** for purposes of U.S. income taxation. See Paragraph 21.B.

**During the term of the Listing Agreement, should any change occur with respect to any of the answers to items A-N above, Seller shall IMMEDIATELY give written Notice to Broker and Listing Agent of such change(s).**

©2018 The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is the property of The Greater Capital Area Association of REALTORS®, Inc. and is for use by REALTOR® members only.
Previous editions of this form should be destroyed.

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026    www.zipLogix.com          19300 Erin Tree

17. **OWNERSHIP WITH ASSESSMENTS:**
The Property is a member of the following association(s), and applicable addenda relative to each is hereby attached:

☐ **Condominium**        ☐ **Co-operative**        ☑ **Homeowners' Association (HOA)**

18. **SMOKE DETECTOR AND CARBON MONOXIDE DETECTOR REQUIREMENTS:** Seller shall have smoke detectors and carbon monoxide detectors installed and operational in accordance with the requirements of the jurisdiction in which the Property is located prior to settlement.

19. **FAIR HOUSING LAWS:** In compliance with federal fair housing regulations, the Property shall be made available to all persons without regard to race, color, religion, national origin, sex, physical or mental handicaps or familial status. Additional protected classes exist for the District of Columbia, the State of Maryland and some local jurisdictions.

20. **CLOSING COSTS:** Seller acknowledges that Buyers have the right to select the title insurance company, settlement or escrow company or title attorney. Seller agrees to pay settlement costs including, but not limited to, the release of liens or encumbrances against the Property, deed preparation, other legal document preparation, courier/delivery charges, reasonable settlement fees, and, in addition, transfer and recordation taxes and any other costs agreed upon in the sales contract.

21. **FEDERAL TAX REPORTING/WITHHOLDING:**
A. **1099 Reporting:** Section 1445 of the Internal Revenue Code may require the settlement agent to report the gross sales price, Seller's federal tax identification number and other required information to the IRS. Seller will provide to the settlement agent such information at the time of settlement.
B. **Foreign Investment Real Property Tax Act Withholding ("FIRPTA"):** If Seller is a foreign person for purposes of U.S. income taxation, the IRS requires that a percentage of the sales price be withheld from Seller's proceeds at the time of settlement: those funds are to be applied towards the payment of any capital gains tax that might be due. A foreign person includes, but is not limited to; non-resident aliens, foreign corporations, foreign partnerships, foreign trusts or foreign estates ("Foreign Person"). Sellers are advised to seek legal and/or financial advice concerning these matters. If Seller is not a Foreign Person, Seller shall execute an affidavit to this effect at the time of settlement.

22. **GENERAL PROVISIONS:**
A. **Laws and Regulations:** Seller acknowledges that Broker must comply with federal, state and local laws and regulations as well as real estate licensing laws and regulations of either the District of Columbia or the State of Maryland.
B. **Competing Properties:** Seller understands that Broker may have or obtain listings of other similar properties and that potential buyers may consider, make offers on, or purchase through Broker properties that are similar to Seller's property. Seller consents to Broker's representation of Sellers and Buyers of other similar properties before, during and after the expiration of this Agreement.
C. **Subsequent Offers:** Upon receipt by Broker of a ratified contract of sale pursuant to this Listing Agreement, Broker shall have no further obligation hereunder to procure any additional purchase offers.
D. **Delivery:** Delivery or Delivered means hand carried, sent by overnight delivery service, sent by wired or electronic medium which produces a tangible record of the transmission (such as "fax", email which includes an attachment with an actual copy of the executed instruments being transmitted, or U.S. Postal mailing.) In the event of overnight delivery service, Delivery will be deemed to have been made on the next business day following the sending, unless earlier receipt is acknowledged in writing. In the event of U.S. Postal mailing, Delivery will be deemed to have been made on the third business day following the mailing, unless earlier receipt is acknowledged in writing.
E. **Notice:** This Agreement shall be deemed enforceable when it and all addenda and any modifications thereto have been signed, initialed where required by Seller and Broker (or Supervising Manager), and Delivered to the other party.
F. **Paragraph Headings:** The Paragraph headings in this Agreement are for reference and convenience only, and do not define or limit the intent, rights or obligations of the parties.
G. **Definitions:** The singular shall include the plural, the plural the singular, and the use of either gender shall include the other gender.
H. **"Buyer"** means "purchaser" and vice versa.

©2018 The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is the property of The Greater Capital Area Association of REALTORS®, Inc. and is for use by REALTOR® members only.
Previous editions of this form should be destroyed.

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com            19300 Erin Tree

23. **AUTHORITY TO DISCLOSE EXISTING OFFERS**: Seller is advised that prospective buyers or cooperating brokers may inquire of Broker or Broker's agents the existence of other offers for the purchase of the Property. Disclosure of other offers could result in the buyer making the highest and best offer as promptly as possible or such disclosure could result in the interested buyer electing not to make an offer. Seller(s) hereby [X] **authorizes OR** [ ] **does not** authorize the Broker to disclose the existence of other offers on the Property in response to inquiries from buyers or cooperating brokers. Such disclosure may include the source of offers (the listing licensee, another licensee in the listing firm, or a cooperating broker).

24. **HOMEOWNER WARRANTY:**
Seller [ ] **does OR** [X] **does not** elect to purchase a homeowner warranty, which may be in effect during the Listing Period and may transfer to the buyer upon settlement. Seller should review the scope of coverage, exclusions and limitations.

Cost not to exceed $ _____ Warranty provider to be _____

25. **BINDING AGREEMENT:**
   A.  This Agreement contains the entire legally binding agreement between Seller and Broker and cannot be changed except with written consent of all parties. Any prior discussion between the parties concerning this subject matter is superseded by this Agreement.
   B.  This Agreement shall survive execution and delivery of the deed and shall not be merged therein. If this Agreement is signed by more than one person, it shall constitute the joint and several obligations of each party. Further, this Agreement is binding upon the parties, their personal representatives, successors, heirs and assigns.
   C.  This Agreement shall be interpreted and construed in accordance with the laws of the jurisdiction where the Property is located.
   D.  Seller hereby acknowledges that he has read and understands this Agreement, understands he may seek legal advice prior to signing it, and acknowledges that all information provided to Broker by Seller is true and correct to the best of Seller's knowledge. Seller hereby acknowledges receipt of a copy of this legally binding agreement and agrees to be bound by its terms and conditions.

26. **TERMINATION:**
   A.  **DC Properties:** This Agreement may be terminated prior to the end of the Listing Period only by mutual written agreement of the parties.
   B.  **Montgomery County Properties:** See required Jurisdictional Addendum to the Listing Agreement.

27. **ADDITIONAL TERMS:**

_____
_____
_____
_____

| | | |
|---|---|---|
| Seller                                    Date | By: |  |
| GARY ROSEN BANKRUPTCY TRUSTEE FOR LORI JEAN, KEMPES | Broker/Supervising Manager                    Date |  |
| Seller                                    Date | Listing Agent                                 Date |  |
| | **NURIT COOMBE** |  |

Seller signature dated 3/5/20. Broker/Supervising Manager and Listing Agent dated 3/5/20.

**NOTE: If any party is signing for another as a fiduciary, attach appropriate Power of Attorney, Letter of Administration, or other authorization as applicable. An original document will be required for settlement.**

©2018 The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is the property of The Greater Capital Area Association of REALTORS®, Inc. and is for use by REALTOR® members only.
Previous editions of this form should be destroyed.

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026    www.zipLogix.com                    19300 Erin Tree





## Montgomery County Jurisdictional Addendum to the
## Listing Agreement for Improved Real Property
### *(Required for all Listing Agreements in Montgomery County)*

The Listing Agreement _____ **March 4, 2020** _____, by and between **GARY ROSEN BANKRUPTCY TRUSTEE FOR LORI JEAN, KEMPES JEAN** _____, Sellers and _____ **REMAX ELITE SERVICES** _____, Broker for the property known as **19300 ERIN TREE CT, GAITHERSBURG, MD 20879**

is hereby amended by the incorporation of this Addendum, which shall supersede any provisions to the contrary in this Agreement.

1.  **AGENCY:**

    A.  **Agency Disclosure and Consent for Dual Agency:** Seller acknowledges that the Broker has informed Seller of his rights and obligations as defined in "Consent for Dual Agency." Copies attached hereto.

    B.  **Ministerial Acts:** Seller agrees that the Agent may perform ministerial acts for the Buyer. A "ministerial act" is an act where the Agent assists the Buyer to complete or fulfill a sales contract with the Seller and an act that does not involve discretion or the exercise of the Agent's own judgment.

2.  **FAIR HOUSING:** Seller acknowledges that Montgomery County and the State of Maryland require that the Property shall be made available to all persons without regard to race, color, religious creed, ancestry, national origin, sex, marital status, disability, presence of children, family responsibilities, sexual orientation, source of income, age or gender identity.

3.  **TRANSFER AND RECORDATION FEES:** There are three taxes payable in Montgomery County when a Deed is recorded: 1) the State Recordation Tax; 2) the State Transfer Tax and 3) the Montgomery County Transfer Tax.

    Maryland law requires that the cost of these three taxes shall be paid as follows:

    A.  If Buyer is not a first time Maryland home buyer*, then such taxes shall be shared equally between Seller and Buyer, unless otherwise negotiated in the sales contract.

    B.  If Buyer is a first time Maryland home buyer*, then all the transfer and recordation taxes shall be paid by the Seller, unless otherwise negotiated in the contract.

    C.  If Buyer is a first time Maryland home buyer*, Maryland law states that the rate of the State Transfer Tax is reduced to ¼ % of the sales price and shall be paid by the Seller.

    *Under Maryland Code § 14-104, a first time Maryland home buyer is defined as an individual who has never owned residential real property in the State that has been the individual's principal residence **AND** the residence being purchased will be occupied by the home buyer as their principal residence.

4.  **MARYLAND NON-RESIDENT SELLER TRANSFER WITHHOLDING TAX DISCLOSURE:** Seller acknowledges, pursuant to Maryland Code § 10-912 of the Tax-Property Article, Annotated Code of Maryland, that if Seller is

    A.  a non-resident individual of the State of Maryland, **OR**

    B.  a non-resident entity which is not formed under the laws of the State of Maryland and is not qualified by or registered with the Maryland State Department of Assessments and Taxation to do business in the State of Maryland, the deed or other instrument of writing that effects a change of ownership to the Property may not be recorded with the clerk of the court for a county or filed with the Maryland State Department of Assessments and Taxation unless payment is first made by the Seller in an amount equal to:

    i.  7.5 % of the total payment to a non-resident individual(s) Seller; **OR**

    ii.  8.25 % of the total payment to a non-resident entity Seller

    UNLESS each Seller:

    1.  Certifies, in writing, under the penalties of perjury, that the Seller is a resident of the State of Maryland or is a resident entity of the State of Maryland; **OR**

©2018 The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is property of the Greater Capital Area Association of REALTORS®, Inc. and is for use by members only.
Previous editions of this Form should be destroyed.

GCAAR Form # 909 - Montgomery County Jurisdictional
Addendum to the Listing Agreement - MC

Page 1 of 2

12/2018

RE/MAX Elite Services, 11229 Huntover Dr. Rockville, MD 20852                    Phone: 301.3465252          Fax: 2405590944          19300 Erin Tree
Nurit Coombe                    Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com

2.  Presents to the clerk of the circuit court for a county or the Maryland State Department of Assessments and Taxation a certificate issued by the Comptroller of the State of Maryland stating that
    a.  there is no tax due in connection with the sale or exchange of the Property; or
    b.  a reduced amount of tax is due from the Seller and the reduced amount is collected by the clerk of the circuit court for a county or the Maryland Department of Assessments and Taxation before recording or filing; (NOTE: If Seller intends to obtain a certificate from the Comptroller's office, Seller should immediately contact the Comptroller at 1-800-MD-TAXES (1-800-638-2937). Obtaining the certificate requires a MINIMUM of at least three (3) weeks); OR

C.  Has satisfied the tax liability or has provided adequate security to cover such liability; **OR**

D.  Certifies, in writing, under the penalties of perjury, that the Property being transferred is the Seller's principal residence.

As defined under Maryland law and as used in a) and b) above, the term "Total Payment" means the net proceeds paid to the Seller for the Property and associated tangible personal property, less: 1) debts owed by the Seller and secured by a mortgage or other lien against the Property being paid upon the sale or exchange of the Property and 2) other expenses of the Seller arising out of the sale or exchange of the Property and disclosed on a settlement statement prepared in connection with the sale or exchange of the Property. "Total Payment" includes the fair market value of any property transferred to the Seller.

