# Mailing Information for Case 20-10883

## Electronic Mail Notice List - Parties in the case only

- **Sari Karson Kurland**    skurland2@comcast.net, admin@sarikurland.com;kurlandsr71821@notify.bestcase.com;marie-claire@sarikurland.com
- **Gary A. Rosen**    trusteerosen@gmail.com, md40@ecfcbis.com;grosen@garyrosenchartered.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive e-mail notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Synchrony Bank**
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

## List of Creditors and Parties

[ Back ]