Certificate Number: 06531-MD-DE-034116137

Bankruptcy Case Number: 20-10883


06531-MD-DE-034116137

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 20, 2020</u>, at <u>5:51</u> o'clock <u>AM CST</u>, <u>Lori L Jean</u> completed a course on personal financial management given <u>by internet</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of Maryland</u>.

Date: <u>February 20, 2020</u>　　By: <u>/s/Seneca Lovett</u>

　　　　　　　　　　　　　　　Name: <u>Seneca Lovett</u>

　　　　　　　　　　　　　　　Title: <u>Credit Counselor</u>