# CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of March 2020, I reviewed the Court's CM/ECF system and it reports that an electronic copy Debtor's Objection to Trustee's Application to Employ Real Estate Agent and Request for Hearing will be served electronically by the Court's CM/ECF system on the following:

Gary A. Rosen
Chapter 7 Trustee
One Church Street
Suite 800
Rockville, MD 20850

                                        Respectfully Submitted,

                                        /s/*Sari K. Kurland*
                                        Sari Karson Kurland, Esq.
                                        The Kurland Law Group
                                        211 Jersey Lane
                                        Rockville, MD 20850
                                        Email: skurland2@comcast.net
                                        *Attorney for Debtors*