# Exhibit 1

# Comparative Market Analysis



| Researched and prepared by | Subject Property |
|---|---|
| Andrew Silverberg | 19300 Erin Tree Ct |
|  | Gaithersburg |
| Prepared exclusively for | 20879 |



**Andrew Silverberg**
Structure Realty LLC
1395 Piccard Dr Ste 170
ROCKVILLE, MD 20850
(301) 610-0026
andrew@structurerealty.org
www.StructureRealty.Org

Copyright: BRIGHT MLS© 2020 All rights reserved.
This analysis is not an appraisal. It is intended only for the purpose of assisting buyers or sellers or prospective buyers or sellers in deciding the listing, offering, or sale price of the real property.

**Andrew Silverberg**
Structure Realty LLC
Office Ph: (301) 610-0026
Ph: (301) 610-0026

Wednesday, March 25, 2020

## CMA 4-Up Listings Report
This page outlines the subject property versus comparables properties.

   

| | | | | |
|---|---|---|---|---|
| Address | **19300 Erin Tree Ct** | **19221 Autumn Maple Ln** | **19221 Sherwood Green Way** | **19300 Cypress Hill Way** |
| County | Montgomery, MD | Montgomery, MD | Montgomery, MD | Montgomery, MD |
| Municipality | | | | |
| Neighborhood | BROOKEFIELD | BROOKEFIELD | BROOKEFIELD | BROOKEFIELD |
| Status | | Active Under Contract | Active | Closed |
| Closed Date | | | | 02/21/2020 |
| List Price | $0 | $700,000 | $709,000 | $734,900 |
| Closed Price | | | | $750,000 |
| Concessions | | | | No, $0 |
| Financing | | | | Conventional |
| Property Class | Residential | Residential | Residential | Residential |
| Structure Type | Detached | Detached | Detached | Detached |
| Ownership | Fee Simple | Fee Simple | Fee Simple | Fee Simple |
| Sale Type | | Standard | Standard | Standard |
| Style | Colonial | Colonial | Colonial | Colonial |
| Levels/Stories | 3+ | 3+ | 3+ | 3+ |
| Year Built | 1995 | 1995 | 1998 | 1995 |
| Condition | Shows Well | | | Shows Well |
| Annual Tax | $7,157 | $7,707 | $7,015 | $7,840 |
| Tax Total Asmt | $567,300 | $667,800 | $602,700 | $672,800 |
| Lot Acres/SqFt | 1.68a / 73211sf | 2a / 87,120.00sf | 1a / 57,063.00sf | 2a / 98,446.00sf |
| Lot Dimension | | | | |
| Waterfront | No | No | No | No |
| Abv Grd Fin SF | 3208 | 3,643 | 3,347 | 3,828 |
| Blw Grd Fin SF | | 865 | 0 | 0 |
| Total Bldg SF | | 5,508 | 3,347 | 5,748 |
| Total Units | | 0 | 0 | 0 |
| Bedrooms | 4 | 5 | 4 | 4 |
| Baths | 3 / 1 | 4 / 1 | 2 / 1 | 3 / 1 |
| Garage Spaces | 3 | 2 | 2 | 3 |
| Parking Feat | | | | |
| Basement | Daylight, Partial, Heated, C | Full, Outside Entrance, Partia | Connecting Stairway, Dayligh | Connecting Stairway, Dayligh |
| Cooling | Ceiling Fan(s), Central A/C | Ceiling Fan(s), Central A/C | Central A/C | Central A/C |
| Heat | Heat Pump(s) | Central | Central | Forced Air |
| Pool | No Pool | No Pool | No Pool | No Pool |
| DOM | 19 | 1 | 36 | 6 |
| MLS# | 1002308599 | MDMC700832 | MDMC696448 | MDMC691496 |

©2020 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by **Andrew Silverberg**
Structure Realty LLC

**Andrew Silverberg**
Structure Realty LLC
Office Ph: (301) 610-0026
Ph: (301) 610-0026

Wednesday, March 25, 2020

# Brief Summary of Compared Listings

This report summarizes the comparable listings contained in this market analysis.

### Status: Active

| MLS# | Address | Bds | Bth | SqFt Tot | Acres | DOM | List Price | Closed Price | Conc | List Dt |
|---|---|---|---|---|---|---|---|---|---|---|
| MDMC696448 | 19221 Sherwood Green Way | 4 | 2 / 1 | 3,347 | 1.31 | 36 | $709,000 | | | 02/19/2020 |
| **Averages:** | | 4 | 3/1 | 3,347 | 1.31 | 36 | $709,000 | | | |

### Status: Active Under Contract

| MLS# | Address | Bds | Bth | SqFt Tot | Acres | DOM | List Price | Closed Price | Conc | List Dt |
|---|---|---|---|---|---|---|---|---|---|---|
| MDMC700832 | 19221 Autumn Maple Ln | 5 | 4 / 1 | 3,643 | 2.00 | 1 | $700,000 | | | 03/19/2020 |
| **Averages:** | | 5 | 3/1 | 3,643 | 2.00 | 1 | $700,000 | | | |

### Status: Closed

| MLS# | Address | Bds | Bth | SqFt Tot | Acres | DOM | List Price | Closed Price | Conc | Closed Dt |
|---|---|---|---|---|---|---|---|---|---|---|
| MDMC691496 | 19300 Cypress Hill Way | 4 | 3 / 1 | 3,828 | 2.26 | 6 | $734,900 | $750,000 | | 02/21/2020 |
| **Averages:** | $750,000 | 4 | 3/1 | 3,828 | 2.26 | 6 | $734,900 | $750,000 | | |

## Summary

| Status | Total | Avg Price | Avg $ Per SqFt | Median | Low | High | Avg CDOM |
|---|---|---|---|---|---|---|---|
| Active | 1 | $709,000 | $211.83 | $709,000 | $709,000 | $709,000 | 36 |
| Active Under Contract | 1 | $700,000 | $192.15 | $700,000 | $700,000 | $700,000 | 1 |
| Closed | 1 | $750,000 | $195.92 | $750,000 | $750,000 | $750,000 | 6 |
| **Total** | **3** | **$719,667** | **$199.97** | **$709,000** | **$700,000** | **$750,000** | **14** |

©2020 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by **Andrew Silverberg**
Structure Realty LLC



Andrew Silverberg
Structure Realty LLC
Office Ph: (301) 610-0026
Ph: (301) 610-0026

Wednesday, March 25, 2020

## CMA Map

This page displays the Map for the CMA Subject and your comparables.



1   19300 Erin Tree Ct
2   19221 Autumn Maple Ln
3   19221 Sherwood Green Way
4   19300 Cypress Hill Way

©2020 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by **Andrew Silverberg**
Structure Realty LLC