United States Bankruptcy Court
District of Maryland

In re:  
Kempes Jean  
Lori Lee Jean  
       Debtors

Case No. 20-10883-LSS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0416-0      User: mmaloneyr      Page 1 of 1      Date Rcvd: Apr 21, 2020  
                      Form ID: ntchrgbk     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2020.  
db/db       +Kempes Jean,   Lori Lee Jean,   19300 Erin Tree Ct,   Gaithersburg, MD 20879-4973

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2020                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2020 at the address(es) listed below:  
        Gary A. Rosen   trusteerosen@gmail.com,  md40@ecfcbis.com,grosen@garyrosenchartered.com,  
         rosengr96483@notify.bestcase.com  
        Ruth O. Katz   rokatz@lerchearly.com,  kdlevy@lerchearly.com  
        Sari Karson Kurland   skurland2@comcast.net,  admin@sarikurland.com,  
         kurlandsr71821@notify.bestcase.com,marie-claire@sarikurland.com  
                                                  TOTAL: 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **20–10883 – LSS**   Chapter: **7**

**Kempes Jean and**
**Lori Lee Jean**
Debtors

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held

    at 6500 Cherrywood Lane, Courtroom 3–D, Greenbelt, MD 20770

    on 6/25/20 at 02:00 PM

to consider and act upon the following:

32 – Application to Employ Nurit Coombe andRe/Max Elite Services as Real Estate Agent and Verified Statement of Proposed Party Filed by Gary A. Rosen. (Attachments: # 1 Exhibit A # 2 Electronic Mail Notice List # 3 Proposed Order) (Rosen, Gary)

38 – Objection and Request for Hearing on behalf of Kempes Jean, Lori Lee Jean Filed by Sari Karson Kurland (related document(s)32 Application to Employ filed by Trustee Gary A. Rosen). (Attachments: # 1 Certificate of Service # 2 Exhibit) (Kurland, Sari) Modified on 3/27/2020 (Maloney–Raymond, Michelle).

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 4/21/20

    Mark A. Neal, Clerk of Court
    by Deputy Clerk, Michelle Maloney–Raymond
    410–962–4373

Form ntchrgmdb (rev. 12/2003)