Entered: June 23rd, 2020
Signed: June 23rd, 2020

Case 20-10883    Doc 46    Filed 06/23/20    Page 1 of 2

**DENIED**

The Court has determined that the Application to Employ [Dkt. No. 32] is premature. The Application is denied without prejudice to the Trustee filing a new application to employ after the Court has determined whether or not the Trustee has authority to sell the property.



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
At Greenbelt

| | |
|---|---|
| In Re: | : |
| | : |
| KEMPES JEAN | : Case No. 20-10883-LSS |
| LORI LEE JEAN | : (Chapter 7) |
| | : |
| Debtors | : |

<u>ORDER GRANTING APPLICATION TO EMPLOY REAL ESTATE AGENT</u>

Upon consideration of the application of the Trustee for authority to employ Nurit Coombe, a real estate agent with Re/Max Elite Services, to sell the real property set forth in the Trustee's application, it is by the United States Bankruptcy Court for the District of Maryland

ORDERED, that the Trustee is authorized to employ Nurit Coombe with Re/Max Elite Services, as Real Estate Agent, to market and sell the real property of the estate set forth in the Trustee's application, said employment to be upon terms and conditions set forth in said application, except that compensation is payable only upon further Application by the Trustee

and Order of the Court, and only in the event of the unconditional settlement of a sale procured by said agent or co-agent and only from proceeds of such sale.

Copies to:

Gary A. Rosen, Esquire
Sari Karson Kurland, Esquire

Nurit Coombe
Re/Max Elite Services
6101 Executive Blvd.
Suite 230
North Bethesda, MD 20852

U.S. Trustee



**END OF ORDER**