Entered: July 6th, 2020
Signed: July 6th, 2020

**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
At Greenbelt

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| KEMPES JEAN | : | Case No. 20-10883-LSS |
| LORI LEE JEAN | : | (Chapter 7) |
| | : | |
| Debtors | : | |

### ORDER APPOINTING ATTORNEY FOR CHAPTER 7 TRUSTEE

Upon the Application of the Chapter 7 Trustee to Employ Gary A. Rosen and Gary A.

Rosen, Chartered, to act as attorney for the Estate, and upon consideration of the Declaration of

Gary A. Rosen in support thereof, and it appearing that Gary A. Rosen and Gary A. Rosen,

Chartered are "disinterested persons" and that their employment is in the best interest of the

Estate and the economical administration thereof, it is by the United States Bankruptcy Court for

the District of Maryland

ORDERED, that Gary A. Rosen, the Chapter 7 Trustee herein, is authorized to employ

Gary A. Rosen and Gary A. Rosen, Chartered to act as attorneys for the Chapter 7 Trustee and

the Estate with compensation to be paid in such amounts as may be allowed by the Court upon

proper application thereof and approval thereon.

Copies to:

Gary A. Rosen, Esquire
Sari Karson Kurland, Esquire
U.S. Trustee

**END OF ORDER**