IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
At Greenbelt

| | |
|---|---|
| In Re: | : |
| | : |
| KEMPES JEAN | :  Case No. 20-10883-LSS |
| LORI LEE JEAN | :  (Chapter 7) |
| | : |
| Debtors | : |

**MOTION FOR RULE 2004 EXAMINATION OF KEMPES JEAN**

      Gary A. Rosen (the "Trustee"), the Chapter 7 Trustee for the Bankruptcy Estate of Kempes Jean and Lori Lee Jean, pursuant to Bankruptcy Rule 2004(a), requests the entry of an Order directing the Debtor Kempes Jean (the "Debtor") to appear at the office of Gary A. Rosen, Chartered, One Church Street, Suite 800, Rockville, MD 20850, or at such other place or method (such as Zoom) and at such time as the Debtor, the Trustee, and their respective counsel mutually agree, for examination under oath concerning the Debtor's interest in 4511 Dix St, LLC, and any other matters which may affect the administration of the Debtors' Estate, and to produce to the Trustee for inspection and copying, at least five business days prior to the Rule 2004 Examination, certain documents which the Debtor possesses or has custody or control over, and for reasons states as follows:

      1.      On January 22, 2020, the Debtors filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code (the "Petition Date").

      2.      Thereafter, the Trustee was appointed to serve as the Chapter 7 Trustee for the Debtor's estate, and the Trustee continues to serve in that capacity.

      3.      The Trustee was recently informed that the Debtor owns an interest in a limited liability company established in the District of Columbia and named 4511 Dix St, LLC (the

"LLC").  Upon information and belief, the LLC owns improved real property located at 4511 Dix Street, N.E., Washington, D.C. 20019 (the "Property").

4. No mention of that ownership interest was listed on the Debtor's bankruptcy filings nor was it set forth in testimony at the first meeting of creditors.

5. The Trustee requested information concerning the Debtor's interest in the LLC from Debtor's counsel on July 1, 2020.

6. The Trustee renewed his request on July 14, 2020.  (See emails attached as Exhibit A)

7. Finally, on July 23, 2020, counsel for the Debtor produced the Operating Agreement (the "Agreement") of 4511 Dix St LLC.  A copy of that Agreement, dated August 14, 2019, is attached hereto as Exhibit B.

8. In addition to granting the Debtor 75% ownership in the LLC, the Agreement provides that "the parties agree that Kempes Jean shall obtain a mortgage loan of Two Hundred Five Thousand Dollars ($205,000.00) and a construction loan of Fifty-Seven Thousand Dollars ($57,000.00) on behalf of [4511 Dix Street LLC] toward the purchase and renovation of the property and the parties agree that Kempes Jean shall be the [sole] co-borrower, co-signer and/or guarantor of the loan."

9. Accordingly, upon information and belief, Kempes Jean is obligated to an entity/entities for monies borrowed.  It appears that said creditors were not listed on the Debtor's Schedules.

10. Under the circumstances, the Trustee requires an opportunity to examine the Debtor concerning the financial condition of the Debtor, the Debtor's acts and conduct, the

receipt and/or disposition of the Debtor's property, and any other matters which may affect the administration of the Debtor's Estate, to, among other things, undertake to:

    A.    Determine whether there are estate assets that the Debtor is holding that can be used for the benefit of the Debtor's creditors;

    B.    Determine whether there is a basis to request a revocation of the Debtor's discharge.

    11.    In order to assist the Trustee in his evaluation, the Trustee also needs to inspect any and all documents concerning the financial aspects of the LLC, including copies of all correspondence and documents between the Debtor and any entity in which the Debtor borrowed money to finance the purchase and renovation of the Property and all correspondence between the Debtor and Axis Equity Group, LLC.

WHEREFORE, the Trustee respectfully requests that this Court enter an Order:

    A.    Directing the Debtor Kempes Jean, to appear and submit to an examination by the Trustee;

    B.    Requiring the Debtor to produce to the Trustee, for inspection and copying, within twenty-one (21) days from the entry of the Order granting this Motion, all documents set forth in Paragraph 11.

   C. Granting such other and further relief as the nature of this case may require.

               GARY A. ROSEN, CHARTERED

               /s/   Gary A. Rosen
               Gary A. Rosen
               One Church Street
               Suite 800
               Rockville, Maryland 20814
               (301) 251-0202
               trusteerosen@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of July, 2020, a copy of the foregoing was served electronically to those recipients authorized to receive a Notice of Electronic Filing by the Court per the attached Electronic Mail Notice List, and was mailed, first class mail, postage pre-paid, to the U.S. Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770 and to Kempes Jean, 19300 Erin Tree Court, Gaithersburg, MD 20879.

               /s/   Gary A. Rosen
               Gary A. Rosen