# Gmail

gary rosen <trusteerosen@gmail.com>

---

## Jean 20-10883

---

**gary rosen** <trusteerosen@gmail.com>  Wed, Jul 1, 2020 at 2:02 PM
To: Sari Kurland <skurland2@comcast.net>
Cc: "Rice, Jeanette (USTP)" <Jeanette.Rice@usdoj.gov>

Sari:

   I was informed the other day that Mrs. Jean very recently gave birth while acting as a surrogate. If this is indeed the case, and there is/was a financial component involved, please provide me with any and all documents regarding this matter as well as a list of any monies/consideration paid or promised in the future.

   Secondly, I discovered that Mr. Jean is the organizer of an LLC entitled 4511 Dix Street, LLC., established on September 3, 2019 (pre-petition). The LLC owns the property located at that address in D.C. Moreover, that property is listed for sale for $429,900.00. That LLC and property are not listed on your clients' schedules. Please provide me with an explanation as to why it was not listed as well as providing me with any and all documents pertaining to the LLC and the property.

**Gary A. Rosen, Esq.**
Chapter 7 Bankruptcy Trustee
1 Church Street
Suite 800
Rockville, Maryland 20850
Direct Phone: (301) 251 0202 x2
trusteerosen@gmail.com

---

**gary rosen** <trusteerosen@gmail.com>  Tue, Jul 14, 2020 at 12:20 PM
To: Sari Kurland <skurland2@comcast.net>, lisa.stevens@usdoj.gov

Sari:
   I have not received a response to my email of July 1. When can I expect one?

**Gary A. Rosen, Esq.**
Chapter 7 Bankruptcy Trustee
1 Church Street
Suite 800
Rockville, Maryland 20850
Direct Phone: (301) 251 0202 x2
trusteerosen@gmail.com



EXHIBIT A