IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
At Greenbelt

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| KEMPES JEAN | : | Case No. 20-10883-LSS |
| LORI LEE JEAN | : | (Chapter 7) |
| | : | |
| Debtors | : | |

**ORDER REQUIRING PRODUCTION OF DOCUMENTS
AND AUTHORIZING RULE 2004 EXAMINATION OF KEMPES JEAN**

Upon the Motion for Rule 2004 Examination of the Debtor Kempes Jean (the "Motion"), the grounds therein being well taken, it is by the United States Bankruptcy Court for the District of Maryland

ORDERED, that the Motion is granted, and it is further

ORDERED, that Kempes Jean be, and hereby is, ordered to appear at the offices of Gary A. Rosen, Chartered, One Church Street, Suite 800, Rockville, MD 20850, at the time set by the Trustee, to testify with regard to the acts and conduct of the Debtor, the financial condition of the Debtor, and any other matters which may affect the administration of the Debtor's Estate; and it is further

ORDERED, that within twenty-one (21) days from the entry of this Order, Kempes Jean shall deliver to Gary A. Rosen (the "Trustee") any and all documents in the Debtor's possession, custody or control including, but not limited to, all correspondence and documents between the Debtor and any entity in which the Debtor borrowed money to finance the purchase and renovation of the Property located at 4511 Dix Street, N.E., Washington, DC 20019 and all correspondence between the Debtor and Axis Equity Group, LLC.

Copies to:

Gary A. Rosen, Trustee
Sari Karson Kurland, Esquire
Kempes Jean

**END OF ORDER**