IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
At Greenbelt

| | |
|---|---|
| In Re: : | |
| : | |
| KEMPES JEAN : | Case No. 20-10883-LSS |
| LORI LEE JEAN : | (Chapter 7) |
| : | |
| Debtors : | |

**AFFIDAVIT OF TRUSTEE IN SUPPORT OF MOTION
FOR APPREHENSION AND REMOVAL OF
DEBTORS TO COMPEL ATTENDANCE FOR
EXAMINATION PURSUANT TO RULE 2005 OF THE
<u>BANKRUPTCY RULES OF CIVIL PROCEDURE</u>**

I, Gary A. Rosen, the Chapter 7 Trustee herein, depose and state as follows:

1. I am an adult resident of the State of Maryland.

2. I have been a Chapter 7 Trustee since 1984.

3. The allegations contained in the Motion for Apprehension and Removal of Debtors to Compel Attendance for Examination Pursuant to Rule 2005 of the Bankruptcy Rules of Civil Procedure are true and correct to the best of my knowledge and belief.

4. The Debtors, despite repeated requests, have failed to provide a date and time to hold a Rule 2004 examination.

5. The Debtors have never presented themselves to be deposed for a Rule 2004 examination.

/s/    Gary A. Rosen
Gary A. Rosen