Gmail

gary rosen <trusteerosen@gmail.com>

## Kempes Jean 2004 exam
11 messages

---

**gary rosen** <trusteerosen@gmail.com>               Tue, Aug 18, 2020 at 2:55 PM
To: Sari Kurland <skurland2@comcast.net>, Sari Kurland <sari@sarikurland.com>, "Stevens, Lisa Y. (USTP)" <lisa.y.stevens@usdoj.gov>

Sari:
   The court today entered my request for a 2004 exam for Mr. Jean. Please provide me with some dates and times that work for you and your client. Thank you.

**Gary A. Rosen, Esq.**
**Chapter 7 Bankruptcy Trustee**
1 Church Street
Suite 800
Rockville, Maryland 20850
Direct Phone: (301) 251 0202 x2
trusteerosen@gmail.com

---

**gary rosen** <trusteerosen@gmail.com>               Mon, Aug 24, 2020 at 3:57 PM
To: Sari Kurland <skurland2@comcast.net>, Sari Kurland <sari@sarikurland.com>, "Stevens, Lisa Y. (USTP)" <lisa.y.stevens@usdoj.gov>

Sari:
   I still haven't heard back from you re: scheduling the 2004 exam for Mr. and Mrs. Jean. If you don't respond before the close of business on Wednesday, the 26th of August, I will file a motion to compel.

**Gary A. Rosen, Esq.**
**Chapter 7 Bankruptcy Trustee**
1 Church Street
Suite 800
Rockville, Maryland 20850
Direct Phone: (301) 251 0202 x2
trusteerosen@gmail.com

[Quoted text hidden]

---

**Sari Kurland** <sari@sarikurland.com>               Thu, Aug 27, 2020 at 2:06 PM
To: gary rosen <trusteerosen@gmail.com>, "Stevens, Lisa Y. (USTP)" <lisa.y.stevens@usdoj.gov>

Dear Gary,

Please provide me with dates for a deposition.

Thank you!

Sincerely,



Sari

Sari K. Kurland, Esq.

**The Kurland Law Group**

211 Jersey Lane

Rockville, MD 20850

301.424.2834

f: 240.715.4658

sari@sarikurland.com

www.sarikurland.com





[Quoted text hidden]

---

**gary rosen** <trusteerosen@gmail.com>  Thu, Aug 27, 2020 at 7:51 PM
To: Sari Kurland <sari@sarikurland.com>

Anytime the week of September 7th, with documents delivered three days before. Gary
[Quoted text hidden]

**2 attachments**


**image001.gif**
4K


**image002.png**
6K

---

**gary rosen** <trusteerosen@gmail.com>  Tue, Sep 1, 2020 at 11:12 AM
To: Sari Kurland <sari@sarikurland.com>, "Stevens, Lisa Y. (USTP)" <lisa.y.stevens@usdoj.gov>

Sari:
   I haven't heard back on the proposed dates for the depositions. Your clients have an obligation to cooperate with me. They are not. In fact, they are acting in bad faith. It's not difficult to come up with dates that work for an examination.

**Gary A. Rosen, Esq.**
**Chapter 7 Bankruptcy Trustee**
1 Church Street
Suite 800
Rockville, Maryland 20850
Direct Phone: (301) 251 0202 x2
trusteerosen@gmail.com

[Quoted text hidden]

---

**Sari Kurland** <skurland2@comcast.net>                      Tue, Sep 22, 2020 at 12:45 PM
To: gary rosen <trusteerosen@gmail.com>
Cc: Sari Kurland <sari@sarikurland.com>

Gary,

Just left you a voice mail message. I have a proposal to settle the Kempes and Lori Jean case.

Please call me to discuss.

Sari

Sari Karson Kurland, Esq.
The Kurland Law Group
211 Jersey Lane
Rockville, MD 20850
301-424-2834
Sari@sarikurland.com
www.SariKurland.com
[Quoted text hidden]

---

**gary rosen** <trusteerosen@gmail.com>                        Tue, Sep 22, 2020 at 1:24 PM
To: Sari Kurland <skurland2@comcast.net>

Please put any settlement offer in writing. Gary

**Gary A. Rosen, Esq.**
**Chapter 7 Bankruptcy Trustee**
1 Church Street
Suite 800
Rockville, Maryland 20850
Direct Phone: (301) 251 0202 x2
trusteerosen@gmail.com

[Quoted text hidden]

---

**Sari Kurland** <sari@sarikurland.com>                          Thu, Sep 24, 2020 at 4:02 PM
To: Sari Kurland <skurland2@comcast.net>, gary rosen <trusteerosen@gmail.com>

Dear Gary,

Following up on my email below wanting to discuss settlement of your claims in the Jean case.

Kindly give me a call at your convenience.

My cell phone is ~~[redacted]~~.

Hag Sameach!

Sincerely,

Sari

Sari K. Kurland, Esq.

**The Kurland Law Group**

211 Jersey Lane

Rockville, MD 20850

301.424.2834

f: 240.715.4658

sari@sarikurland.com

www.sarikurland.com



Kurland Law Group



**From:** Sari Kurland <skurland2@comcast.net>
**Sent:** Tuesday, September 22, 2020 12:46 PM
**To:** gary rosen <trusteerosen@gmail.com>

**Cc:** Sari Kurland <sari@sarikurland.com>
**Subject:** Re: Kempes Jean 2004 exam

Gary,

[Quoted text hidden]

---

**Sari Kurland** <sari@sarikurland.com>  Tue, Oct 6, 2020 at 2:26 PM
To: Sari Kurland <skurland2@comcast.net>, gary rosen <trusteerosen@gmail.com>

Dear Gary,

This is my third email to you to request a conversation with you about this case.

An order was entered compelling a deposition but I am unable to schedule anything with you unless you return a call or respond to my email message.

Hopefully you can get back in touch with me this week.

[Quoted text hidden]

---

**gary rosen** <trusteerosen@gmail.com>  Tue, Oct 6, 2020 at 2:44 PM
To: Sari Kurland <sari@sarikurland.com>

Your clients have wilfully refused to cooperate with me. I have received no information regarding the status of the real property that was intentionally omitted from the Debtors' schedules and I have received no information regarding Ms. Jean's surrogacy. Please provide me with dates for the 2004 exams. Please note, you have never given me any prospective dates and times even though I have been asking for almost two months. I am still waiting. Gary
[Quoted text hidden]

2 attachments


image001.gif
4K


image002.png
6K

---

**gary rosen** <trusteerosen@gmail.com>  Mon, Oct 19, 2020 at 2:20 PM
To: Sari Kurland <sari@sarikurland.com>, "Stevens, Lisa Y. (USTP)" <lisa.y.stevens@usdoj.gov>

Sari:
  It's not rocket science. I need dates and times that your clients are available for the court ordered 2004 exams. I've been asking for two months. If you don't provide me with dates and times by the close of business tomorrow, October 20th, I will file a motion under Rule 2005 to have them apprehended and brought before the Court. I am not discussing any settlement prior to the 2004 exams of your clients.

**Gary A. Rosen, Esq.**
Chapter 7 Bankruptcy Trustee
1 Church Street
Suite 800

Rockville, Maryland 20850
Direct Phone: (301) 251 0202 x2
trusteerosen@gmail.com

[Quoted text hidden]