IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
At Greenbelt

In Re:                                      :
                                            :
KEMPES JEAN                                 :    Case No. 20-10883-LSS
LORI LEE JEAN                               :         (Chapter 7)
                                            :
        Debtors                             :

**ORDER TO SHOW CAUSE**

Upon consideration of the Motion for Apprehension and Removal of Debtors to Compel Attendance for Examination Pursuant to Rule 2005 of the Bankruptcy Rules of Civil Procedure, and good cause having been shown, it is by the United States Bankruptcy Court for the District of Maryland

ORDERED, that the Debtors Kempes Jean and Lori Lee Jean, show cause, if any, within seven (7) days from the date of the entry of this Order why this Court should not enter an Order providing for the apprehension and removal of the Debtors to compel attendance for examination as ordered heretofore by this Court.

Copies to:
Gary A. Rosen, Trustee
Sari M. Kurland, Esquire

**END OF ORDER**