# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# GREENBELT DIVSION

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **Kempes Jean and Lori Jean,** | ) | Case No. 20-10883 |
| | ) | |
| | ) | |
| | ) | Chapter 7 |
| | ) | |
| **Debtors.** | ) | |

## MOTION TO VACATE ORDER GRANTING TRUSTEE'S APPLICATION FOR AUTHORITY TO EMPLOY COUNSEL

**NOW COMES**, Kempes Jean and Lori Jean ("Debtors"), by undersigned counsel, and files this Motion to Vacate Order Granting Trustee's Application For Authority To Employ Counsel, and for cause states:

1. Kempes Jean and Lori Jean ("Debtors") filed a joint voluntary Chapter 7 petition on January 22, 2020.

2. Debtors are married and filed this instant case as a joint case.

3. Gary A. Rosen was appointed the Chapter 7 Trustee.

4. On or around November 13, 2020 Mr. Rosen filed an application to employ as general counsel for the Trustee and the Estate herein the law firm of Schlossberg Mastro & Scanlan and Roger Schlossberg and Frank M. Mastro. See DE#76.

5. On or around December 4, 2020 this Court granted such motion.

6. On December 9, 2020 Debtors' filed a collective pleading for a Motion to Remove Chapter 7 Trustee, Objection to Trustee's Application to Employ Real Estate Agent, and

Response to Trustee's Opposition to Debtors' Motion to Convert Chapter 7 Case to Chapter 13.

7. At this time the hearing for the Debtors' Motion to remove Mr. Rosen as the Trustee has not been held and Debtors request that the Order granting Trustee's Application for Authority to Employ Counsel be vacated.

**WHEREFORE**, Debtors respectfully requests that this Honorable Court enter an Order Vacating Order Granting Trustee's Application for Authority to Employ Counsel on December 4, 2020.

Respectfully Submitted,

/s/*Sari K. Kurland*
Sari Karson Kurland, Esq.
The Kurland Law Group
211 Jersey Lane
Rockville, MD 20850
Email: skurland2@comcast.net
*Attorney for Debtors*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 10th Day of December 2020 a copy of the foregoing Motion to Reconsider and Vacate Dismissal has been served upon the following parties in interest on the attached mailing matrix, via either electronic mail or first-class mail postage prepaid:

*Chapter 7 trustee*
**Gary A. Rosen**
One Church Street
Suite 800
Rockville, MD 20850
(301) 251-0202
Email: trusteerosen@gmail.com

/s/Sari K. Kurland
_____
Sari K. Kurland