**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

| | |
|---|---|
| IN RE: Kempes Jean and Lori Lee Jean ) | |
| ) | |
| ) | |
| ) | Case No. 20-10883 |
| ) | Chapter 7 |
| ) | |
| Debtors. ) | |

**LINE TO WITHDRAW MOTION TO REMOVE TRUSTEE**
**DOCKET ENTRY #94**

Kempes and Lori Jean ("Debtors"), by undersigned counsel, Sari Karson Kurland, files this Line with the Court to withdraw Motion to Remove Trustee filed on or around December 11, 2020 with prejudice, Docketed as Document #94.

Respectfully submitted,

*/s/ Sari Karson Kurland*
Sari Karson Kurland
Federal Bar No. 09174
211 Jersey Lane
Rockville, MD 20850
(301) 424-2834
Attorney for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of February 2021, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing **Line to Withdraw** will be served electronically by the Court's CM/ECF system on the following:

Trustee
Gary A. Rosen
One Church Street Suite 800
Rockville, MD 20850

Attorneys for Trustee
Roger Schlossberg
P.O. Box 2067
Hagerstown, MD 21742-2067

*/s/ Sari Karson Kurland*
Sari Karson Kurland