IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: ) | |
| KEMPES JEAN ) | Case No. 20-10883-LSS |
| LORI LEE JEAN, ) | |
| ) | (Chapter 7) |
| Debtors. ) | |
| ) | |

**AMENDED NOTICE OF REMOTE RULE 2004 EXAMINATION OF LORI LEE JEAN**

PLEASE TAKE NOTICE that Gary A. Rosen, the Chapter 7 Trustee for the bankruptcy estate of Kempes Jean and Lori Lee Jean ("the Trustee"), by his undersigned counsel, pursuant to Fed. R. Bankr. P. 2004 and this Court's *Order Granting Trustee's Motion to Modify Order Denying Motion to Convert and Directing Debtors to Appear for 2004 Examination on Dates Selected by the Trustee* (ECF #108), will conduct an examination of Debtor **Lori Lee Jean** on **March 17, 2021 at 11:00 a.m. EST.** The examination will be conducted remotely utilizing the secure web-based deposition option afforded by Veritext or in the alternative video teleconferencing (VTC) services to provide remote/virtual access for parties to participate via the internet. The examination will continue from day to day until completed.

Please contact undersigned counsel at least five (5) calendar days prior to the examination to confirm your appearance via remote participation so that the necessary credentials, call-in numbers, firm name, email address, services, testing and information, if necessary, can be arranged and provided to you prior to the proceeding(s).

Defendant shall record the examination by stenographic means either by a court reporter certified to record depositions or a digital reporter utilizing state-of-the-art digital recording equipment. Both the court reporter and digital reporter are authorized to administer the oath and serve as the deposition officer in the State of Maryland. Please note that the deposition officer may

also be remote and out of the presence of the deponent via one of the options above for the purposes of providing the oath/affirmation to the deponent and capturing the proceeding.

Defendant further reserves the right to utilize the following: (1) Record the examination utilizing audio or video technology; (2) Instant visual display such that the reporter's writing of the proceeding will be available to all who are a party to this proceeding to request and receive it in real time; (3) Exhibit Capture (picture-in-picture) technology in which any exhibit reviewed by the deponent during the examination can be captured visually; and (4) To conduct this examination utilizing a paperless exhibit display process called Exhibit Share or a similar paperless virtual display platform. The parties are advised that in lieu of a paper set of exhibits they may be provided and displayed digitally to the deposition officer, deponent, parties and counsel. The exhibits will be compiled by the deposition officer for the purposes of exhibit stamping, and ultimate production of the final certified transcript.

                Respectfully submitted,

                */s/ Frank J. Mastro*
Frank J. Mastro #24679
Roger Schlossberg
Schlossberg Mastro & Scanlan
P.O. Box 2067
Hagerstown, MD 21742-2067
(301) 739-8610
fmastro@schlosslaw.com
rschlossberg@schlosslaw.com

                */s/ Gary A. Rosen*
Gary A. Rosen
Gary A. Rosen, Chartered
One Church Street, Suite 800
Rockville, MD 20850
(301) 251-0202
trusteerosen@gmail.com

*Attorneys for Gary A. Rosen, Trustee*

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this **25th** day of **February 2021**, I served a copy of the foregoing *Amended Notice of Remote Rule 2004 Examination of Lori Lee Jean* via CM/ECF and email upon:

Sari K. Kurland, Esq.
The Kurland Law Group
211 Jersey Lane
Rockville, MD 20850
skurland2@comcast.net
*Attorneys for Debtors*

                                             */s/ Frank J. Mastro*
                                             Frank J. Mastro

3