Entered: March 5th, 2021
Signed: March 5th, 2021
**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: ) | |
| KEMPES JEAN ) | Case No. 20-10883-LSS |
| LORI LEE JEAN, ) | |
| ) | (Chapter 7) |
| Debtors. ) | |
| _____) | |

**ORDER GRANTING AMENDED EMERGENCY MOTION TO COMPEL DEBTORS TO OBEY COURT ORDER COMMANDING PRODUCTION OF DOCUMENTS AND FOR IMPOSITION OF SANCTIONS**

UPON CONSIDERATION of the *Amended Emergency Motion to Compel Debtors to Obey Court Order Commanding Production of Documents and for Imposition of Sanctions* (the "*Motion to Compel*") filed by Gary A. Rosen, the Chapter 7 Trustee herein, any Opposition thereto filed by the Debtors and any arguments of counsel, and this Court being fully advised, it is hereby.

**ORDERED** that the *Motion to Compel* shall be and is hereby **GRANTED**; and it is further

**ORDERED** that the Debtors shall, within 48 hours of the entry of this *Order*, produce to the Trustee all documents withheld from their production in response to Request Nos. 1-14 and 19 in the *Schedule of Documents Requested to be Produced by Debtors* referenced in this Court's *Order Granting Trustee's Motion to Modify Order Denying Motion to Convert and Directing Debtors to Appear for 2004 Examination on Date Selected by Trustee*, entered herein on January

26, 2021 (ECF #108), and deliver the same to counsel for the Trustee at its offices located at 18421 Henson Boulevard, Suite 201, Hagerstown, Maryland 21742; and it is further

**ORDERED** that the Debtors and their counsel, Sari K. Kurland, Esquire, shall reimburse the Trustee his reasonable attorney's fees incurred in pursuing and obtaining the relief set forth herein, provided that the Trustee submits a fee petition for the Court's review and approval within seven (7) days of the entry of this *Order*.

## END OF ORDER

Copies to:

Sari K. Kurland, Esq.
Gary A. Rosen, Esq.
Roger Schlossberg, Esq.
Frank J. Mastro, Esq.
All parties requesting notice