Entered: March 31st, 2021
Signed: March 30th, 2021
**SO ORDERED**



_____
**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: ) | |
| KEMPES JEAN ) | Case No. 20-10883-LSS |
| LORI LEE JEAN, ) | |
| ) | (Chapter 7) |
| Debtors. ) | |
| _____) | _____ |

**ORDER AWARDING ATTORNEY'S FEES PURSUANT TO**
**ORDER GRANTING AMENDED EMERGENCY MOTION TO COMPEL DEBTORS**
**TO OBEY COURT ORDER COMMANDING PRODUCTION OF DOCUMENTS**
**<u>AND FOR IMPOSITION OF SANCTIONS</u>**

UPON CONSIDERATION of the *Trustee's Submission of Fee Petition Pursuant to Order of Court* (the "*Fee Petition*"), any response(s) thereto, and this Court having determined that the amount sought by the Trustee in the Fee Petition is fair and reasonable, it is hereby.

**ORDERED** that the *Motion to Compel* shall be and is hereby **GRANTED**; and it is further

**ORDERED** that the Debtors and their counsel, Sari K. Kurland, Esquire, shall within fourteen (14) days of the entry of this *Order*, reimburse the Trustee his reasonable attorney's fees in the amount of Four Thousand Eight Hundred Dollars ($4.800.00) incurred in pursuing and obtaining the relief set forth in this Court's *Order Granting Amended Emergency Motion to Compel Debtors to Obey Court Order Commanding Production of Documents and for Imposition of Sanctions* (ECF #139).

**END OF ORDER**

Copies to:

Sari K. Kurland, Esq.
Gary A. Rosen, Esq.
Roger Schlossberg, Esq.
Frank J. Mastro, Esq.
All parties requesting notice