Entered: April 14th, 2021
Signed: April 13th, 2021

## DENIED

Movant has not asserted a legal basis for vacating or reconsidering the Order Granting Motion to Compel [Dkt. No. 139]. See Pacific Ins. Co. v. American Nat. Fire Ins. Co., 148 F.3d 396, 403 (4th Cir. 1998); Thompson v. E.I. DuPont de Nemours & Co., Inc., 76 F.3d 530, 535 (4th Cir. 1996). The Motion to Reconsider [Dkt. No. 145] is denied.



*Lori Simpson*
**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## GREENBELT DIVSION

IN RE:

Kempes Jean and Lori Lee Jean,

                                      Case No. 20-10883
                                      Chapter 7

        Debtor

_____

### ORDER GRANTING MOTION TO RECONSIDER ORDER GRANTING AMENDED EMERGENCY MOTION TO COMPEL DEBTORS TO OBEY COURT ORDER COMMANDING PRODUCTION OF DOCUMENTS AND FOR IMPOSITION OF SANCTIONS

       This matter came before the Court on Debtors' Motion to Reconsider the Order Granting Amended Emergency Motion to Compel Debtors to Obey Court Order Commanding Production Of Documents and for Imposition of Sanctions, good cause appearing therein, it is

       ORDERED, that the Motion to Reconsider is GRANTED.

COPIES TO:
Debtors' Counsel
Chapter 7 Trustee
Counsel of Chapter 7 Trustee

**END OF ORDER**