Entered: April 16th, 2021
Signed: April 16th, 2021
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **20–10883 – LSS**   Chapter: **7**

**Kempes Jean and**
**Lori Lee Jean**
Debtors

## ORDER STRIKING OBJECTION AS UNTIMELY FILED

On February 16, 2021, Gary A. Rosen, Chapter 7 Trustee, filed an Amended Emergency Motion to Compel Debtors to Obey Court Order Commanding Production of Documents and for Imposition of Sanctions [Dkt. No. 125]. After no timely objection was filed and upon the Court's review of that motion, finding good cause for the relief requested therein, the Court entered the Order Granting Amended Emergency Motion to Compel Debtors to Obey Court Order Commanding Production of Documents and for Imposition of Sanctions [Dkt. No. 139] on March 5, 2021. On April 9, 2021, Debtors filed their Objection to Amended Emergency Motion to Compel Debtors to Obey Court order Commanding Production of Documents and for Imposition of Sanctions [Dkt. No. 146] (the "Objection"). As the Objection was filed more than a month after the expiration of the objection period and the Court's entry of the Order, the Court has determined that the Objection should be stricken from the record in this case. Wherefore, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Objection shall be stricken from the record in this case.

cc:   Debtor
      Attorney for Debtor – Sari Karson Kurland
      Case Trustee – Gary A. Rosen
      U.S. Trustee

**End of Order**

44x04 (rev. 07/29/2016) – jmasters