# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:      Case No.: **20–10883 – LSS**      Chapter: **7**

**Kempes Jean and
Lori Lee Jean**
Debtors

# DEFICIENCY NOTICE

DOCUMENT:      149 – Second Motion to Reconsider Order Granting Amended Emergency Motion to Compel Debtors to Obey Court Order Commanding Production of Documents and for Imposition Of Sanctions Filed by Kempes Jean, Lori Lee Jean (related document(s)139 Order on Amended Motion). (Kurland, Sari)

PROBLEM:      **The following items are deficient for the above pleading, and must be cured by 5/3/21. (A Proposed Order was not filed).**

CURE:      A proposed order with a list of those who should receive a copy must be filed. Also, a copy of the proposed order must be transmitted to all other parties to the matter. All proposed orders should be submitted in accordance with the Court's Electronic Filing Procedures. (Exhibit A to Administrative Order 03–02, Local Bankruptcy Rule 9013–3)

CONSEQUENCE:   Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.
Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 4/19/21

Mark A. Neal, Clerk of Court
by Deputy Clerk, Michelle Maloney–Raymond
410–962–4373

cc:   Debtor
      Attorney for Debtor – Sari Karson Kurland

defntc (rev. 12/12/2016)