IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVSION

IN RE:

Kempes Jean and Lori Lee Jean,

                                                                              Case No. 20-10883
                                                                              Chapter 7

        Debtor

---

**OPPOSITION TO MOTION TO HOLD DEBTORS AND THEIR COUNSEL IN CONTEMPT FOR FAILURE TO OBEY COURT ORDER AND TO IMPOSE APPROPRIATE SANCTIONS TO COERCE COMPLIANCE WITH COURT ORDER**

**NOW COMES**, Kempes Jean and Lori Lee Jean ("Debtors"), by undersigned counsel, and files this Opposition to Motion to Hold Debtors and their Counsel in Contempt for Failure to Obey Court Order and to Imposition appropriate Sanctions, and for cause states:

1. This case was commenced by the filing of a voluntary petition under Chapter 7 of the Bankruptcy Code on January 22, 2020.

2. Debtors filed their Bankruptcy in good faith, fully paying any and all filing fees, and seeking formal representation of their Bankruptcy Petition.

3. On February 16, 2021, Trustee filed a Motion to Compel Debtors to Obey Court Order Commanding Production of Documents and for Imposition of Sanctions.

4. The deadline to produce documents was on a weekend day, Friday February 5, 2021.

5. Though the documents were not produced by this date, Counsel informed Trustee over that weekend that documents will be provided by February 9, 2021.

6. What the Trustee requested was significant, this caused more time than anticipated

and was the reason why counsel needed more time to produce such documents.

7. Counsel, earnestly and in good faith, worked on Debtors' case for weeks and that weekend as well leading up to the deadline.

8. Though the documents were provided 4 days later, this delay was not purposeful, and did not cause undue prejudice to the Trustee.

9. On or around March 5, 2021 the Court entered an Order granting Trustee's motion, reimbursement to the Trustee his reasonable attorney's fees.

10. On or around April 16, 2021, Debtors filed a second Motion to reconsider the Court's Order for Attorney fees.

11. While and during Debtors' motion was pending for Court review, Trustee filed this instant motion for contempt.

12. At the time the Trustee filed the motion for contempt, it was clear that the Debtors were attempting to vacate the Court's Order and clearly the matter was still under review.

13. Currently, Debtors are submitting a settlement offer to the Chapter 7 Trustee to "buy out" the non-exempt portion of the equity in their home and assets. The Debtors are committed to this mammoth undertaking to ensure the stability, emotional well-being, and livelihood of their family.

14. At this point in the proceedings, as a gesture of goodwill Debtors have agreed to pay the Trustee's legal fees and have included the payment of the fees in their settlement offer, which will be submitted today.

15. The demand that these fees be paid immediately or Debtors and Counsel be incarcerated is offensive, inhuman, and is indecent.

16. Such relief would not unduly prejudice the Trustee and his attorneys or cause undue delay, would be in the interest of justice and fairness and is not the product of bad faith on

behalf of the Debtors.

**WHEREFORE**, Debtors respectfully requests that this Honorable Court enter an Order **DENYING** Trustee's Motion to Hold Debtors and their Counsel in Contempt for Failure to Obey Court Order and to Imposition appropriate Sanctions.

Respectfully Submitted,

/s/*Sari K. Kurland*
Sari Karson Kurland, Esq.
The Kurland Law Group
211 Jersey Lane
Rockville, MD 20850
Email: skurland2@comcast.net

**CERTIFICATE OF SERVICE**

*I hereby certify* that on the 3rd day of May 2021, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Motion to Reconsider Order will be served electronically by the Court's CM/ECF system on the following:

Trustee
Gary A. Rosen
One Church Street
Suite 800
Rockville, MD 20850
(301) 251-0202
Email: trusteerosen@gmail.com


U.S. Trustee
United States Trustee
6305 Ivy Lane, #600
Greenbelt, MD 20770


                                                /s/Sari Karson Kurland

                                                Sari Karson Kurland, Esq.
                                                Maryland Bar No. 09174