**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

In re:

**KEMPES JEAN**
**LORI LEE JEAN,**                                    **CHAPTER 7**

      **DEBTORS.**                                **CASE NO. 20-10883**

**THE MONEY SOURCE INC.,**

    **Respondent.**

## RESPONSE TO TRUSTEE'S MOTION FOR APPROVAL OF PROPOSED SALE OF PROPERTY OF ESTATE

**The Money Source Inc.** ("Secured Creditor"), by counsel, submits the following in response to the Trustee's Motion for Approval of Proposed Sale of Property of Estate:

1. The Secured Creditor does not object to the Trustee's Motion provided that the order granting the Motion requires that:

    a. The lien of the Secured Creditor shall be paid in full at closing, including all outstanding arrearages, fees and costs;

    b. Any sales price below full payoff shall be subject to Secured Creditor 's final approval; and

    c. Funds to pay off the loan shall be tendered directly to the Secured Creditor at closing, and if Secured Creditor does not receive such funds within 180 days of entry of the Order, the authority to sell granted by the Order shall lapse.

WHEREFORE, the Secured Creditor asks this Court for entry of an order directing the Trustee to pay in full Secured Creditor's lien at closing.

        Respectfully submitted,

        The Money Source Inc.

        By:     /s/ Luke McQueen
        Daniel J. Pesachowitz, Esquire, Bar No. 14930
        Robert A. Jones, Esquire, Bar No. 18707
        Luke A. McQueen, Esquire, Bar No. 18960
        D. Carol Sasser, Esquire, Bar No. 21631
        Samuel I. White, P.C.
        6100 Executive Blvd.
        Suite 400
        Rockville, MD 20852
        Tel: (301) 804-3400
        Fax:(301) 838-1954
        lmcqueen@siwpc.com

CERTIFICATE OF SERVICE

I certify that on May 5, 2021, the foregoing Response was served via CM/ECF on Gary A. Rosen, Trustee, and Sari Karson Kurland, Counsel for Debtors, at the email addresses registered with the Court, and that a true copy was mailed via first class mail, postage prepaid, to Kempes Jean and Lori Lee Jean, Debtors, 19300 Erin Tree Ct, Gaithersburg, MD 20879.

      /s/ Luke McQueen
Luke A McQueen, Esquire
Samuel I. White, P. C.