# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **20–10883 – LSS**   Chapter: **7**

**Kempes Jean and**
**Lori Lee Jean**
Debtors

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held

on 6/7/21 at 10:00 AM
by videoconference or teleconference
(for hearing access information see www.mdb.uscourts.gov/hearings or call 410–962–2688)

to consider and act upon the following:

154 – Motion To Hold Debtors And Their Counsel In Contempt For Failure To Obey Court Order And To Impose Appropriate Sanctions To Coerce Compliance With Court Order Filed by Gary A. Rosen. (Attachments: # 1 Exhibit 1 – Email dated 4/15/21 # 2 Proposed Order) (Mastro, Frank). Related document(s) 142 Order (Generic). Modified on 4/20/2021 (Maloney–Raymond, Michelle).

163 – Opposition on behalf of Kempes Jean, Lori Lee Jean Filed by Sari Karson Kurland (related document(s)154 Motion for Contempt filed by Trustee Gary A. Rosen). (Kurland, Sari)

164 – Response on behalf of Gary A. Rosen Filed by Frank J. Mastro (related document(s)163 Opposition filed by Debtor Kempes Jean, Debtor Lori Lee Jean). (Attachments: # 1 Exhibit 1 – Letter) (Mastro, Frank)

165 – Support Document Filed by Sari Karson Kurland (related document(s)163 Opposition filed by Debtor Kempes Jean, Debtor Lori Lee Jean). (Kurland, Sari)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 5/6/21

Mark A. Neal, Clerk of Court
by Deputy Clerk, Michelle Maloney–Raymond
410–962–4373

Form ntchrgmdb (rev. 06/08/2020)