Entered: May 13th, 2021
Signed: May 13th, 2021
**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: )<br>KEMPES JEAN )<br>LORI LEE JEAN, )<br>)<br>Debtors. )<br>_____ ) | Case No. 20-10883-LSS<br><br>(Chapter 7) |

### ORDER GRANTING EMERGENCY MOTION TO COMPEL DEBTORS
### TO ALLOW IMMEDIATE ACCESS TO REAL PROPERTY
### IN CONNECTION WITH TRUSTEE'S PROPOSED SALE

UPON CONSIDERATION of the *Emergency Motion to Compel Debtors to Allow Immediate Access to Real Property in Connection with Trustee's Proposed Sale* (the "*Motion to Compel*") (ECF #159) filed by Gary A. Rosen, the Chapter 7 Trustee herein, the opposition (ECF #167) and reply (ECF #176) memoranda thereto, the arguments of counsel, and this Court being fully advised, it is hereby.

**ORDERED** that the *Motion to Compel* shall be and is hereby **GRANTED**; and it is further

**ORDERED** that the Debtors shall make the real property located at 19300 Erin Tree Court, Gaithersburg, MD 20879 ("the Property") available for an inspection consistent with the terms and conditions of the proposed contract of sale between the Trustee and the prospective purchasers ("the Contract") (ECF #158-2) on the following days and times:

| | |
|---|---|
| Thursday, May 13, 2021: | from 5:00 p.m. to 7:00 p.m. |
| Friday, May 14, 2021: | from 5:00 p.m. to 7:00 p.m. |
| Saturday, May 15, 2021: | from 9:00 a.m. to 12:00 p.m. |
| Sunday, May 16, 2021: | from 9:00 a.m. to 12:00 p.m. |
| Monday, May 17, 2021: | from 5:00 p.m. to 7:00 p.m.; and it is further |

**ORDERED** the Debtors shall permit the prospective purchasers and their realtor, as well as the Trustee, his realtor, and his counsel to access the Property on the foregoing days and times in connection with the inspection contemplated by the Contract; and it is further

**ORDERED** that the Debtors also shall permit an appraiser for the prospective purchasers' lender to access the Property on the foregoing days and times for the purpose of performing an appraisal of the Property pursuant to the Contract; and it is further

**ORDERED** that the Trustee shall ascertain the day(s) and time(s) on which the persons enumerated in the foregoing paragraphs intend to inspect or appraise the Property and shall promptly advise Debtors' counsel of the same in order to afford the Debtors as much advance notice as is possible under the circumstances.

**END OF ORDER**

Copies to:

Sari K. Kurland, Esq.
Hope Blocton, Esq.
Gary A. Rosen, Esq.
Roger Schlossberg, Esq.
Frank J. Mastro, Esq.
All parties requesting notice