IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: ) | |
| KEMPES JEAN ) | Case No. 20-10883-LSS |
| LORI LEE JEAN, ) | |
| ) | (Chapter 7) |
| Debtors. ) | |
| ) | |
| ) | |
| GARY ROSEN, TRUSTEE, ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| KEMPES JEAN, *et al*. ) | |
| Respondents. ) | |
| ) | |

**AMENDED LINE WITHDRAWING MOTION TO HOLD DEBTORS AND THEIR COUNSEL IN CONTEMPT FOR FAILURE TO OBEY COURT ORDER AND TO IMPOSE APPROPRIATE SANCTIONS TO COERCE COMPLIANCE WITH COURT ORDER**

TO THE CLERK:

Gary A. Rosen, the Chapter 7 Trustee for the bankruptcy estate of Kempes Jean and Lori Lee Jean ("the Trustee"), by his undersigned counsel, hereby withdraws his *Motion to Hold Debtors and their Counsel in Contempt for Failure to Obey Court Order and to Impose Appropriate Sanctions to Coerce Compliance with Court Order*, [Dkt. #154].

Respectfully submitted,

 */s/ Frank J. Mastro*
Frank J. Mastro #24679
Roger Schlossberg
Schlossberg Mastro & Scanlan
P.O. Box 2067
Hagerstown, MD 21742-2067
(301) 739-8610
fmastro@schlosslaw.com
rschlossberg@schlosslaw.com

/s/ Gary A. Rosen
Gary A. Rosen
Gary A. Rosen, Chartered
One Church Street, Suite 800
Rockville, MD 20850
(301) 251-0202
trusteerosen@gmail.com

*Attorneys for Gary A. Rosen, Trustee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **19th** day of **May 2021**, I served a copy of the foregoing *Amended Line Withdrawing Motion to Hold Debtors and their Counsel in Contempt for Failure to Obey Court Order and to Impose Appropriate Sanctions to Coerce Compliance with Court Order* via CM/ECF upon:

Sari K. Kurland, Esq.
Hope Blocton, Esq.
The Kurland Law Group
211 Jersey Lane
Rockville, MD 20850
skurland2@comcast.net
*Attorneys for Debtors*

/s/ Frank J. Mastro
Frank J. Mastro

2