IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **In Re:** | * |
| **KEMPES JEAN** * **Case No. 20-10883-LSS** | |
| **LORI LEE JEAN** | |
|     Debtor                             *         **Chapter 7** | |

**LINE SUPPLYING FURTHER EXHIBIT RE; MOTION TO RESOLVE RETAINER AGREEMENT MATTERS AND ACCOUNTING RELATIVE TO PRIOR COUNSEL**

KEMPES JEAN and LORI LEE JEAN (the "Debtors"), by and through John D. Burns, Esquire (the "Firm"), hereby file this Line Supplying Further Exhibit Re; Motion to Resolve Retainer Agreement Matters and Accounting Relative to Prior Counsel (the "Motion"), and state as follows:

An email with an unspecified invoice merely stating $5,000.00 issued on November 24, 2020 (and received by email by Debtors November 23, 2021), for hourly services was received by the Debtors in supplementation of *Exhibit 5* that was filed yesterday. A copy of the further support document is annexed hereto and added to *Exhibit 5* by reference.

Debtors' counsel also corrects a typographical error under Rule 60(a) hereby at ¶ 23 of the Motion whereupon the total sum paid by Mr. Jean was $6,300.00 from the bank account and $2,000.00 in cash, although Mr. Jean believes more cash may have been paid in intermittent installments and is searching his records.

                                                                             Respectfully Submitted,
                                                                             /s/ John D. Burns
                                                                             John D. Burns, Esquire (#22777)
                                                                             The Burns LawFirm, LLC
                                                                             6303 Ivy Lane; Suite 102
                                                                             Greenbelt, Maryland 20770
                                                                             (301) 441-8780
                                                                             *info@burnsbankruptcyfirm.co*m
                                                                             Counsel for the Debtors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24rd day of June, 2021, a copy of the foregoing

Line and Exhibit was served, via e-filing or by mail upon registered recipients upon:

**ECF:**
Office of the United States Trustee
6305 Ivy Lane; STE 600
Greenbelt, MD 20770

Any ECF Registered Recipients

Roger Schlossberg, Esquire
Counsel for the Chapter 7 Trustee
18421 Henson Boulevard
Suite 201
Hagerstown, MD 21742

**ECF and First Class Mail**
Sari Kurland, Esquire
211 Jersey Lane
Rockville, MD 20850

                                            -----------/s/  John D. Burns-----
                                            _____

                                            John D. Burns