# Corrected Exhibit 5

June 2, 2021

To Whom It May Concern,

As part of our $250,000 settlement offer in our bankruptcy case, we would like to explain where the funds are coming from. We have a gift of $150,000 from a family friend upon the sale of his townhome which is currently under contract (see separate gift letter). The other $100,000 is broken down as follows: $35,000 in bank account of Kempes Jean. This money has been deposited from American Financial Network over the past several months. There is $20,000 saved from the surrogacy contract. Another $20,000 is a gift from Kempes Jean's brother, David Jean and the last $25,000 is a gift from Steven Graham, also a family friend. Gift letters can be provided if necessary.

Thank you,

Lori Jean and Kempes Jean