## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.: 20-10883 |
| KEMPES JEAN ) | (Chapter 7) |
| LORI LEE JEAN ) | |
|       **Debtors** ) | |
| ) | |

## LINE FILING SUPPLEMENTAL EXHIBIT

KEMPES JEAN and LORI LEE JEAN ("Debtors"), by and through their undersigned counsel John D. Burns, file this Line with attached Supplemental Exhibit, which is a text from May 11, 2020 from Jose Mario Regalado Padilla to Kempes Jean.

    Respectfully Submitted,
    --------/S/ John D. Burns --------

    John D. Burns, Esq. (#22777)
    The Burns Law Firm, LLC
    6303 Ivy Lane, Suite 102
    Greenbelt, MD  20770
    (301) 441-8780
    *info@burnsbankruptcyfirm.com*
    *Counsel to the Debtors*

## **CERTIFICATE OF SERVICE**

        I hereby certify that on this 12th day of August, 2021, a copy of the foregoing Line with attached supplemental exhibit was served upon:

**VIA ECF:**
Office of the United States Trustee
6305 Ivy Lane; Suite 600
Greenbelt, MD  20770

Roger Schlossberg, Esq.
Counsel for the Chapter 7 Trustee
18421 Henson Blvd., Suite 201
Hagerstown, MD  21742

All ECF Registered Recipients

**VIA ELECTRONIC MAIL:**
Kempes Jean and Lori Lee Jean

                                              --------/S/ John D. Burns--------------

                                              John D. Burns, Esquire

> Please don't forget the text

> So Kempes, just to clarify
> It was $6,000 for the bathroom + $1,000 in interest.
> Additionally I paid the $2,000 for chimney repairs, $650 for Landscaping and $130 for the cleaning. So the total repayment should be $10,230

Tue, May 11, 10:30 AM

> I can't move back my appointment

> We go after this

Tue, May 11, 11:31 AM

> Ok I just finished my listing appt