5.  **RECEIPT OF INFORMATION AND COMPLETION OF DISCLOSURES:** Seller acknowledges Seller's receipt of and/or completion of the following disclosures, as applicable, and authorizes Broker to make them available to prospective purchasers:

    *   "Maryland Residential Property Disclosure or Disclaimer Statement" (Form 912)
    *   "Lead Paint - Federal Disclosure of Lead-Based Paint and Lead-Based Paint Hazards for SALES" (Form 907A)
    *   "Lead Paint - Federal Disclosure of Lead-Based Paint and Lead-Based Paint Hazards for RENTALS" (Form 907B)
    *   "Maryland Lead Poisoning Prevention Program Disclosure" (Form 908)
    *   "REA - Regulations, Easements and Assessments Disclosure Addendum" (Form 900)
    *   "Inclusions/Exclusions Disclosure and/or Addendum: (Form 911)
    *   NAR Pamphlet, "What Everyone Should Know About Equal Opportunity in Housing"

6.  **OPEN HOUSE:** During an open house, Seller hereby gives consent to Broker and licensees thereof to discuss other properties unless otherwise specified here: _____

7.  **OFFER PRESENTATION:** All written offers or counteroffers shall be presented to the Seller in full as a hard copy or in electronic format unless otherwise specified here: _____

8.  **TERMINATION:**

    A.  The Brokerage Relationship established by this Agreement may be terminated unilaterally by either party prior to the end of the Listing Period by either party Delivering _____**10**_____ days advance Notice to the other.

    B.  Even if the Brokerage Relationship is terminated under the terms above, the **Contractual Obligations** shall remain in full force and effect, unless terminated by mutual written consent of all parties. In addition, the terms of GCAAR Listing Agreement paragraph 7.A.2 or MR Listing Agreement paragraph 14 ("Protection Period") shall survive even if the Agreement is terminated early.

| | |
|---|---|
| Seller _____ **3/5/20** Date | Managing Broker Name _____ |
| **GARY ROSEN BANKRUPTCY TRUSTEE FOR LORI** | |

| | |
|---|---|
| Seller _____ Date | Managing Broker Signature _____ Date |

| | |
|---|---|
| Listing Agent Signature _____ **3/5/20** Date | |
| **NURIT COOMBE** | |

©2018 The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is property of the Greater Capital Area Association of REALTORS®, Inc. and is for use by members only.
Previous editions of this Form should be destroyed.

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com          19300 Erin Tree

 

## Short Sale Addendum to the Listing Agreement

### *(For use in Montgomery County and Washington, DC)*

| Property Address | | | **19300 ERIN TREE CT, GAITHERSBURG, MD  20879** | | | | |
|---|---|---|---|---|---|---|---|
| Unit | | Subdivision/Project | **BROOOKFIELD** | | | | |
| | City | | **GAITHERSBURG** | State | **MD** | Zip | **20879** |
| Known as Lot(s) | **21** | Block/Square | **F** | Tax ID # | | **16102957906** | |
| Parking Space(s) # | | | | Storage Unit(s) # | | | |

**1.   SHORT SALE DEFINED:** A Short Sale occurs when the Seller's net proceeds of sale are insufficient to pay off the liens on the Property and the Seller is unable to bring sufficient funds to settlement to satisfy the holders of the liens (Creditors). As such, Seller must receive approval from Creditors to accept Seller's net proceeds of sale in exchange for releasing the liens.

**2.   SHORT SALE CONSIDERATIONS:**

   **A.  Credit and Tax Considerations:** A Short Sale may adversely affect the Seller's credit score. If Creditors agree to a Short Sale, the debt may not be forgiven entirely, which requires the Seller to pay the difference as a personal obligation. If the lien is insured by FHA or guaranteed by VA, Seller may be required to pay the difference. A Short Sale in which a portion of the debt is forgiven may be considered a relief of debt and may be treated as income for tax purposes. Seller is advised to consult independent legal counsel and a professional tax advisor prior to entering into a contract that may result in a Short Sale.

   **B.  Options:** Seller acknowledges there may be options other than a Short Sale, such as loan modification, revised repayment plan, refinance, or entry into a lender's loan mitigation program. Seller is advised to explore all available options with Creditors.

**3.   SELLER ACKNOWLEDGMENT:** Seller acknowledges that a sale of this property may result in a Short Sale. Seller agrees to cooperate with Broker and Creditors to obtain information regarding the amount owed on the Property. Seller shall complete all necessary authorization and release forms required by Creditors.

**4.   APPROVAL PROCESS:** Obtaining approval of Creditors for a Short Sale involves documentation similar to that required for the original loan application. The Seller must generally establish that the Seller is financially incapable of paying the Creditors. The Seller agrees to promptly submit to Creditors all requested documentation, including but not limited to W-2 forms, bank statements, tax returns, hardship letter stating the reason the Creditors should consider granting a Short Sale, and other requested financial documents disclosing income, assets, and debt. The Seller acknowledges that Creditors' approval of a Short Sale may take weeks or months to obtain, if approved at all. Broker has no control over Creditors' decisions.

**5.   AUTHORITY TO DISCLOSE EXISTENCE OF SHORT SALE:** Seller is advised that prospective Buyers, Brokers and Agents are entitled to be advised that this Property is or may be a Short Sale and is subject to third party approval. Seller hereby authorizes Broker to include the disclosure of this information in the Multiple Listing Service, any advertising, as well as in any contract of sale.

**Disclaimer: Seller acknowledges that Broker cannot provide legal, tax, or financial advice. Broker may facilitate the transaction through communication with Creditors; however, Broker will not negotiate the terms and conditions of the Short Sale on behalf of the Seller. Seller or Seller's legal/financial representative is solely responsible for negotiating the payoff of debts. Seller agrees to hold harmless Broker, its officers, Agents, and employees from any liability that may arise from broker's facilitation of this transaction.**

_____                   **3/5/20**
Seller GARY ROSEN BANKRUPTCY TRUSTEE FOR LORI JEAN, KEMPES JEAN                 Date

_____                   _____
Seller                                                                     Date

©2008, The Greater Capital Area Association of REALTORS®, Inc.
This recommended form is the property of the Greater Capital Area Association of REALTORS®, Inc. and is for use by members only.

RE/MAX Elite Services, 11229 Huntover Dr. Rockville, MD 20852                                        Phone: 301.3465252          Fax: 2405590944          19300 Erin Tree
Nurit Coombe                        Produced with zipForm® by zipLogix  18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com

 

## General Addendum

The Contract of Sale dated _____ **March 4, 2020** _____

Address _____ **19300 ERIN TREE CT** _____

City _____ **GAITHERSBURG** _____ , State ___ **MD** ___ , Zip ___ **20879** ___

Between Seller ____ **GARY ROSEN BANKRUPTCY TRUSTEE FOR LORI JEAN, KEMPES JEAN** ____

and Buyer _____

is hereby amended by the incorporation of this Addendum, which shall supersede any provisions to the contrary in the Contract.

**ALL PARTIES ACKNOWLEDGE THE SALE IS SUBJECT TO BANKRUPTCY COURT APPROVAL.**

**ALL PARTIES ACKNOWLEDGE THIS IS AN 'AS IS' SALE.**

_____ 3/5/20
Seller                                    Date
GARY ROSEN BANKRUPTCY TRUSTEE FOR LORI JEAN, KEMPES JEAN

_____
Buyer                                    Date

_____
Seller                                    Date

_____
Buyer                                    Date

© 2010 The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is property of the Greater Capital Area Association of REALTORS®, Inc. and is for use by members only.
Previous editions of this Form should be destroyed.

GCAAR #1320 -General Addendum - MC, DC                    Page 1 of 1                    10/2010



 

## Short Sale Addendum
*(For use in Montgomery County and District of Columbia)*

The Contract of Sale with an Offer Date of __March 4, 2020__ between _____
_____ *(Buyer)* and **GARY ROSEN BANKRUPTCY TRUSTEE FOR LORI**
**JEAN, KEMPES JEAN** _____ *(Seller)* for the purchase of the real property located at
Address _____ **19300 ERIN TREE CT** _____ Unit # _____
City _____ **GAITHERSBURG** _____, State __MD__ Zip Code ____ **20879** ___ is hereby
amended by the incorporation of this Addendum, which shall supersede any provisions to the contrary in the Contract.

**1.** **DEFINITION:** A Short Sale occurs when a Seller's net proceeds of sale are insufficient to pay off the liens on the Property, and the Seller is unable to bring sufficient funds to settlement to satisfy the holders of those liens (Creditors). As such, Seller must receive written approval from Creditors to accept Seller's net proceeds of the sale in exchange for releasing the liens and any deficiency balances ("Written Approvals"). Seller may, at Seller's sole option, accept approvals which do not fully release deficiency balances, in which event such approvals shall be deemed Written Approvals.

**2.** **SHORT SALE CONTINGENCY:** This Contract is contingent until 6:00 p.m. on the _____ **90** _____ day after Date of Ratification ("Deadline") for Seller to obtain and Deliver copies of Written Approvals, along with GCAAR Form #200, to Buyer ("Notice of Written Approvals"). In the event Seller has not delivered Notice of Written Approvals to Buyer by the Deadline, this Contingency shall continue unless:

    **A.** Buyer gives Notice to Seller declaring the Contract void. This Notice may be given by Buyer at any time after the Deadline. If Buyer Delivers said Notice, Seller must Deliver Notice of Written Approvals by 6:00 p.m. on the third day following Notice or this Contract shall become Void.

    **B.** Seller gives Notice to Buyer declaring this Contract void. This Notice may be given by Seller at any time after the Deadline if Seller has been unable to obtain the Written Approvals.

In the event that Seller receives a written denial of his/her application for Written Approvals from a Creditor and Delivers a copy of such written denial to Buyer, then at any time thereafter either Seller or Buyer may declare this Contract Void. In the event that the Written Approvals received by Seller contain terms different from the terms of this Contract (including a settlement date earlier than agreed to by the parties), Seller shall request that the Contract be amended to conform to such different terms at the same time that Seller Delivers Notice of Written Approvals to Buyer.

In the event that Buyer does not Deliver Notice to Seller accepting such different terms by 6 p.m. on the third day following Delivery of Notice of Written Approvals, this Contract shall become Void.

**3.** **OTHER CONTINGENCIES:** All other contingencies in this Contract for Buyer or Seller shall begin either:

    **A.** as of the date of Delivery of Notice of Written Approvals ☐

            **OR**

    **B.** as of the Date of Ratification of the Contract. ☒

**4.** **SETTLEMENT DATE:** Settlement will take place _____ **30** _____ days after the latter of:

    **A.** the date Seller Delivers Notice of Written Approvals to Buyer;

            **OR**

    **B.** the date all contingencies in this Contract are satisfied or removed.

©2018 The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is the property of the Greater Capital Area Association of REALTORS®, Inc. and is for use by members only.
Previous editions of this Form should be destroyed.

RE/MAX Elite Services, 11229 Huntover Dr. Rockville, MD 20852      Phone: 301.3465252     Fax: 2405590944     19300 Erin Tree
Nurit Coombe        Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com

5. **GENERAL ACKNOWLEDGMENTS AND AGREEMENTS:**
The parties acknowledge and agree to the following in the event these circumstances apply to this transaction:

    A. Any expenses incurred by Buyer will not be reimbursed in the event Contract becomes Void pursuant to this Addendum.

    B. Broker and Agents do not represent Creditors and are not authorized to negotiate with Seller's Creditors in this transaction. Seller is strongly advised to seek professional advice with the negotiations as important legal, credit and tax implications are likely to arise from a short sale.

    C. Creditors will not sign this Contract or any Addendum.

    D. The Property shall be removed from "Active" status in the Multiple Listing System and only back up offers may be accepted.

    E. The earnest money shall be deposited promptly as defined by statute, unless otherwise agreed upon in this Contract.

    F. At any time during the short sale process a Creditor may exercise its rights to winterize the property and/or change the locks without notification to Seller.

    G. All parties recognize that all extensions of the settlement date are subject to the Creditors' discretion.

6. **SELLER ACKNOWLEDGMENTS:** Seller will be in Default if (as applicable):

    A. Seller does not make initial contact with Seller's Creditors prior to ratification or within 5 business days after ratification; **OR**

    B. Seller does not comply with Seller's Creditors reasonable requirements in a timely and diligent manner; **OR**

    C. Seller makes any deliberate misrepresentations, material omissions or in accuracies regarding financial information that results in the Seller's Creditors in ability to approve the Short Sale; **OR**

    D. Seller does or fails to do any act following the date of ratification that prevents Seller from completing Settlement.

_____  3/5/20 _____
Seller                                           Date          Buyer                                              Date
GARY ROSEN BANKRUPTCY TRUSTEE FOR LORI JEAN, KEMPES JEAN

_____  _____  _____
Seller                                           Date          Buyer                                              Date

©2018 The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is the property of the Greater Capital Area Association of REALTORS®, Inc. and is for use by members only.
Previous editions of this Form should be destroyed.

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com          19300 Erin Tree

## BANKRUPTCY SHORT SALE ADDENDUM

_____ ("Buyer")
and _Gary Rosen_____ Chapter 7 Trustee in Bankruptcy case Number
_____ ("Seller") make this Addendum to a Residential Contract of Sale dated
_____("Contract") as follows:

1. Buyer Acknowledges that this property is subject to Short Sale and Bankruptcy Court Approval. Upon receipt of short sale lender approval, Seller shall file a Motion to Sell with the Bankruptcy Court. Closing shall occur within 5 days following entry of the Order to Sell.

2. The property is being sold "AS IS" with no representations or warranties as to the condition of the property or the presence of any personal property or fixture therein.

3. Seller shall have no obligation whatsoever to disclose, remedy, warrant or contribute financially to the remediation of, any property condition(s) that anyone, including Buyer, Buyer's inspector, or Buyer's lender, may deem as requiring remediation.

4. Buyer shall be responsible for the connection of utilities to perform inspections / final walk through pursuant to the Residential Purchase Agreement. If the short sale has been approved, Buyer and Seller may elect to leave the power and water on if Buyer claims financial responsibility should any damage occur prior to settlement.

5. Buyer will be responsible for ordering and paying for any and all HOA/Condo Association documents within 5 days of Short Sale approval. Buyer will be solely responsible for any application, transfer, capital contributions and/or initial membership fees charged by the Association.

6. As a necessary condition to obtain Bankruptcy Court approval, a Bankruptcy Estate fee of up to 6% of the approved purchase price will be requested from the short sale lender. All closing costs are subject to third party approval and Buyer may be responsible for up to 3% of the total bankruptcy estate fee (based on what fees are approved by the short sale lender). Buyer should take the 3% bankruptcy estate fee into consideration when making an offer.

7. A closing cost credit of 3% of the purchase price will be requested from the short sale lender to offset the fees associated with the bankruptcy short sale. It will not be considered a counter offer if the closing credit is not approved as Seller has disclosed that Buyer is ultimately responsible for the 3% fee to the estate.

8. The Seller shall pay for 100% of Government Transfer and Recordation Taxes and Owner's Title Insurance on the seller's side of the settlement statement and in exchange the Buyer will pay an amount _equal_ to what they would have paid for the above fees to the Special Counsel Fee on the Buyer side of the Settlement Statement. **This is an even exchange of fees with**

**no change to the buyer's total closing costs.** Any exchange of fees is subject to Third Party Approval.

9.  The short sale lender may require certain fees to be paid on the Buyer's side of the CD to comply with their investor guidelines. (Examples include: past due HOA/ condo dues, resale documents, front foot benefit or sewer liens, water escrow, special counsel fees, payoffs to other liens and judgments). The Buyer agrees to pay for these seller closing costs as long as an *equal* amount of buyer closing costs will be paid for by the seller. **This is an even exchange of fees with no change to the buyer's total closing costs.** Any exchange of fees is subject to Third Party Approval.

10. Settlement is to occur with _____ *Paragon* _____ Title Company.

11. The Buyer understands they may be required to sign lender specific documents and provide verification of funds, as required by the Short Sale Lender, in order to help facilitate the short sale process and agrees to cooperate and respond expeditiously to Special Counsel's requests.

12. Any provision in the Contract or any supplement or addendum thereto notwithstanding, Buyer acknowledges, understands and agrees that all disputes arising out of or related to this Contract shall be subject to resolution in the United States Bankruptcy Court.

13. The Buyer is responsible for promptly submitting this Addendum to its lender for underwriting review so that the GFE, TRID and lender's instructions will reflect the terms of the contract.

14. The terms of this Bankruptcy Short Sale Addendum supersede anything to the contrary in the Contract or other Addendum.

**BUYER**

_____     _____
             Date

**SELLER**

_____     3/5/20
**Chapter 7 Bankruptcy**     Date
**Trustee**

_____     _____
             Date

"AS IS
Condition



### GCAAR
## Inclusions/Exclusions Disclosure and Addendum
*Required for use with GCAAR Listing Agreement & Sales Contract*

**PROPERTY ADDRESS: 19300 ERIN TREE CT, GAITHERSBURG, MD 20879**

**PERSONAL PROPERTY AND FIXTURES:** The Property includes the following personal property and fixtures, if existing: built-in heating and central air conditioning equipment, plumbing and lighting fixtures, sump pump, attic and exhaust fans, storm windows, storm doors, screens, installed wall-to-wall carpeting, window shades, blinds, window treatment hardware, mounting brackets for electronics components, smoke and heat detectors, TV antennas, exterior trees and shrubs. Unless otherwise agreed to herein, all surface or wall mounted electronic components/devices **DO NOT CONVEY. The items checked below convey.** If more than one of an item conveys, the number of items is noted in the blank.

**KITCHEN APPLIANCES**
- Stove/Range
- Cooktop
- Wall Oven
- Microwave
- Refrigerator
- w/ Ice Maker
- Wine Refrigerator
- Dishwasher
- Disposer
- Separate Ice Maker
- Separate Freezer
- Trash Compactor

**LAUNDRY**
- Washer
- Dryer

**ELECTRONICS**
- Alarm System
- Intercom
- Satellite Dishes

**LIVING AREAS**
- Fireplace Screen/Door
- Gas Log
- Ceiling Fans
- Window Fans
- Window Treatments

**WATER/HVAC**
- Water Softener/Conditioner
- Electronic Air Filter
- Furnace Humidifier
- Window A/C Units

**RECREATION**
- Hot Tub/Spa, Equipment, & Cover
- Pool Equipment & Cover
- Sauna
- Playground Equipment

**OTHER**
- Storage Shed
- Garage Door Opener
- Garage Door Remote/Fob
- Back-up Generator
- Radon Remediation System
- Solar Panels

**EXCLUSIONS:** _____

**LEASED ITEMS, LEASED SYSTEMS & SERVICE CONTRACTS:** Leased items/systems or service contracts, including but not limited to: solar panels & systems, appliances, fuel tanks, water treatment systems, lawn contracts, security system and/or monitoring, and satellite contracts **DO NOT CONVEY** unless disclosed here: _____

**CERTIFICATION:** Seller certifies that Seller has completed this checklist disclosing what conveys with the Property.

Seller GARY ROSEN BANKRUPTCY TRUSTEE FOR LORI JEAN,　　Date　　Seller　　　　　　　　　　　　Date

**ACKNOWLEDGEMENT AND INCORPORATION INTO CONTRACT:** *(Completed only after presentation to the Buyer)*
The Contract of Sale dated ___March 4, 2020___ between Seller **GARY ROSEN BANKRUPTCY TRUSTEE FOR LORI JEAN, KEMPES JEAN** and Buyer _____
for the Property referenced above is hereby amended by the incorporation of this Addendum.

Seller *(sign only after Buyer)* _____　Date　　Buyer _____　Date

Seller *(sign only after Buyer)* _____　Date　　Buyer _____　Date

©2017, The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is the property of the Greater Capital Area Association of REALTORS®, Inc. and is for use by REALTOR® members only.
Previous editions of this form should be destroyed.

 

## MARYLAND RESIDENTIAL PROPERTY DISCLOSURE AND DISCLAIMER STATEMENT

Property Address: **19300 ERIN TREE CT, GAITHERSBURG, MD 20879**

Legal Description: _____

### NOTICE TO SELLER AND PURCHASER

Section 10-702 of the Real Property Article, *Annotated Code of Maryland*, requires the seller of certain residential real property to furnish to the purchaser either (a) a RESIDENTIAL PROPERTY DISCLAIMER STATEMENT stating that the seller is selling the property "as is" and makes no representations or warranties as to the condition of the property or any improvements on the real property, except as otherwise provided in the contract of sale, or in a listing of latent defects; or (b) a RESIDENTIAL PROPERTY DISCLOSURE STATEMENT disclosing defects or other information about the condition of the real property actually known by the seller. Certain transfers of residential property are excluded from this requirement (see the exemptions listed below).

      10-702. EXEMPTIONS. The following are specifically <u>excluded</u> from the provisions of §10-702:
1. The initial sale of single family residential real property:
   - A. that has never been occupied; or
   - B. for which a certificate of occupancy has been issued within 1 year before the seller and buyer enter into a contract of sale;
2. A transfer that is exempt from the transfer tax under §13-207 of the Tax-Property Article, except land installment contracts of sales under §13-207(a) (11) of the Tax-Property Article and options to purchase real property under §13-207(a)(12) of the Tax-Property Article;
3. A sale by a lender or an affiliate or subsidiary of a lender that acquired the real property by foreclosure or deed in lieu of foreclosure;
4. A sheriff's sale, tax sale, or sale by foreclosure, partition, or by court appointed trustee;
5. A transfer by a fiduciary in the course of the administration of a decedent's estate, guardianship. conservatorship, or trust;
6. A transfer of single family residential real property to be converted by the buyer into use other than residential use or to be demolished; or
7. A sale of unimproved real property.

Section 10-702 also requires the owner to disclose information about latent defects in the property that the owner has actual knowledge of. The owner must provide this information even if selling the property "as is." "Latent defects" are defined as: Material defects in real property or an improvement to real property that:
    (1) A purchaser would not reasonably be expected to ascertain or observe by a careful visual inspection of the real property; and
    (2) Would pose a direct threat to the health or safety of:
      (i) the purchaser; or
      (ii) an occupant of the real property, including a tenant or invitee of the purchaser.

### MARYLAND RESIDENTIAL PROPERTY DISCLOSURE STATEMENT

NOTICE TO SELLERS: Complete and sign this statement only if you elect to disclose defects, including latent defects, or other information about the condition of the property actually known by you; otherwise, sign the Residential Property Disclaimer Statement. You may wish to obtain professional advice or inspections of the property; however, you are not required to undertake or provide any independent investigation or inspection of the property in order to make the disclosure set forth below. The disclosure is based on your personal knowledge of the condition of the property at the time of the signing of this statement.

NOTICE TO PURCHASERS: The information provided is the representation of the Sellers and is based upon the actual knowledge of Sellers as of the date noted. Disclosure by the Sellers is not a substitute for an inspection by an independent home inspection company, and you may wish to obtain such an inspection. The information contained in this statement is not a warranty by the Sellers as to the condition of the property of which the Sellers have no knowledge or other conditions of which the Sellers have no actual knowledge.

How long have you owned the property? _____

**Property System: Water, Sewage, Heating & Air Conditioning (Answer all that apply)**

Water Supply      [   ] Public      [   ] Well      [   ] Other _____

Sewage Disposal    [   ] Public      [   ] Septic System approved for _____ (# bedrooms) Other Type _____

©2018 The Greater Capital Area Association of REALTORS®, Inc.
Previous editions of this Form should be destroyed.

RE/MAX Elite Services, 11229 Huntover Dr. Rockville, MD 20852           Phone: 301.3465252     Fax: 2405590944     19300 Erin Tree
Nurit Coombe            Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com

Garbage Disposal [ ] Yes  [ ] No
Dishwasher  [ ] Yes  [ ] No
Heating  [ ] Oil [ ] Natural Gas [ ] Electric [ ] Heat Pump Age _____ [ ] Other _____
Air Conditioning [ ] Oil [ ] Natural Gas [ ] Electric [ ] Heat Pump Age _____ [ ] Other _____
Hot Water [ ] Oil [ ] Natural Gas [ ] Electric Capacity _____ Age _____ [ ] Other _____

## Please indicate your actual knowledge with respect to the following:

1. Foundation: Any settlement or other problems? [ ] Yes [ ] No [ ] Unknown
Comments: _____

2. Basement: Any leaks or evidence of moisture? [ ] Yes [ ] No [ ] Unknown [ ] Does Not Apply
Comments: _____

3. Roof: Any leaks or evidence of moisture? [ ] Yes [ ] No [ ] Unknown
 Type of Roof: _____ Age _____
Comments: _____
 Is there any existing fire retardant treated plywood? [ ] Yes [ ] No [ ] Unknown
Comments: _____

4. Other Structural Systems, including exterior walls and floors:
Comments: _____
 Any defects (structural or otherwise)? [ ] Yes [ ] No [ ] Unknown
Comments: _____

5. Plumbing System: Is the system in operating condition? [ ] Yes [ ] No [ ] Unknown
Comments: _____

6. Heating Systems: Is heat supplied to all finished rooms? [ ] Yes [ ] No [ ] Unknown
Comments: _____
 Is the system in operating condition? [ ] Yes [ ] No [ ] Unknown
Comments: _____

7. Air Conditioning System: Is cooling supplied to all finished rooms? [ ] Yes [ ] No [ ] Unknown [ ] Does Not Apply
Comments: _____
 Is the system in operating condition? [ ] Yes [ ] No [ ] Unknown [ ] Does Not Apply
Comments: _____

8. Electric Systems: Are there any problems with electrical fuses, circuit breakers, outlets or wiring?
 [ ] Yes [ ] No [ ] Unknown
Comments: _____

**8A. Will the smoke alarms provide an alarm in the event of a power outage?** [ ] Yes [ ] No
**Are the smoke alarms over 10 years old?** [ ] Yes [ ] No
**If the smoke alarms are battery operated, are they sealed, tamper resistant units incorporating a silence/hush button, which use long-life batteries as required in all Maryland Homes by 2018?** [ ] Yes [ ] No
**Comments:** _____

9. Septic Systems: Is the septic system functioning properly? [ ] Yes [ ] No [ ] Unknown [ ] Does Not Apply
 When was the system last pumped? Date _____ [ ] Unknown
Comments: _____

10. Water Supply: Any problem with water supply? [ ] Yes [ ] No [ ] Unknown
Comments: _____
 Home water treatment system: [ ] Yes [ ] No [ ] Unknown
Comments: _____
 Fire sprinkler system: [ ] Yes [ ] No [ ] Unknown [ ] Does Not Apply
Comments: _____
 Are the systems in operating condition? [ ] Yes [ ] No [ ] Unknown
Comments: _____

©2018 The Greater Capital Area Association of REALTORS®, Inc.
Previous editions of this Form should be destroyed.

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com 19300 Erin Tree

11. Insulation:
    In exterior walls?          [ ] Yes    [ ] No    [ ] Unknown
    In ceiling/attic?           [ ] Yes    [ ] No    [ ] Unknown
    In any other areas?        [ ] Yes    [ ] No    Where? _____
Comments: _____

12. Exterior Drainage: Does water stand on the property for more than 24 hours after a heavy rain?
       [ ] Yes    [ ] No    [ ] Unknown
Comments: _____
    Are gutters and downspouts in good repair?      [ ] Yes    [ ] No    [ ] Unknown
Comments: _____

13. Wood-destroying insects: Any infestation and/or prior damage?      [ ] Yes    [ ] No    [ ] Unknown
Comments: _____
    Any treatments or repairs?      [ ] Yes    [ ] No    [ ] Unknown
    Any warranties?           [ ] Yes    [ ] No    [ ] Unknown
Comments: _____

14. Are there any hazardous or regulated materials (including, but not limited to, licensed landfills, asbestos, radon gas, lead-based paint, underground storage tanks, or other contamination) on the property?      [ ] Yes    [ ] No    [ ] Unknown
If yes, specify below
Comments: _____

15. If the property relies on the combustion of a fossil fuel for heat, ventilation, hot water, or clothes dryer operation, is a carbon monoxide alarm installed in the property?
     [ ] Yes    [ ] No    [ ] Unknown
Comments: _____

16. Are there any zoning violations, nonconforming uses, violation of building restrictions or setback requirements or any recorded or unrecorded easement, except for utilities, on or affecting the property?      [ ] Yes    [ ] No    [ ] Unknown
If yes, specify below
Comments: _____

**16A. If you or a contractor have made improvements to the property, were the required permits pulled from the county or local permitting office?**      [ ] Yes    [ ] No    [ ] Does Not Apply    [ ] Unknown
**Comments:** _____

17. Is the property located in a flood zone, conservation area, wetland area, Chesapeake Bay critical area or Designated Historic District?      [ ] Yes    [ ] No    [ ] Unknown      If yes, specify below
Comments: _____

18. Is the property subject to any restriction imposed by a Home Owners Association or any other type of community association?
       [ ] Yes    [ ] No    [ ] Unknown      If yes, specify below
Comments: _____

19. Are there any other material defects, including latent defects, affecting the physical condition of the property?
       [ ] Yes    [ ] No    [ ] Unknown
Comments: _____

NOTE: Seller(s) may wish to disclose the condition of other buildings on the property on a separate RESIDENTIAL PROPERTY DISCLOSURE STATEMENT.

The seller(s) acknowledge having carefully examined this statement, including any comments, and verify that it is complete and accurate as of the date signed. The seller(s) further acknowledge that they have been informed of their rights and obligations under §10-702 of the Maryland Real Property Article.

Seller(s) _____      Date _____
       **GARY ROSEN BANKRUPTCY TRUSTEE FOR LORI JEAN, KEMPES JEAN**
Seller(s) _____      Date _____

The purchaser(s) acknowledge receipt of a copy of this disclosure statement and further acknowledge that they have been informed of their rights and obligations under §10-702 of the Maryland Real Property Article.

Purchaser _____ Date _____

Purchaser _____ Date _____

## MARYLAND RESIDENTIAL PROPERTY DISCLAIMER STATEMENT

NOTICE TO SELLER(S): Sign this statement only if you elect to sell the property without representations and warranties as to its condition, except as otherwise provided in the contract of sale and in the listing of latent defects set forth below; otherwise, complete and sign the RESIDENTIAL PROPERTY DISCLOSURE STATEMENT.

Except for the latent defects listed below, the undersigned seller(s) of the real property make no representations or warranties as to the condition of the real property or any improvements thereon, and the purchaser will be receiving the real property "as is" with all defects, including latent defects, which may exist, except as otherwise provided in the real estate contract of sale. The seller(s) acknowledge having carefully examined this statement and further acknowledge that they have been informed of their rights and obligations under §10-702 of the Maryland Real Property Article.

Section 1-702 also requires the seller to disclose information about latent defects in the property that the seller has actual knowledge of. The seller must provide this information even if selling the property "as is." "Latent defects" are defined as: Material defects in real property or an improvement to real property that:

    (1) A purchaser would not reasonably be expected to ascertain or observe by a careful visual inspection of the real property; and
    (2) Would pose a direct threat to the health or safety of:
        (i) the purchaser; or
        (ii) an occupant of the real property, including a tenant or invitee of the purchaser.

Does the seller(s) has actual knowledge of any latent defects?   [  ] Yes     [  ] No     If yes, specify:

_AS IS Condition_ _____

_____

_____

_____

Seller _____ Date 3/5/20

**GARY ROSEN, BANKRUPTCY TRUSTEE FOR LORI JEAN & KEMPES JEAN**

Seller _____ Date _____

The purchaser(s) acknowledge receipt of a copy of this disclaimer statement and further acknowledge that they have been informed of their rights and obligations under §10-702 of the Maryland Real Property Article.

Purchaser _____ Date _____

Purchaser _____ Date _____

©2018 The Greater Capital Area Association of REALTORS®, Inc.
Previous editions of this Form should be destroyed.

GCAAR Form #912 - MD - Property Disclosure/Disclaimer       Page 4 of 4                    07/18
FORM: MREC/DLLR: Rev 7/31/2018



 

# Regulations, Easements and Assessments (REA) Disclosure and Addendum
### *(Required for all Listing Agreements and Sales Contracts in Montgomery County)*

The Contract of Sale dated _____ **March 4, 2020** _____, Address _____ **19300 ERIN TREE CT** _____,
City _____ **GAITHERSBURG** _____, State | **MD** | Zip | **20879** | between
Seller _____ **GARY ROSEN BANKRUPTCY TRUSTEE FOR LORI JEAN, KEMPES JEAN** _____ and
Buyer _____ is hereby
amended by the incorporation of this Addendum, which shall supersede any provisions to the contrary in the Contract.

Notice to Seller and Buyer: This Disclosure/Addendum to be completed by the Seller shall be available to prospective buyers prior to making a purchase offer and will become a part of the sales contract for the sale of the Property. The information contained herein is the representation of the Seller. The content in this form is not all-inclusive, and the Paragraph headings of this Agreement are for convenience and reference only, and in no way define or limit the intent, rights or obligations of the parties. Please be advised that web site addresses, personnel and telephone numbers do change and GCAAR cannot confirm the accuracy of the information contained in this form. When in doubt regarding the provisions or applicability of a regulation, easement or assessment, information should be verified with the appropriate government agency. Further information may be obtained by contacting staff and websites of appropriate authorities:

- Montgomery County Government, 101 Monroe Street, Rockville, MD, 20850.
- Main Telephone Number: 311 or 240-777-0311 (TTY 240-251-4850). Web site: www.MC311.com
- Maryland-National Capital Area Park and Planning Commission (M-NCPPC),
  8787 Georgia Avenue, Silver Spring, MD, 20910. Main number: 301-495-4600. Web site: www.mc-mncppc.org
- City of Rockville, City Hall, 111 Maryland Ave, Rockville, MD 20850.
  Main telephone number: 240-314-5000. Web site: www.rockvillemd.gov

1. **DISCLOSURE/DISCLAIMER STATEMENT:** A property owner may be exempt from Maryland Residential Property Disclosure Act as defined in the Maryland Residential Property Disclosure and Disclaimer Statement. Is Seller exempt from the Maryland Residential Property Disclosure Act? ☑ Yes ☐ No . If no, see attached Maryland Residential Disclosure and Disclaimer Statement. If yes, reason for exemption: Court Appointed Bankruptcy Trustee

2. **SMOKE DETECTORS:** Pursuant to Montgomery County Code, the Seller is required to have working smoke alarms. Requirements for the location of the alarms vary according to the year the Property was constructed. For a matrix of the requirements see: www.montgomerycountymd.gov/mcfrs-info/resources/files/laws/smokealarmmatrix_2013.pdf. In addition, Maryland law requires the following disclosure: This residential dwelling unit contains alternating current (AC) electric service. In the event of a power outage, an alternating current (AC) powered smoke detector will NOT provide an alarm. Therefore, the Buyer should obtain a dual-powered smoke detector or a battery-powered smoke detector. Maryland law requires by 2018 the replacement of all **BATTERY-ONLY** operated smoke alarms with tamper resistant units incorporating a silence/hush button and long-life batteries.

3. **MODERATELY-PRICED DWELLING UNIT:** Is the Property part of the Moderately-Priced Dwelling Unit Program in Montgomery County, the City of Rockville, or the City of Gaithersburg? ☐ Yes ☑ No. If yes, Seller shall indicate month and year of initial offering: _____. If initial offering is after March 20, 1989, the prospective Buyer and Seller should contact the appropriate jurisdictional agency to ascertain the legal buying and selling restrictions on the Property.

4. **RADON DISCLOSURE:** Effective October 1, 2016, a radon test must be performed on or before Settlement of a "Single Family Home" in accordance with Montgomery County Code Section 40-13C (see http://www.montgomerycountymd.gov/green/air/radon.html for details) A Single Family Home means a single-family detached or attached residential building. Single Family home does not include a residential unit that is part of a condominium regime or a cooperative housing corporation. The Seller of a Single Family Home (unless otherwise exempt below) is required to provide the Buyer, on or before Settlement Date, a copy of radon test results performed less than one year before Settlement Date, or to permit the Buyer to perform a radon test, but regardless, a radon test MUST be performed.

   Is Seller exempt from the Radon Test disclosure? ☑ Yes ☐ No. If yes, reason for exemption: D .

©2018 The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is the property of the Greater Capital Area Association of REALTORS®, Inc. and is for use by members only.
Previous editions of this Form should be destroyed.

RE/MAX Elite Services, 11229 Huntover Dr. Rockville, MD 20852                                                    Phone: 301.3465252        Fax: 2405590944        19300 Erin Tree
Nurit Coombe                                    Produced with zipForm® by zipLogix  18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com

Exemptions:
A. Property is NOT a "Single Family Home"
B. Transfer is an intra-family transfer under MD Tax Property Code Section 13-207
C. Sale is by a lender or an affiliate or subsidiary of a lender that acquired the home by foreclosure or deed in lieu of foreclosure
D. Sale is a sheriff's sale, tax sale or sale by foreclosure, partition or by a court appointed trustee
E. A transfer by a fiduciary in the course of the administration of a decedent's estate, guardianship, conservatorship or trust.
F. A transfer of a home to be converted by the buyer into a use other than residential or to be demolished.
G. Property is located in the Town of Barnesville, Town of Kensington, Town of Poolesville, or City of Rockville.

If not exempt above, a copy of the radon test result is attached ☐ Yes ☐ No. If no, Seller will provide the results of a radon test in accordance with Montgomery County Code Section 40-13C unless the Contract includes a radon contingency. If Buyer elects not to or fails to perform a radon test, the Seller is mandated to perform the test and provide the results to the Buyer on or before Settlement Date.

NOTE: In order to request Seller to remediate, a radon contingency must be included as part of the Contract.

5. **AVAILABILITY OF WATER AND SEWER SERVICE:**
   A. **Existing Water and Sewer Service:** Refer to the Seller's Water Bills or contact WSSC at 301-206-4001 or City of Rockville at 240-314-8420.
   B. **Well and Septic Locations:** Contact the Department of Permitting Services "DPS", Well and Septic, or visit http://permittingservices.montgomerycountymd.gov/DPS/general/Home.aspx. For well and/or septic field locations, visit http://permittingservices.montgomerycountymd.gov/DPS/online/eInformationRequest.aspx, or for homes built before 1978, request an "as built" drawing in person using DPS's "Septic System Location Application" form. Homes built prior to 1960 maybe filed on microfiche, and, if outside a subdivision, the name of the original owner may be required. An original owner's name can be found among the Land Records at the County Courthouse. Allow two weeks for the "as built" drawing.
   C. **Categories:** To confirm service area category, contact the Montgomery County Department of Environmental Protection ("DEP") Watershed Management Division or visit waterworks@montgomerycountymd.gov.

---

A. **Water: Is the Property connected to public water?** ☑ Yes ☐ No
   If no, has it been approved for connection to public water? ☐ Yes ☐ No ☐ Do not know
   If not connected, the source of potable water, if any, for the Property is: _____

B. **Sewer: Is the Property connected to public sewer system?** ☐ Yes ☑ No
   If no, answer the following questions:
   1  Has it been approved for connection to public sewer? ☐ Yes ☐ No ☑ Do not know
   2. Has an individual sewage disposal system been constructed on Property? ☑ Yes ☐ No
      Has one been approved for construction? ☐ Yes ☐ No
      Has one been disapproved for construction ☐ Yes ☐ No ☐ Do not know
      If no, explain: _____

C. **Categories:** The water and sewer service area category or categories that currently apply to the Property is/are (if known) _____ . This category affects the availability of water and sewer service as follows (if known) _____ .

D. **Recommendations and Pending Amendments (if known):**
   1. The applicable master plan contains the following recommendations regarding water and sewer service to the Property: _____
   2. The status of any pending water and sewer comprehensive plan amendments or service area category changes that would apply to the Property: _____

E. **Well and Individual Sewage System:** When a Buyer of real property that is located in a subdivision on which an individual sewage disposal system has been or will be installed receives the copy of the recorded subdivision plat, the Buyer must confirm in writing by signing said Plat that the Buyer has received and reviewed the Plat, including any restrictions on the location of initial and reserve wells, individual sewage disposal systems, and the buildings to be served by any individual sewage disposal system.

©2018 The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is the property of the Greater Capital Area Association of REALTORS®, Inc. and is for use by members only.
Previous editions of this Form should be destroyed.

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com            19300 Erin Tree

By signing below, the Buyer acknowledges that, prior to signing the Contract, the Seller has provided the information referenced above, or has informed the Buyer that the Seller does not know the information referenced above; the Buyer further understands that, to stay informed of future changes in County and municipal water and sewer plans, the Buyer should consult the County Planning Board or any appropriate municipal planning or water and sewer agency.

_____        _____        _____        _____
Buyer                                                  Date                    Buyer                                                  Date

6.   **CITY OF TAKOMA PARK:** If this property is located in Takoma Park, the Takoma Park Sales Disclosure must be attached. See GCAAR Takoma Park Sales Disclosure - Notice of Tree Preservation Requirements and Rental Housing Laws.

7.   **HOMEOWNER'S, CONDOMINIUM OR COOPERATIVE ASSOCIATION ASSESSMENTS:** The Property is located in a ☐ Homeowners Association with mandatory fees (HOA) (refer to GCAAR HOA Seller Disclosure / Resale Addendum for MD, attached), and/or ☐ Condominium Association (refer to GCAAR Condominium Seller Disclosure / Resale Addendum for MD, attached) and/or ☐ Cooperative (refer to GCAAR Co-operative Seller Disclosure / Resale Addendum for MD & DC, attached) and/or ☐ Other (ie: Homeowners Association/Civic Association WITHOUT dues): _____

8.   **UNDERGROUND STORAGE TANK:** For information regarding Underground Storage Tanks and the procedures for their removal or abandonment, contact the Maryland Department of the Environment or visit www.mde.state.md.us Does the Property contain an UNUSED underground storage tank? ☐ Yes ☐ No ☑ Unknown. If yes, explain when, where and how it was abandoned: _____.

9.   **DEFERRED WATER AND SEWER ASSESSMENT:**
     A.   **Washington Suburban Sanitary Commission (WSSC) or Local Jurisdiction:** *Unknown*
          Are there any potential Front Foot Benefit Charges (FFBC) or deferred water and sewer charged for which the buyer may become liable which do not appear on the attached property tax bills? ☐ Yes ☐ No
          If yes, EITHER ☐ the Buyer agrees to assume the future obligations and pay future annual assessments in the amount of $ _____ , OR ☐ Buyer is hereby advised that a schedule of charges has not yet been established by the water and sewer authority, OR ☐ a local jurisdiction has adopted a plan to benefit the property in the future.

     B.   **Private Utility Company:**
          Are there any deferred water and sewer charges paid to a Private Utility Company which do NOT appear on the attached property tax bills? ☑ Yes ☐ No. If yes, complete the following:

          **EFFECTIVE OCTOBER 1, 2016: NOTICE REQUIRED BY MARYLAND LAW REGARDING DEFERRED WATER AND SEWER CHARGES** *Unknown*
          This Property is subject to a fee or assessment that purports to cover or defray the cost of installing or maintaining during construction all or part of the public water or wastewater facilities constructed by the developer. This fee or assessment is $ _____ payable annually in _____ (month) until _____ (date) to _____ (name and address) (hereafter called "lienholder"). There may be a right of prepayment or a discount for early prepayment, which may be ascertained by contacting the lienholder. This fee or assessment is a contractual obligation between the lienholder and each owner of this Property, and is not in any way a fee or assessment imposed by the county in which the Property is located.

          If a Seller subject to this disclosure fails to comply with the provisions of this section:

          (1) Prior to Settlement, the Buyer shall have the right to rescind the contract and to receive a full refund of all deposits paid on account of the contract, but the right of rescission shall terminate 5 days after the Seller provides the Buyer with the notice in compliance with this section

          (2) Following Settlement, the Seller shall be liable to the Buyer for the full amount of any open lien or assessment.

©2018 The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is the property of the Greater Capital Area Association of REALTORS®, Inc. and is for use by members only.
Previous editions of this Form should be destroyed.

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026    www.zipLogix.com                    19300 Erin Tree

10. **SPECIAL PROTECTION AREAS (SPA):**
   Refer to http://www.montgomeryplanning.org/environment/spa/faq.shtm for an explanation of the "SPA" legislation and a map detailing protected areas. To determine if a particular property (which is located close to protected areas as designated on this map) is located within the boundaries of a "SPA," contact: spa@mncppc-mc.org , or call 301-495-4540.

---

Is this Property located in an area designated as a Special Protection Area? ☐ Yes ☑ No.
If yes, special water quality measures and certain restrictions on land uses and impervious surfaces may apply.
Under Montgomery County law, Special Protection Area (SPA) means a geographic area where:

A. Existing water resources, or other environmental features directly relating to those water resources, are of high quality or are unusually sensitive;

B. Proposed land uses would threaten the quality or preservation of those resources or features in the absence of special water quality protection measures which are closely coordinated with appropriate land use controls. An SPA may be designated in:
   (1) a land use plan;
   (2) the Comprehensive Water Supply and Sewer System Plan;
   (3) a watershed plan; or
   (4) a resolution adopted after at least fifteen (15) days' notice and a public hearing.

The Buyer acknowledges by signing this disclosure that the Seller has disclosed to the Buyer the information contained in Sections A and B before Buyer executed a contract for the above-referenced Property. Further information is available from the staff and website of Maryland-National Capital Area Park and Planning Commission (M-NCPPC).

_____        _____
Buyer                                        Buyer

---

11. **PROPERTY TAXES:** Each property in Montgomery County, MD is assessed for annual real property taxes based on several different components. A copy of the tax bill will reflect which categories and components are applicable to this Property, including, whether the Property is located in a municipality, a special taxing district, a development district, a proposed development district, and/or whether this Property is subject to a special area tax or any WSSC front foot benefit charges. Definitions and explanations of each of these categories can be obtained at the Montgomery County Department of Finance website in the **"Frequently Asked Questions"** section located at www.montgomerycountymd.gov/apps/tax and select "FAQ". Additional information relating to taxes and the assessment and appeal process can be located at www.dat.state.md.us/sdatweb/taxassess.html - this provides tax information from the State of Maryland.

   A. Current Tax Bill: IN ACCORDANCE WITH MONTGOMERY COUNTY CODE SECTION 40-12C, THE SELLER(S) MUST ATTACH HERETO A COPY OF THE CURRENT REAL PROPERTY TAX BILL FOR THIS PROPERTY. A copy of the tax bill for this Property can be obtained at www.montgomerycountymd.gov/apps/tax.

   B. Estimated Property Tax & Non-Tax Charges: IN ADDITION, SELLER(S) ARE REQUIRED TO PROVIDE POTENTIAL BUYERS WITH THE ESTIMATED PROPERTY TAX AND NON-TAX CHARGES FOR THE FIRST FULL FISCAL YEAR OF OWNERSHIP. Information relative to this estimate, including how it was calculated and its significance to Buyers can be obtained at www.montgomerycountymd.gov/estimatedtax.

   _____/_____        Buyer acknowledges receipt of both tax disclosures.
        *Buyer's Initials*

12. **DEVELOPMENT DISTRICT DISCLOSURE - NOTICE OF SPECIAL TAX OR ASSESSMENT:**
   A Development District is a special taxing district in which owners of properties pay an additional tax or assessment in order to pay for public improvements within the District. Typically, the Development District Special Tax will increase approximately 2% each July 1. For more information, please contact the Montgomery County Department of Finance. FAQ's regarding Development Districts can be viewed at https://www2.montgomerycountymd.gov/estimatedtax/FAQ. aspx#3607 . Seller shall choose one of the following:

©2018 The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is the property of the Greater Capital Area Association of REALTORS®, Inc. and is for use by members only.
Previous editions of this Form should be destroyed.

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com        19300 Erin Tree

☐ **The Property is located in an EXISTING Development District:** Each year the Buyer of this Property must pay a special assessment or special tax imposed under Chapter 14 of the Montgomery County Code, in addition to all other taxes and assessments that are due. As of the date of execution of this disclosure, the special assessment or special tax on this Property is $ _____ each year. A map reflecting Existing Development Districts can be obtained at https://www2.montgomerycountymd.gov/estimatedtax/map/Existing_DevDistricts.pdf/ .

OR

☐ **The Property is located in a PROPOSED Development District:** Each year the Buyer of this Property must pay a special assessment or special tax imposed under Chapter 14 of the Montgomery County Code, in addition to all other taxes and assessments that are due. The estimated maximum special assessment or special tax is $ _____ each year. A map reflecting Proposed Development Districts can be obtained at https://www2.montgomerycountymd.gov/estimatedtax/map/dev_districts.pdf .

OR

☑ The Property is not located in an existing or proposed Development District.

13. **TAX BENEFIT PROGRAMS:**
The Property may currently be under a tax benefit program that has deferred taxes due on transfer or may require a legally binding commitment from Buyer to remain in the program, such as, but not limited to:

A. **Forest Conservation and Management Program** (FC&MP): Buyer is hereby notified that a property under a Maryland Forest Conservation Management Agreement (FCMA) could be subject to recapture/deferred taxes upon transfer. Is the Property under FCMA? ☐ Yes ☑ No. If yes, taxes assessed shall be paid by ☐ the Buyer OR ☐ the Seller.

B. **Agricultural Program:** Is the Property subject to agricultural transfer taxes? ☐ Yes ☑ No. If yes, taxes assessed as a result of the transfer shall be paid by ☐ the Buyer OR ☐ the Seller. Confirm if applicable to this Property at www.dat.state.md.us/sdatweb/agtransf.html.

C. **Other Tax Benefit Programs:** Does the Seller have reduced property taxes from any government program? ☐ Yes ☑ No. If yes, explain: _____ .

14. **RECORDED SUBDIVISION PLAT:**
Plats are available at the MNCPPC or at the Judicial Center, Room 218, 50 Maryland Avenue, Rockville, MD or at 240-777-9477. In order to obtain a plat you will be required to supply the Lot, Block, Section and Subdivision, as applicable, for the property. Plats are also available online at http://www.montgomeryplanning.org/info/plat_maps.shtm or at www.plats.net . Buyers shall check ONE of the following:

☐ A. **Unimproved Lot and New Construction:** If the Property is an unimproved lot or a newly constructed house being sold for the first time, the Buyer shall be provided a copy of the recorded subdivision plat prior to entering into a contract. Buyer hereby acknowledges receipt of a copy of the recorded subdivision plat.

OR

☑ B. **Resale/Acknowledged Receipt:** If the Property is not an unimproved lot or a newly constructed house (i.e. resale), the Buyer may, in writing, waive receipt of a copy of such plat at the time of execution of the Contract, but shall, prior to or at the time of Settlement, be provided with a copy of the subdivision plat. The subdivision plat is not intended as a substitute for examination of title and does not show every restriction and easement. Buyer hereby acknowledges receipt of a copy of the recorded subdivision plat.

OR

☐ C. **Resale/Waived Receipt:** For Resale properties only, Buyer hereby waives receipt of a copy of such plat at time of execution of contract, but shall, prior to or at the time of Settlement, be provided a copy of the subdivision plat.

_____ / _____
*Buyer's Initials*

©2018 The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is the property of the Greater Capital Area Association of REALTORS®, Inc. and is for use by members only.
Previous editions of this Form should be destroyed.

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com                    19300 Erin Tree

15. **AGRICULTURAL RESERVE DISCLOSURE NOTICE:**
This Property ☐ is ☑ is not subject to the Agricultural RESERVE Disclosure Notice requirements. These disclosures are contained in GCAAR Agricultural Zone Disclosure Notice, which must be provided to potential buyers prior to entering into a contract for the purchase and sale of a property that is subject to this Agricultural Reserve Disclosure requirement. Additional information can be obtained at http://www.mcmaps.org/notification/agricultural_lands.aspx .

16. **NOTICE CONCERNING CONSERVATION EASEMENTS:** This property ☐ is ☑ not subject to a Conservation Easement. If applicable, GCAAR Conservation Easements Addendum is hereby provided. See www.montgomeryplanning.org/environment/forest/easements/easement_tool.shtm for easement locator map.

17. **GROUND RENT:**
This property ☐ is ☑ is not subject to Ground Rent. See Property Subject to Ground Rent Addendum.

18. **HISTORIC PRESERVATION:**
Check questionable properties' status with the **Montgomery County Historic Preservation Commission** (301-563-3400) or go to http://www.montgomeryplanning.org/historic/index.shtm, to check applicability. Buyers of property located in the City of Rockville should be advised that structures that are 50 years old or older, or which may be otherwise significant according to criteria established by the Rockville Historic District Commission, should be notified prior to purchase that demolition and building permit applications for substantial alteration will trigger an evaluation and approval process. This process may result in the property being designated a historic site, and if so, any exterior alterations must be reviewed and approved.

   A. City of Rockville: Montgomery County Code §40-12A has been adopted by the City of Rockville.
   B. City of Gaithersburg: Montgomery County Code §40-12A has been adopted by the City of Gaithersburg at City Code §2-6.
   C. Other: Contact the local municipality to verify whether the Property is subject to any additional local ordinance

> Has the Property been designated as an historic site in the master plan for historic preservation? ☐ Yes ☑ No.
> Is the Property located in an area designated as an historic district in that plan? ☐ Yes ☑ No.
> Is the Property listed as an historic resource on the County location atlas of historic sites? ☐ Yes ☑ No.
> Seller has provided the information required of Sec 40-12A as stated above, and the Buyer understands that special restrictions on land uses and physical changes may apply to this Property. To confirm the applicability of this County Code (Sec 40-12A) and the restrictions on land uses and physical changes that may apply, contact the staff of the County Historic Preservation Commission, 301-563-3400. **If the Property is located within a local municipality, contact the local government to verify whether the Property is subject to any additional local ordinances.**
>
> _____    _____
> Buyer                                 Buyer

19. **MARYLAND FOREST CONSERVATION LAWS:**
   A. **Forest Conservation Law:** The Buyer is notified that the cutting, clearing, and grading of more than 5,000 square feet of forest or any champion tree on the Property is subject to the requirements of the Forest Conservation Law. The Buyer is required to comply with the Forest Conservation Law, Chapter 22A of the Montgomery County Code. In order to assure compliance with the law, the Buyer is notified of the need to contact the Countywide Environmental Planning Division of the Maryland-National Capital Park and Planning Commission (M-NCPPC), whether it means obtaining a written exemption from the Forest Conservation Laws from M-NCPPC or obtaining approval of a Natural Resource Inventory/Forest Stand Delineation Plan, Forest Conservation Plan, or Tree Save Plan prior to cutting, clearing, and grading of more than 5,000 square feet of forest, obtaining a grading or sediment control permit, or developing the Property. Further, Seller represents and warrants that no activities have been undertaken on the Property in violation of the Forest Conservation Law and that if such activities have occurred in violation of the applicable law, that Seller has paid all of the penalties imposed and taken all of the corrective measures requested by M-NCPPC.
   B. **Forest Conservation Easements:** Seller represents and warrants that the Property ☐ is ☑ is not currently subject to a recorded Category I or Category II Forest Conservation Easement, Management Agreement or an approved Forest Conservation Plan, Tree Save Plan, or any other plan requiring the protection of natural areas, or any other pending obligation binding the owner of the Property under Forest Conservation Law requirements. If the Property is encumbered by any such easement or plan, attach a copy of the plat or recorded document (if available).

20. **AIRPORTS AND HELIPORTS:** The following list of airports and heliports includes those in Montgomery County and the surrounding area that may be within a five-mile radius of the Property. This list was compiled from data provided by the Washington Airports District Office of the Federal Aviation Administration and was current as of 8/1/2018. Buyer should be aware of the fact that most properties in Montgomery County are within five (5) miles of an airport or heliport installation. Refer to the FAA website for a current list: http://www.faa.gov/airports/airport_safety/airportdata_5010.

©2018 The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is the property of the Greater Capital Area Association of REALTORS®, Inc. and is for use by members only.
Previous editions of this Form should be destroyed.

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com        19300 Erin Tree



**MONTGOMERY COUNTY**

1. **Walter Reed National Medical Center Heliport,** 8901 Rockville Pike, Bethesda, MD 20889
2. **Davis Airport,** 7200 Hawkins Creamery Road, Laytonsville, MD 20879
3. **Dow Jones & Company, Inc.,** 11501 Columbia Pike, Silver Spring, MD 20904
4. **Federal Support Center Heliport,** 5321 Riggs Road, Gaithersburg, MD 20882
5. **Flying M Farms,** 24701 Old Hundred Road, Comus, MD 20842
6. **IBM Corporation Heliport,** 18100 Frederick Avenue, Gaithersburg, MD 20879

7. **Maryland State Police Heliport,** 7915 Montrose Road, Rockville, MD 20854
8. **Montgomery County Airpark,** 7940 Airpark Road, Gaithersburg, MD 20879
9. **Shady Grove Adventist Hospital,** 9901 Medical Center Drive, Rockville, MD 20850
10. **Suburban Hospital,** 8600 Old Georgetown Road, Bethesda, MD 20814
11. **Washington Adventist Hospital,** 7600 Carroll Avenue, Takoma Park, MD 20912
12. **Holy Cross Hospital,** 1500 Forest Glen Road, Silver Spring, MD, 20910
13. **Holy Cross Germantown,** 19801 Observation Dr, Germantown, MD 20876

©2018 The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is the property of the Greater Capital Area Association of REALTORS®, Inc. and is for use by members only.
Previous editions of this Form should be destroyed.

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com          19300 Erin Tree

**PRINCE GEORGE'S COUNTY**
14. Citizens Bank Helipad, 14401 Sweitzer Lane, Laurel, MD 20707
15. College Park, 1909 Cpl Frank Scott Drive, College Park, MD 20740
16. The Greater Laurel Beltsville Hospital, 7100 Contee Road, Laurel, MD 20707

**FREDERICK COUNTY**
17. Faux-Burhams Airport, 9401 Ball Road, Ijamsville, MD 21754
18. Ijamsville Airport, 9701C. Reichs Ford Road, Ijamsville, MD 21754
19. Stol-Crest Airfield, 3851 Price's Distillery Road, Urbana, MD 21754

**CARROLL COUNTY**
20. Walters Airport, 7017 Watersville Road, Mt. Airy, MD 21771

**DISTRICT OF COLUMBIA**
21. Bolling Air Force Base, 238 Brookley Avenue, SW, 20032
22. Children's National Medical Center, 111 Michigan Avenue, NW, 20010
23. Washington Hospital Center, 110 Irving Street, NW, 20010
24. Georgetown University Hospital, 3800 Reservoir Road, NW, 20007

25. Metropolitan Police, Dist.2, 3320 Idaho Avenue, NW, 20007
26. Metropolitan Police, Dist.3, 1620 V Street, NW, 20007
27. Metropolitan Police, Dist.5, 1805 Bladensburg Road, NE, 20002
28. National Presbyterian Church, 4101 Nebraska Avenue, NW, 20016
29. Sibley Memorial Hospital, 5255 Loughboro Road, NW, 20016
30. Police Harbor Patrol Branch, Water St, SW, 20024
31. Steuart Office Pad, Steuart Petroleum Co., 4640 40th Street, NW, 20016
32. Former Washington Post Building, 1150 15th Street, NW, 20017

**VIRGINIA**
33. Ronald Reagan Washington National Airport, Arlington County 20001
34. Leesburg Executive, 1001 Sycolin Road, Leesburg, 22075
35. Loudoun Hospital Center, 224 Cornwall, NW, Leesburg, 22075
36. Dulles International Airport, 1 Saarinen Cir, Dulles, VA 20166

21. **ENERGY EFFICIENCY DISCLOSURE NOTICE:** Before signing a contract for the sale of a single-family home (single-family attached, including condominiums or detached residential building), Sellers of Montgomery County properties must provide Buyers with the following:

   A. **Information Disclosure:** Information about home energy efficiency improvements, including the benefit of conducting a home energy audit. Buyers should visit the following websites for this information:
   http://www.montgomerycountymd.gov/green/Resources/Files/energy/Home-Sales-Disclosure.pdf

   B. **Usage History:** Has the home been owner-occupied for the immediate prior 12 months? ☐ Yes ☐ No If property has been owner-occupied for any part of the past 12 months, Seller must provide copies of electric, gas and home heating oil bills **OR** cost and usage history for the single-family home for that time. Sellers may use GCAAR Utility Cost and Usage History Form to disclose the utility costs and usage history.

---

By signing below, Seller acknowledges he has carefully examined this form, and that the information is complete, accurate, and current to the best of his knowledge at the time of entering into a contract. Buyer agrees he has read this Addendum carefully and understands the information that has been disclosed.

_signature_    3/5/20

| | |
|---|---|
| Seller | Date |
| GARY ROSEN BANKRUPTCY TRUSTEE FOR LORI JEAN, KEMPES | |

| | |
|---|---|
| Buyer | Date |

| | |
|---|---|
| Seller | Date |

| | |
|---|---|
| Buyer | Date |

©2018 The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is the property of the Greater Capital Area Association of REALTORS®, Inc. and is for use by members only.
Previous editions of this Form should be destroyed.

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026    www.zipLogix.com          19300 Erin Tree



STATE OF MARYLAND
REAL ESTATE COMMISSION

# Understanding Whom Real Estate Agents Represent

## THIS NOTICE IS NOT A CONTRACT

*In this form "seller" includes "landlord"; "buyer" includes "tenant"; and "purchase" or "sale" includes "lease"*

**Agents Who Represent the Seller**

**Seller's Agent:** A seller's agent works for the real estate company that lists and markets the property for the sellers and exclusively represents the sellers. A Seller's agent may assist the buyer in purchasing the property, but his or her duty of loyalty is only to the sellers.

**Subagent:** A Subagent means a licensed real estate broker, licensed associate real estate broker, or licensed real estate salesperson who is not affiliated with or acting as the listing real estate broker for a property, is not a buyer's agent, has an agency relationship with the seller, and assists a prospective buyer in the acquisition of real estate for sale in a non-agency capacity. The subagent works for a real estate company different from the company for which the seller's agent works. The subagent can assist a buyer in purchasing a property, but his or her duty of loyalty is only to the seller.

**If you are viewing a property listed by the company with whom the agent accompanying you is affiliated, and you have not signed a Buyer Agency Agreement and a "Consent for Dual Agency" form, that agent is representing the seller**

**Agents Who Represent the Buyer**

**Buyer's Agent:** A buyer may enter into a written contract with a real estate broker which provides that the broker will represent the buyer in locating a property to buy. The agent from that broker's company is then known as the buyer's agent. The buyer's agent assists the buyer in evaluating properties and preparing offers and developing negotiation strategies and works in the best interest of the buyer. The agent's fee is paid according to the written agreement between the broker and the buyer. If you as a buyer wish to have an agent represent you, you must enter into a written buyer agency agreement.

**Dual Agents**

The possibility of **dual agency** arises when the buyer's agent and the seller's agent both work for the same real estate company, and the buyer is interested in property listed by that company. The real estate broker or the broker's designee, is called the "dual agent." Dual agents do not act exclusively in the interests of either the seller or buyer, and therefore cannot give undivided loyalty to either party. There may be a conflict of interest because the interests of the seller and buyer may be different or adverse.

**If both seller and buyer agree to dual agency** by signing a Consent For Dual Agency form, the "dual agent" (the broker or the broker's designee) shall assign one agent to represent the seller (the seller's "intra-company agent") and another agent to represent the buyer (the buyer's "intra-company agent"). Intra-company agents are required to provide the same services to their clients that agents provide in transactions not involving dual agency, including advising their clients as to price and negotiation strategies.

**P 1 of 2**

**If either party does not agree to dual agency,** the real estate company must withdraw the agency agreement for that particular property with either the buyer or seller, or both. If the seller's agreement is terminated, the seller must then either represent him or herself or arrange to be represented by an agent from another real estate broker/company. If the buyer's agreement is terminated, the buyer may choose to enter into a written buyer agency agreement with a different broker/company. Alternatively, the buyer may choose not to be represented by an agent of his or her own but simply to receive assistance from the seller's agent, from another agent in that company, or from a subagent from another company.

No matter what type of agent you choose to work with, you have the following rights and responsibilities in selling or buying property:

>Real estate agents are obligated by law to treat all parties to a real estate transaction honestly and fairly. They must exercise reasonable care and diligence and maintain the confidentiality of clients. They must not discriminate in the offering of properties; they must promptly present each written offer or counteroffer to the other party; and they must answer questions truthfully.

>Real estate agents must disclose all material facts that they know or should know relating to a property. An agent's duty to maintain confidentiality does not apply to the disclosure of material facts about a property.

>All agreements with real estate brokers and agents must be in writing and explain the duties and obligations of both the broker and the agent. The agreement must explain how the broker and agent will be paid and any fee-sharing agreements with other brokers.

>You have the responsibility to protect your own interests. You should carefully read all agreements to make sure they accurately reflect your understanding. A real estate licensee is qualified to advise you on real estate matters only. If you need legal or tax advice, it is your responsibility to consult a licensed attorney or accountant.

Any complaints about a real estate licensee may be filed with the Real Estate Commission at 500 North Calvert Street, Baltimore, MD 21202. (410) 230-6205

---

We, the [x] Sellers/Landlord  [ ] Buyers/Tenants acknowledge receipt of a copy of this disclosure and
that **REMAX ELITE SERVICES** _____ (firm name)
and **NURIT COOMBE** _____ (salesperson) are working as:

**(You may check more than one box but not more than two)**
[x] seller/landlord's agent
[ ] subagent of the Seller
[ ] buyer's/tenant's agent

*3/5/20*

Signature _____ (Date)    Signature _____ (Date)
GARY ROSEN, BANKRUPTCY TRUSTEE FOR LORI JEAN & KEMPES JEAN

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

I certify that on this date I made the required agency disclosure to the individuals identified below and they were **unable or unwilling** to acknowledge receipt of a copy of this disclosure statement

_____    _____
Name of Individual to whom disclosure made    Name of Individual to whom disclosure made

_____    _____
Agent's Signature    (Date)

**P 2 of 2**

Rev. 8/16/16 (11/1/16)

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com    19300 Erin Tree



**STATE OF MARYLAND**
**REAL ESTATE COMMISSION**

## Consent for Dual Agency

*(In this form, the word "seller" includes "landlord"; "buyer" includes "tenant"; and "purchase" or "sale" includes "lease")*

## When Dual Agency May Occur

The possibility of Dual Agency arises when:

1) The buyer is interested in a property listed by a real estate broker; and

2) The seller's agent and the buyer's agent are affiliated with the same real estate broker.

## Important Considerations Before Making a Decision About Dual Agency

A broker or broker's designee, acting as a dual agent does not exclusively represent either the seller or buyer; there may be a conflict of interest because the interests of the seller and buyer may be different or adverse. As a dual agent, the real estate broker does not owe undivided loyalty to either the seller or buyer.

Before the buyer and seller can proceed to be represented by a broker acting as a dual agent, they must both sign Consent for Dual Agency. If the buyer has previously signed Consent for Dual Agency, the buyer must **affirm** the buyer's consent for the purchase of a particular property before an offer to purchase is presented to the seller. If the seller has previously signed Consent for Dual Agency, the seller must **affirm** the seller's consent for the sale of the property to a particular buyer before accepting an offer to purchase the property. The **affirmation** is contained on Page 2 of this form.

## Your Choices Concerning Dual Agency

In a possible dual agency situation, the buyer and seller have the following options:

1. **Consent in writing to dual agency.** If all parties consent in writing, the real estate broker or the broker's designee (the "dual agent") shall assign one real estate agent affiliated with the broker to represent the seller (the seller's "intra-company agent") and another agent affiliated with the broker to represent the buyer (the buyer's "intra-company agent"). Intra-company agents are required to provide the same services to their clients that agents provide in transactions not involving dual agency, including advising their clients as to price and negotiation strategy.

2. **Refuse to consent to dual agency. If either party refuses to consent in writing to dual agency,** the real estate broker must terminate the brokerage relationship for that particular property with the buyer, the seller, or both. If the seller's agreement is terminated, the seller must then either represent him or herself or arrange to be represented by another real estate company. If the buyer's agreement is terminated, the buyer may choose not to be represented by an agent of his or her own but simply to receive assistance from the seller's agent, from another agent in that company, or from a subagent from another company. Alternatively, the buyer may choose to enter into a written buyer agency agreement with a different broker/company.

**1 of 2**

## Duties of a Dual Agent and Intra-Company Agent

Like other agents, unless the client gives consent to disclose the information, dual agents and intra-company agents must keep confidential information about a client's bargaining position or motivations. For example, without written consent of the client, a dual agent or intra-company agent may not disclose to the other party, or the other party's agent:

1) Anything the client asks to be kept confidential; *
2) That the seller would accept a lower price or other terms;
3) That the buyer would accept a higher price or other terms;
4) The reasons why a party wants to sell or buy, or that a party needs to sell or buy quickly; or
5) Anything that relates to the negotiating strategy of a party.

**\* Dual agents and intra-company agents must disclose material facts about a property to all parties.**

## How Dual Agents Are Paid

Only the broker receives compensation on the sale of a property listed by that broker.

If a financial bonus is offered to an agent who sells property that is listed with his/her broker, this fact must be disclosed in writing to both the buyer and seller.

## Consent for Dual Agency

I have read the above information, and I understand the terms of the dual agency. I understand that I do not have to consent to a dual agency and that if I **refuse** to consent, there will not be a dual agency; and that I may withdraw the consent at any time upon notice to the dual agent. I hereby **consent** to have

_____**REMAX ELITE SERVICES**_____ act as a Dual Agent for me as the
(Firm Name)
**19300 ERIN TREE CT**
_X_ Seller in the sale of the property at: **GAITHERSBURG, MD 20879**

____ Buyer in the purchase of a property listed for sale with the above-referenced broker.

_____  3/5/20  _____
Signature                            Date        Signature                            Date
GARY ROSEN BANKRUPTCY TRUSTEE FOR LORI JEAN & KEMPES JEAN

## AFFIRMATION OF PRIOR CONSENT TO DUAL AGENCY

* The undersigned **Buyer(s)** hereby affirm(s) consent to dual agency for the following property:

**19300 ERIN TREE CT, GAITHERSBURG, MD 20879**
Property Address

_____  _____  _____  _____
Signature                            Date        Signature                            Date

* The undersigned **Seller(s)** hereby affirm(s) consent to dual agency for the Buyer(s) identified below:

_____
Name(s) of Buyer(s)

_____  _____  _____  _____
Signature                            Date        Signature                            Date
GARY ROSEN BANKRUPTCY TRUSTEE FOR LORI JEAN, KEMPES JEAN

Rev. 8/16/2016 eff. (10/1/16)

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026 www.zipLogix.com                19300 Erin Tree

  

## Notification of Dual Agency Within a Team in Maryland

Under Maryland law, a team that provides real estate brokerage services must consist of two or more associate brokers or sales persons, or a combination of the two, who:
1. work together on a regular basis;
2. represent themselves to the public as being part of one entity; and
3. Designate themselves by a collective name such as "team" or "group."

The team operates within a brokerage, and team members are supervised by a team leader as well as by the broker, and, if they work in a brokerage branch office, by the branch office manager.

The law permits one member of a team to represent the buyer and one member to represent the seller in the same transaction only if certain conditions are met. If both parties agree, the **broker** of the real estate brokerage with which the salespersons or associate brokers are affiliated may designate one team member as the intracompany agent for the buyer and another team member as the intracompany agent for the seller. No one else may make that designation.

**The law also requires that the buyer and seller each be notified in writing that the two agents are members of the same team, and that the team could have a financial interest in the outcome of the transaction in addition to any financial benefit obtained by selling one of the broker's own listings. THIS FORM CONSTITUTES YOUR NOTICE OF THOSE FACTS.**

Dual agency may occur only if both parties consent to it, and sign the Consent for Dual Agency form prescribed by the Real Estate Commission. If you have concerns or questions about being represented by a team member when another team member represents the other party, you should address these to the broker or branch office manager before signing the Consent form.

This form must be presented to the buyer and seller at the time that the real estate licensee presents the disclosure of agency relationships. For the seller, that should occur no later than when the seller signs the listing agreement. For the buyer, that should occur no later than the initial scheduled showing of property.

ACKNOWLEDGMENT OF RECEIPT OF NOTICE
I/we acknowledge receipt of the Notification of Dual Agency within a Team.

3/5/20

_____         _____
Gary Rosen Bankruptcy Trustee for Lori Jean & Kempes Jean         Date

_____         _____
                                                          Date

©2010,The Greater Capital Area Association of REALTORS®. Inc.
This recommended form is property of the Greater Capital Area Association of REALTORS®, Inc. and is for use by members only.
Previous New Homes Sales Contracts should be destroyed.

GCAAR Form #1006 - Dual Agency Within a Team-MD        Page 1 of 1        10/10

RE/MAX Elite Services, 11229 Huntover Dr. Rockville, MD 20852        Phone: 301.3465252        Fax: 2405590944        19300 Erin Tree
Nurit Coombe        Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026 www.zipLogix.com

  

## NOTICE TO BUYER AND SELLER OF BUYER'S RIGHTS AND SELLER'S OBLIGATIONS UNDER MARYLAND'S SINGLE FAMILY RESIDENTIAL PROPERTY CONDITION DISCLOSURE LAW

ADDENDUM # _____ dated _____ to the Contract of Sale between
Buyer _____
and Seller ____**GARY ROSEN BANKRUPTCY TRUSTEE FOR LORI JEAN, KEMPES JEAN**____ for the Property
known as **19300 ERIN TREE CT, GAITHERSBURG, MD 20879** _____.

NOTE: This notice does not apply to: (1) the initial sale of single family residential property which has never been occupied, or for which a certificate of occupancy has been issued within one year prior to the date of the Contract; (2) a transfer that is exempt from the transfer tax under Subsection 13-207of the Tax-Property Article, except land installments contracts of sale under Subsection 13-207(a)(11) of the Tax-Property Article and options to purchase real property under Subsection 13-207(a)(12) of the Tax-Property Article; (3) a sale by a lender or an affiliate or subsidiary of a lender that acquired the real property by foreclosure or deed in lieu of foreclosure; (4) a sheriff's sale, tax sale, or sale by foreclosure, partition or by court appointed trustee; (5) a transfer by a fiduciary in the course of the administration of a decedent's estate, guardianship, conservatorship, or trust; (6) a transfer of single family residential real property to be converted by the buyer into a use other than residential use or to be demolished; or (7) a sale of unimproved real property.

Section 10-702 of the Real Property Article of the Annotated Code of Maryland ("Section 10-702") requires that a seller of a single family residential property ("the property") deliver to each buyer, on or before entering into a contract of sale, on a form published and prepared by the Maryland Real Estate Commission, **EITHER:**

(A)   A written property condition disclosure statement listing all defects including latent defects, or information of which the seller has actual knowledge in relation to the following:
(i) Water and sewer systems, including the source of household water, water treatment systems, and sprinkler systems;
(ii) Insulation;
(iii) Structural systems, including the roof, walls, floors, foundation and any basement;
(iv) Plumbing, electrical, heating, and air conditioning systems;
(v) Infestation of wood-destroying insects;
(vi) Land use matters;
(vii) Hazardous or regulated materials, including asbestos, lead-based paint, radon, underground storage tanks, and licensed landfills;
(viii) Any other material defects, including latent defects, of which the seller has actual knowledge;
(ix) Whether the smoke alarms:
　　1. will provide an alarm in the event of a power outage;
　　2. are over 10 years old; and
　　3. if battery operated, are sealed, tamper resistant units incorporating a silence/hush button and use long-life batteries as required in all Maryland homes by 2018; and
(x) If the property relies on the combustion of a fossil fuel for heat, ventilation, hot water, or clothes dryer operation, whether a carbon monoxide alarm is installed on the property.

"Latent defects" under Section 10-702 means material defects in real property or an improvement to real property that:

(i) A buyer would not reasonably be expected to ascertain or observe by a careful visual inspection, and
(ii) Would pose a threat to the health or safety of the buyer or an occupant of the property, including a tenant or invitee of the buyer;

**OR**

(B)   A written disclaimer statement providing that:
(i) Except for latent defects of which the seller has actual knowledge, the seller makes no representations or warranties as to the condition of the real property or any improvements on the real property; and
(ii) The buyer will be receiving the real property "as is," with all defects, including latent defects, that may exist, except as otherwise provided in the contract of sale of the property.

©2016,The Greater Capital Area Association of REALTORS®, Inc.
This recommended form is the property of The Greater Capital Area Association of REALTORS®, Inc. and is for use by members only.
Previous editions of those forms should be destroyed.

GCAAR Form # 1342 Notice to Parties, Property Disclosure - MC          Page 1 of 2                                                                 3/2016
RE/MAX Elite Services, 11229 Huntover Dr. Rockville, MD 20852                          Phone: 301.3465252          Fax: 2405590944          19300 Erin Tree
Nurit Coombe                          Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com

At the time the disclosure or disclaimer statement is delivered to you ("the buyer"), you are required to date and sign a written acknowledgement of receipt on the disclosure or disclaimer statement which shall be included in or attached to the contract of sale.

Section 10-702 further provides that a buyer who receives the disclosure or disclaimer statement on or before entering into a contract of sale does not have the right to rescind the contract based upon the information contained in the disclosure or disclaimer statement.

You are hereby notified that, in certain circumstances, you have the right to rescind your contract with the seller if the seller fails to deliver to you the written property condition disclosure or disclaimer statement. Section 10-702 provides that a buyer who does not receive the disclosure or disclaimer statement on or before entering into the contract has the unconditional right, upon written notice to the seller or seller's agent:

(i) To rescind the contract at any time before the receipt of the disclosure or disclaimer statement or within 5 days following receipt of the disclosure or disclaimer statement; and
(ii) To the immediate return of any deposits made on account of the contract.

Your right to rescind the contract under Section 10-702 terminates if not exercised before making a written application to a lender for a mortgage loan, if the lender discloses in writing at or before the time application is made that the right to rescind terminates on submission of the application or within 5 days following receipt of a written disclosure from a lender who has received your application for a mortgage loan, if the lender's disclosure states that your right to rescind terminates at the end of that 5 day period.

Your rights as a buyer under Section 10-702 may not be waived in the contract and any attempted waiver is void.
Your rights as the buyer to terminate the contract under Section 10-702 are waived conclusively if not exercised before:

(i) Closing or occupancy by you, whichever occurs first, in the event of a sale; or
(ii) Occupancy, in the event of a lease with option to purchase.

The information contained in the property condition disclosure statement is the representation of the seller and not the representation of the real estate broker or sales person, if any. A disclosure by the seller is not a substitute for an inspection by an independent professional home inspection company. You should consider obtaining such an inspection. The information contained in a disclosure statement by the seller is not a warranty by the seller as to the condition of the property of which condition the seller has no actual knowledge or other condition, including latent defects, of which the seller has no actual knowledge. The seller is not required to undertake or provide an independent investigation or inspection of the property in order to make the disclosures required by Section 10-702. The seller is not liable for an error, inaccuracy or omission in the disclosure statement if the error, inaccuracy or omission was based upon information that was not within the actual knowledge of the seller or was provided to the seller by a third party as specified in Section 10-702 (i) or (j).

You may wish to obtain professional advice about the property or obtain an inspection of the property.

The undersigned buyer(s) and seller(s) acknowledge receipt of this notice on the date indicated below and acknowledge that the real estate licensee(s) named below have informed the buyer(s) and the seller(s) of the buyer(s)' rights and the seller(s) obligations under Section 10-702.

| | | |
|---|---|---|
| _3/5/20_ | | |
| Seller's Signature                          Date | Buyer's Signature                          Date |
| GARY ROSEN BANKRUPTCY TRUSTEE FOR LORI JEAN, KEMPES JEAN | |

| | |
|---|---|
| _3/5/20_ | |
| Seller's Signature                          Date | Buyer's Signature                          Date |

| | |
|---|---|
| Agent's Signature                          Date | Agent's Signature                          Date |
| NURIT COOMBE | |

©2016, The Greater Capital Area Association of REALTORS®, Inc.
This recommended form is the property of The Greater Capital Area Association of REALTORS®, Inc. and is for use by members only.
Previous editions of those forms should be destroyed.

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026    www.zipLogix.com          19300 Erin Tree

   

## Important Information for the Purchase of Real Estate
### *(For use in Montgomery County, MD and Washington, DC)*

**This information is provided to assist Buyers prior to entering into a contract for the purchase of residential real property. Buyers should investigate any areas of concern prior to making an offer to purchase.**

1. **LEGAL REQUIREMENTS:** All contracts for real property are required to be in writing to be legally enforceable. The "Maryland Realtors® Residential Contract of Sale" (MR) is for use in Maryland and the " GCAAR Sales Contract" (GCAAR) is for use in Montgomery County, Maryland and Washington, DC. Appropriate jurisdictional and other addenda are required with each contract. Buyers have the right to have legal counsel review these forms.

2. **AGENCY RELATIONSHIPS:** If Buyers choose to have an agent represent them, they must enter into a written Buyer Agency Agreement. In Maryland unrepresented Parties must be provided "Understanding Whom Real Estate Agents Represent" to disclose various Agency relationships. In Washington, DC all Parties must be provided with forms disclosing various Agency relationships.

3. **FAIR HOUSING:** In compliance with Federal Fair Housing regulations, properties shall be made available to all persons without regard to race, color, religion, national origin, sex, handicap and familial status. Washington, DC and Montgomery County, MD both recognize additional protected classes.

4. **FINANCING:** Mortgage rates, fees and products vary considerably among financial institutions. Buyers have the right to select the lender and to negotiate the terms and conditions of their loan.

5. **WIRE FRAUD:** Buyer is advised not to transmit nonpublic personal information, such as credit or debit card, bank account or routing numbers, by email or other unsecured electronic communication. Emails attempting to induce fraudulent wire transfers may appear to come from a trusted source.

6. **TRANSFER AND RECORDATION FEES:**
   A. In Washington, DC unless otherwise negotiated in the contract, the recordation tax is paid by the Buyer and the transfer tax paid by the Seller. Buyer may be eligible for reduced recordation tax as a First-Time Homebuyer.
   Further information can be found at:
   https://otr.cfo.dc.gov/sites/default/files/dc/sites/otrpublication/attachments/ROD%2011.pdf

   B. With the exception of a First Time Maryland Owner-Occupant Home Buyer, Maryland law requires that, unless otherwise negotiated in the sales contract, the cost of any recordation tax or State and County transfer tax shall be shared equally between Buyer and Seller. In the event the Buyer is a First Time Maryland Owner-Occupant Home Buyer, the Buyer's portion of the State transfer tax is waived, and unless negotiated otherwise, the Seller pays all of the transfer and recordation taxes.

7. **PROPERTY TAXES:**
   A. **Tax Bill Increases:** Your property tax bill could increase substantially following settlement. For owner-occupied properties, both Maryland and Washington, DC have programs (Homestead Exemption) which limit the amount that taxes on real property may increase from one year to the next. Once the property transfers to a new owner, the prior limits are removed which may result in a significant increase in the tax bill. Subsequent to your settlement, you may apply to have the eligibility for a Homestead Exemption.

©2018, The Greater Capital Area Association of REALTORS®, Inc.
This recommended form is the property of The Greater Capital Area Association of REALTORS®, Inc. and is for use by members only.
Previous editions of this form should be destroyed.

RE/MAX Elite Services, 11229 Huntover Dr. Rockville, MD 20852                Phone: 301.3465252        Fax: 2405590944        19300 Erin Tree
Nurit Coombe                                Produced with zipForm® by zipLogix  18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com

B. **Right of Appeal:** You have the right to appeal the next year's property tax assessment within strict timeframes following settlement. For more information on property taxes, contact the Maryland State Department of Assessments and Taxation, the Montgomery County Department of Finance or the District of Columbia Office of Tax and Revenue.

C. **Disclosure of Future Property Taxes:** Montgomery County Law requires a Seller to disclose the estimated amount of the tax bill for the first fiscal year following settlement. While Washington, DC does not have such a requirement, the following year's assessment is available from the District of Columbia Office of Tax and Revenue prior to the issuance of the tax bill.

8. **VACANT PROPERTY REGISTRATION:** Buyers are advised that District of Columbia Properties classified as "Vacant" or "Blighted" by the District's Department of Consumer and Regulatory Affairs ("DCRA") are subject to a registration fee and/or a substantially higher tax rate unless they qualify for a statutory exemption. Owners of Properties that are actively seeking to rent or sell their property may qualify for exemption. Further information can be found on www.dc.gov.

9. **PROPERTY CONDITION DISCLOSURE/DISCLAIMER:** In Maryland Sellers are required to disclose known latent defects, even if the property is sold in "as is" condition. Sellers (with limited exceptions) are required to complete and furnish to the Buyer the "Maryland Property Disclosure and Disclaimer Statement". In Washington, DC Sellers (with limited exceptions) are required to complete and furnish to the Buyer the "Sellers Disclosure Statement". In both jurisdictions, real estate licensees have statutory obligations and both licensees and Sellers may have additional common law obligations to disclose material facts and defects to prospective Buyers. Information provided is based on actual knowledge of the Seller and should not be considered as a substitute for the Buyer having an inspection by a home inspection specialist, environmental firm or an engineer.

10. **GOVERNMENT REGULATIONS DISCLOSURE:** The State of Maryland and Montgomery County require Sellers to make many disclosures regarding taxes on the property and on laws and regulations that may restrict or affect land use. Buyers of property located in Montgomery County should receive a completed and signed " Regulations, Easements and Assessments (REA) Disclosure and Addendum" prior to entering into a contract.

11. **INSPECTIONS:** Buyers may include in their offer the right to employ a professional engineer, home inspection specialist, environmental firm or other expert(s) of their choice to inspect the property for possible hazardous substances, building material concerns and defects. Agents do not have the technical expertise to advise Buyers on inspection issues. In Maryland, home inspectors are required to be licensed.

12. **WARRANTY:** A number of companies provide home warranty programs with various types of coverage and deductibles. Consult your agent for further information.

13. **PROPERTY INSURANCE:** Property insurance rates and availability are determined in part by the number and nature of claims and inquiries made on a property's policy, as well as the number and nature of claims made by a prospective Buyer.

14. **HOMEOWNER ASSOCIATIONS, CONDOMINIUMS, COOPERATIVES DISCLOSURES:** If the property is a condominium, cooperative unit, or part of a homeowner association (in Maryland only if there is a mandatory fee), the Seller must provide the Buyer within a specified period of time a package of documents which may include: covenants, restrictions, by-laws and financial information ("Resale Package").

15. **TENANT RIGHTS:** Properties located in Washington, DC and within the City of Takoma Park, Maryland that are tenant-occupied or otherwise defined as residential rental property (Rental Accommodation) will be subject to certain

©2018, The Greater Capital Area Association of REALTORS®, Inc.
This recommended form is the property of The Greater Capital Area Association of REALTORS®, Inc. and is for use by members only.
Previous editions of this form should be destroyed.

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026    www.zipLogix.com              19300 Erin Tree

restrictions, regulations and requirements at the time of resale. It is imperative that a Buyer be familiar with the complexities of purchasing a tenant-occupied property prior to entering into a contract.

16. **LAND USE:** Land uses may be restricted or impacted on some properties by covenants, easements, zoning, subdivision regulations, historic preservation regulations, environmental laws, airport noise, planned land uses, road or highway rights of way, federal, state, county and/or local or municipal restrictions or statutes, or other regulations. To ascertain how such restrictions may impact the use of a specific property, information should be sought through the appropriate government agency and/or a title search.

17. **CRIMINAL ACTIVITY:** Information about criminal activity or the presence of registered sexual offenders who live within the vicinity of a property may be obtained by contacting the state, county or municipal police departments in which the Property is located and National/State Sex Offender Registry. Buyer is solely responsible for conducting the investigation of these facts. Buyer further acknowledges that no real estate licensee involved in the sale or purchase of a property, whether acting as the agent for Seller or Buyer, has or assumes any duty or responsibility to ascertain criminal activity or the presence of registered sexual offenders in the vicinity of the Property.

18. **SECURITY SYSTEMS/ELECTRONIC DEVICES:** Buyer is advised that Seller may have a system on Seller's property that records audio and/or video. If so, Buyer's actions and/or conversations could be heard, recorded and/or seen.

19. **SOLAR PANELS:** If solar panels are installed on the property, Buyer is advised to inquire about the terms under which the solar panels were installed, how to transfer the ownership or lease, and any costs associated with the transfer.

I/we acknowledge receipt of this notice from _____ (Agent), affiliated

with _____ (Broker)

Phone(s): _____

| | |
|---|---|
| _____ | _____ |
| Buyer (printed name)               Date | Buyer (printed name)               Date |
| | |
| _____ | _____ |
| Signature | Signature |

©2018, The Greater Capital Area Association of REALTORS®, Inc.
This recommended form is the property of The Greater Capital Area Association of REALTORS®, Inc. and is for use by members only.
Previous editions of this form should be destroyed.

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com                19300 Erin Tree

Unknown — Sale by Court appointed bankruptcy Trustee

 

## Utility Cost and Usage History Form
For use in Montgomery County, Maryland

Address _____ 19300 ERIN TREE CT, GAITHERSBURG, MD  20879 _____

| Month | Year | | Electric | Gas | Heating Oil |
|-------|------|--|----------|-----|-------------|
| | | Total Cost: | | | |
| | | Total Usage: | | | |
| | | Total Cost: | | | |
| | | Total Usage: | | | |
| | | Total Cost: | | | |
| | | Total Usage: | | | |
| | | Total Cost: | | | |
| | | Total Usage: | | | |
| | | Total Cost: | | | |
| | | Total Usage: | | | |
| | | Total Cost: | | | |
| | | Total Usage: | | | |
| | | Total Cost: | | | |
| | | Total Usage: | | | |
| | | Total Cost: | | | |
| | | Total Usage: | | | |
| | | Total Cost: | | | |
| | | Total Usage: | | | |
| | | Total Cost: | | | |
| | | Total Usage: | | | |
| | | Total Cost: | | | |
| | | Total Usage: | | | |
| | | Total Cost: | | | |
| | | Total Usage: | | | |
| | | Total Cost: | | | |
| | | Total Usage: | | | |
| | | Total Cost: | | | |
| | | Total Usage: | | | |
| | | Total Cost: | | | |
| | | Total Usage: | | | |
| | | Total Cost: | | | |
| | | Total Usage: | | | |

_____      _____
Seller/Owner (Indicate if sole owner)    **GARY ROSEN BANKRUPTCY TRUSTEE FOR LORI JEAN, KEMPES JEAN**    Date

_____      _____
Seller/Owner (Indicate if sole owner)       Date

©2011, The Greater Capital Area Association of REALTORS®, Inc.
This recommended form is the property of the Greater Capital Area Association of REALTORS ®, Inc. and is for use by members only.
Previous editions of this form should be destroyed.

RE/MAX Elite Services, 11229 Huntover Dr. Rockville, MD 20852       Phone: 301.3465252    Fax: 2405590944    19300 Erin Tree
Nurit Coombe       Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com