UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: | ) |
| | ) |
| KEMPES JEAN | )    Case No. 20-10883 |
| LORI LEE JEAN | )    (Chapter 7) |
| | ) |
| Debtors | ) |
| | ) |

## DEBTORS' AMENDED SCHEDULES A/B, D, E/F, G AND H, AND AMENDED STATEMENT OF FINANCIAL AFFAIRS

KEMPES JEAN and LORI LEE JEAN (the "Debtors"), by and through undersigned counsel John D. Burns, Esquire and The Burns Law Firm, LLC, hereby file these Amended Schedules A/B, D, E/F, G and H, and Amended Statement of Financial Affairs. The valuations in the amended filings are as of the Petition Date unless otherwise specifically noted.

Respectfully Submitted,

/s/ John D. Burns_____
John D. Burns, Esquire (#22277)
The Burns Law Firm, LLC
6303 Ivy Lane; Suite 102
Greenbelt, MD 20770
(301) 441-8780
*info@burnsbankruptcyfirm.com*
Counsel for Debtors

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify a copy of the Amended Schedules and Amended SOFA were served upon the Chapter 7 Trustee via ECF and upon the attached Creditors Matrix by first class mail this 16th day of October, 2021.

<u>/s/ John D. Burns_____</u>
John D. Burns, Esquire (#22277)
The Burns Law Firm, LLC
6303 Ivy Lane; Suite 102
Greenbelt, MD 20770
(301) 441-8780
*info@burnsbankruptcyfirm.com*
Counsel for Debtors

AMENDED

**Fill in this information to identify your case and this filing:**

Debtor 1 _Kempes Jean_
First Name          Middle Name          Last Name

Debtor 2 _Lori Lee Jean_
(Spouse, if filing) First Name          Middle Name          Last Name

United States Bankruptcy Court for the: District of Maryland

Case number _20-10883 / 21-00106_
(if know)

☑ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
    ☐ No. Go to Part 2
    ☑ Yes. Where is the property?

1.1  _Wyndham Vacation Resorts_
Street address, if available, or other description

_PO Box 98940_

_Las Vegas NV    89193_
City          State     ZIP Code

_Clark County_

Country

**What is the property?** Check all that apply
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☑ Timeshare
☐ Other_____

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**
Timeshare: Club Wyndham Access only

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

**Current value of the entire property?**
$ _10.00_

**Current value of the portion you own?**
$ _10.00_

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ Check if this is community property

1.2  _19300 Erin Tree Ct_
Street address, if available, or other description

_Gaithersburg MD    20879_
City          State     ZIP Code

_Montgomery County_

Country

**What is the property?** Check all that apply
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other_____

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

**Current value of the entire property?**
$ _715,000.00_

**Current value of the portion you own?**
$ _715,000.00_

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_Tenancy by the Entireties_

☐ Check if this is community property

Debtor 1    Kempes Jean & Lori Lee Jean
First Name    Middle Name    Last Name

Case number *(if known)* 20-10883 / 21-00106

property identification number:

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..............................................................................➤    $715,010.00

## Part 2:    Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   - ☐ No
   - ☑ Yes

| | | | |
|---|---|---|---|
| 3.1 Make: Lexus | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:* | |
| Model: RX | ☑ Debtor 1 only | | |
| Year: 2005 | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Approximate mileage: 100000 | ☐ Debtor 1 and Debtor 2 only | $ 5,352.00 | $ 5,352.00 |
| Other information: | ☐ At least one of the debtors and another | | |
| Condition:Vehicle; | ☐ **Check if this is community property** (see instructions) | | |

| | | | |
|---|---|---|---|
| 3.2 Make: Masarati | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:* | |
| Model: Quattroporta | ☐ Debtor 1 only | | |
| Year: 2014 | ☑ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Approximate mileage: 70000 | ☐ Debtor 1 and Debtor 2 only | $ 22,748.00 | $ 22,748.00 |
| Other information: | ☐ At least one of the debtors and another | | |
| Condition:Vehicle; | ☐ **Check if this is community property** (see instructions) | | |

| | | | |
|---|---|---|---|
| 3.3 Make: Cadillac | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:* | |
| Model: Escalade | ☐ Debtor 1 only | | |
| Year: 2016 | ☑ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Approximate mileage: 60000 | ☐ Debtor 1 and Debtor 2 only | $ 34,962.00 | $ 34,962.00 |
| Other information: | ☐ At least one of the debtors and another | | |
| Condition:Vehicle; | ☐ **Check if this is community property** (see instructions) | | |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   - ☑ No
   - ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.................................................................................➤    $63,062.00

## Part 3:    Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? |
|---|---|
| 6. **Household goods and furnishings** | Do not deduct secured claims or exemptions. |
| *Examples:* Major appliances, furniture, linens, china, kitchenware | |
| ☐ No | |
| ☑ Yes. Describe... | |
| Living room and bedroom furniture, kitchenware, and appliances | $ 2,000.00 |

AMENDED

Debtor 1    Kempes Jean & Lori Lee Jean
First Name    Middle Name    Last Name

Case number *(if known)* 20-10883 / 21-00106

---

7. **Electronics**

   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe...

   | 3 iPads and Chromebook laptops, 3 TVs and one speaker | $ 1,000.00 |

8. **Collectibles of value**

   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No
   ☐ Yes. Describe...

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☐ No
   ☑ Yes. Describe...

   | Elliptical, weight set, and golf sets, and basketball, football, baseball and soccer equipment. | $ 500.00 |

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes. Describe...

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe...

    | Men's wardrobe including suits, shoes, and coats. Women's wardrobe including shirts, pants, dresses, handbags and shoes. | $ 2,000.00 |

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems gold, silver

    ☐ No
    ☑ Yes. Describe...

    | Wedding rings, and watches | $ 3,000.00 |

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☐ No
    ☑ Yes. Describe...

    | Pitbull dog | $ 300.00 |

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No
    ☐ Yes. Give specific information...

15. **Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..................................................................➤ | $8,800.00 |

---

## Part 4:    Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No
    ☑ Yes. .............................................................................................................. Cash ................... $ 40.00

AMENDED

Debtor 1    Kempes Jean & Lori Lee Jean
First Name        Middle Name        Last Name

Case number(if known)  20-10883 / 21-00106

---

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes..................

| | Institution name: | |
|---|---|---|
| 17.1. Checking account: | NFCU (D1; 6487) | $ 0.00 |
| 17.2. Checking account: | M&T account (D1, D2, and D2's father) | $ Unknown |
| 17.3. Checking account: | Bank of America (D1; 3087) | $ 4,726.66 |
| 17.4. Checking account: | PNC (D2; 0061) | $ 6,928.69 |
| 17.5. Other financial account: | Custodial PNC savings (child 1; 4952) | $ 350.05 |
| 17.6. Other financial account: | PNC Growth (D2; 0096) | $ 1,019.30 |
| 17.7. Other financial account: | Custodial PNC savings (child 3; 5058) | $ 155.02 |
| 17.8. Other financial account: | Custodial PNC savings (child 2; 5066) | $ 315.04 |
| 17.9. Other financial account: | PNC Reserve (D2; 0088) | $ 0.00 |
| 17.10. Savings account: | NFCU (D1; 5195) | $ 5.00 |
| 17.11. Savings account: | NFCU (joint D1/D2; 7506) | $ 5.00 |

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No
☑ Yes..................

Institution or issuer name:

Acorn (D1; 4396)                                         $ 105.00

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them...........

**(SEE SUPPORTING DETAIL SHEETS ATTACHED)**

| Name of entity: | % of ownership: | |
|---|---|---|
| 5900 Croom Station LLC (D1 only) | 100 % | $ 0.00 |
| 4112 Landgreen St, LLC (D1 only) | 100 % | $ 1.00 |
| International Constructions Consultant LLC (D1 only) | 100 % | $ 0.00 |
| 4511 Dix St LLC (D1 and Axis Equity Group, LLC) | 75 % | $ 1.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them..........

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each account separately

| Type of account | Institution name | |
|---|---|---|
| 401(k) or similar plan: | American Financial Network Inc. | $ 6,901.52 |
| 401(k) or similar plan: | Homespire Mortgage f/k/a New America Financial (D1) - 401k from prior employment that ended in 2016; exempt per MD 11-504(h); amount estimated and Debtors working to get statement of value as of 1/22/2020 or current value | $ 41,000.00 |
| IRA: | Prudential Roth IRA (D1); exempt per MD 11-504(h); 1/22/2020 amount unknown; amount listed is as of 9/30/2021; no contributions made for past several years | $ 21,831.81 |
| IRA: | Prudential Roth IRA (D2); exempt per MD 11-504(h); 1/22/2020 amount unknown; amount listed is as of 9/30/2021; no contributions made for past several years | $ 4,240.34 |
| Pension plan: | Montgomery County Public Schools (D2) | $ 72,547.63 |

Debtor 1  Kempes Jean & Lori Lee Jean
    First Name  Middle Name  Last Name

Case number *(if known)* 20-10883 / 21-00106

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
☑ No
☐ Yes.....................

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
☑ No
☐ Yes.....................

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☑ No
☐ Yes.....................

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☑ No
☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
☑ No
☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☐ No
☑ Yes. Give specific information about them...

| Drivers licenses (D1 and D2) | $ 1.00 |
|---|---|

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
☐ No
☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years...

| MD 2019 ($4404 refund; $2000 received), Fed. 2019 ($4892 refund; $0.00 received; IRS applied refund to 2018 tax debt which left $348.95 owed for 2018 per 4/5/2021 dated CP49 notice) | Federal: $ 0.00 |
|---|---|
| | State: $ 2,000.00 |
| | Local: $ 0.00 |

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
☑ No
☐ Yes. Give specific information....

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
☑ No
☐ Yes. Give specific information....

31. **Interests in insurance policies**
☐ No
☑ Yes. Name the insurance company of each policy and list its value....

Company name: | Beneficiary: | Surrender or refund value:
Lincoln Financial Group term life insurance $1,000,000.00 | | $ 0.00
Lincoln Financial Group term life insurance $500,000.00 | | $ 0.00

32. **Any interest in property that is due you from someone who has died**
☑ No
☐ Yes. Give specific information....

Debtor 1   Kempes Jean & Lori Lee Jean
_First Name_   _Middle Name_   _Last Name_

Case number *(if known)* 20-10883 / 21-00106

---

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

☐ No
☑ Yes. Give specific information....

| Law Office of Sari Kurland | $ Unknown |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No
☑ Yes. Give specific information....

| Right to payments from surrogacy executory contract to D2 | $ 7,776.00 |

35. **Any financial assets you did not already list**

☐ No
☑ Yes. Give specific information...

| Re Landgreen (D1) - reimbursement of $19,786.83 capital investment and profit of no more than $5,341.39 ($25,128.22); Re Dix Street (D1) - reimbursement of $6,324 capital contribution (See Supporting Detail re: Schedule B, #19) | $ 31,452.22 |

36. **Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................▶ | $201,402.28 |

## Part 5:   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.
☑ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe...

39. **Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes. Describe...

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe...

41. **Inventory**

☑ No
☐ Yes. Describe...

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe........

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.**Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

44. **Any business-related property you did not already list**

☐ No
☑ Yes. Give specific information ...........

| Bank of America (ICC; 4974) (Checking) | $ 0.00 |
| See also Part 4, #19 | $ 0.00 |

45. **Add the dollar value of the portion you own for all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**.................................................................▶ | $0.00 |

## Part 6:   Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

AMENDED

Debtor 1  Kempes Jean & Lori Lee Jean
First Name     Middle Name     Last Name

Case number *(if known)* 20-10883 / 21-00106

---

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Part 7:  Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific
information...

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................►

$ 0.00

**Part 8:  List the Totals of Each Part of this Form**

55. **Part 1: Total real estate, line 2**........................................................................................................► $ 715,010.00

56. **Part 2: Total vehicles, line 5**  $ 63,062.00

57. **Part 3: Total personal and household items, line 15**  $ 8,800.00

58. **Part 4: Total financial assets, line 36**  $ 201,402.28

59. **Part 5: Total business-related property, line 45**  $ 0.00

60. **Part 6: Total farm- and fishing-related property, line 52**  $ 0.00

61. **Part 7: Total other property not listed, line 54**  + $ 0.00

62. **Total personal property. Add lines 56 through 61** ...................  $ 273,264.28   Copy personal property total► + $ 273,264.28

63. **Total of all property on Schedule A/B. Add line 55 + line 62**  $ 988,274.28

## SUPPORTING DETAIL RE: SCHEDULE B, #19

**4511 Dix St LLC**
Purchased real property on 8/15/2019 which was improved and sold on 8/7/2020

Expense Details:
Purchase funds amount and source ($215,000.00 purchase price; $118,979.70 settlement  charges to LLC):
- $5,000.00 deposit - Kempes Jean, personally
- $262,000 - purchase and construction loan by Restoration Capital
- $66,137.15 - balance to close provided by 25% owner of LLC, Axis Equity Group LLC (contact person is Sarah Pastoriza)...Note:  records reflect Axis provided a capital contribution of $66,500.00, the bulk of which was used to pay the balance to close

Debts incurred by LLC/Kempes Jean between time of purchase and time of sale:
- $15,000.00 - loan to LLC/Kempes Jean with funds paid to contractor on behalf of LLC in December 2019 by Roddy Jean
- $67,224.00 - paid at time of issuance of invoices by the contractor, 4th Division LLC between time of purchase and sale (Note:  $15,000 of this $67,224 was paid by the $15,000.00 loaned funds from Roddy Jean)

Amounts paid out-of-pocket personally by Kempes Jean on behalf of the LLC after 8/15/2019 purchase and before 8/7/2020 sale:
- $27,652.36  total for monthly loan payments made to Restoration Capital [Note: additional $6,000.00 paid by Green & Gold Properties, LLC to Restoration Capital, with such $6,000.00 included in the Landgreen project sale payoff to Green & Gold at time of 7/15/2020 sale; see 4112 Landgreen St LLC, "Revenue" Details]
- Unknown exact amount for miscellaneous expenses, such as utility bills, so amounts paid pre-Petition Date are uncertain

"Revenue" Details:
Sale proceed breakdown (Sale price of $410,000.00):
- $269,604.25 - payoff of construction loan to Restoration Capital
- $838.77 - prorated real estate taxes
- $315.00 - real estate commission to eXp Realty, LLC
- $10,250.00 - real estate commission to TTR Sothebys Int'l Realty
- $6,710.00 - closing costs
- $4,078.08 - reimbursement to Sarah Pastoriza
- $8,000.00 - payoff of water lien to DC Water
- $1,000.00 - water escrow for DC Water
- $1,500.00 - payment of past due property taxes to DC Treasurer
- $107,703.90 - funds due to seller, 4511 Dix St LLC
    - $77,500.00 - payment to Axis Equity Group LLC
    - $17,500.00 - payment to Roddy Jean re loan of $15,000 in December 2019
    - $6,379.90 - payment to contractor, 4th Division
    - $6,324.00 - payment to Kempes (Note:  No net profit to Kempes Jean as he expended out-of-pocket in excess of $6,324.00 on the project)



**4112 Landgreen St LLC**
Purchased real property on 1/14/2020 which was improved and sold on 7/15/2020

Expense Details:
      Purchase funds amount and source ($305,000.00 purchase price; $112,378.30 settlement  charges to LLC):

- $27,000.00 deposit - a wholesaler, Flatdog Properties, LLC, paid the deposit was repaid at the time of closing, along with payment of at $19,000.00 assignment fee; such amounts are included in the $112,378.30 settlement charges
- $309,000.00 - purchase and construction loan from Green & Gold Properties LLC
- $88,328.11 - balance to close provided by loan from William Warren to LLC/Kempes Jean

      Debts incurred by LLC/Kempes Jean between time of purchase and time of sale:

- $10,230.00 - paid by Mario Padilla for bathroom ($6,000), interest ($1,000), chimney repair ($2,000); landscaping and trash removal ($650), and house cleaning ($130) [Details and total amount paid was per text from Mario Padilla to Kempes Jean; Padilla also paid contractor punchlist expense]
- $6,000.00 - loan from Emily Muiruri
- $6,000.00 - loan from Rocky Weru

      Amounts paid out-of-pocket personally by Kempes Jean on behalf of the LLC after 1/14/2020 purchase and before 7/15/2020 sale (Note:  all amounts were paid post-Petition Date, except possibly for a utility security deposit):

- $18,286.83 total of monthly loan payments made to Green & Gold Properties LLC
- $1,500.00 for home owner insurance
- Unknown exact amount for miscellaneous expenses, such as utility bills

"Revenue" Details:
      Sale proceed breakdown (Sale price of $502,000.00):

- $320,776.50 - payoff of construction loan to Green & Gold Properties LLC [Note: $6,000.00 of $320,776.50 payoff is related to guarantor arrearage related to Dix Street property and Restoration Capital]
- $89.67 - prorated real estate taxes
- $25,495.00 - commissions and listing fee to RE/MAX Metropolitan Realty and to REMAX Realty Centre, Inc.
- $5,982.50 - closing costs
- $400.00 - water escrow
- $149,356.33 - funds due to seller, 4112 Landgreen St LLC
  - $99,498.11 - payment to William Warren
  - $49,758.22  - payment to Kempes Jean who further disbursed as follows:
    - $10,230.00 - payment to Mario Padilla for loaned funds with interest
    - $7,200.00 - payment to Emily Muiruri for loaned funds with interest
    - $7,200.00 - payment to Rocky Weru for loaned funds with interest
    - $25,128.22 - to Kempes Jean (Note:  At most, Kempes Jean received a profit of $5,341.39, as he expended at least $19,786.83 out-of-pocket on the project)

**5900 Croom Station LLC**

Purchased real property in 2015 to improve and sell.  For various reasons, the property was not improved and it eventually was sold at a foreclosure sale which was ratified on 7/15/2019.

Original loan for purchase and construction was with Restoration Capital.  The loan was refinanced in 2017 with a loan from Temple View Capital.

Known Amounts allegedly remaining owed post-foreclosure:

- $49,197.65 - foreclosure deficiency owed to Dyck-O-Neal, Inc. (re:  Temple View Capital financing); see 20-10883, Claim 22
- $133,675.00 - claim by Jack Fisher related to 5900 Croom Station LLC; see 20-10883, Claim 12

LLC did not have any assets on Petition Date of 1/22/2020

**International Constructions Consultant, LLC**

LLC did not have an assets on Petition Date of 1/22/2020; it had a disputed debt to Mercedes Benz Financial Services in an unknown amount being litigated in Montgomery County Circuit Court Case No. 468687V and related to a judgment lien recorded at Montgomery County Circuit Court Case No. 152833R

AMENDED

**Fill in this information to identify your case:**

Debtor 1    Kempes Jean
First Name        Middle Name        Last Name

Debtor 2    Lori Lee Jean
(Spouse, if filing)   First Name       Middle Name       Last Name

United States Bankruptcy Court for the: District of Maryland

Case number   20-10883 / 21-00106
(if know)

☑ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   - ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

**Part 1:**    List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim** Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion** If any |
|---|---|---|---|

**2.1**

Describe the property that secures the claim:   $ 43,657.00    $ 715,000.00    $ 0.00

Jack Fisher
Creditor's Name

209 Whitetail Dr
Number    Street

Bellefonte PA    16823
City     State    ZIP Code

19300 Erin Tree Ct, Gaithersburg, MD 20879 - $715,000.00

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☑ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Last 4 digits of account number**

| 2.2 | | |
|---|---|---|

**Navy Federal Credit Union**
Creditor's Name

**PO Box 3100**
Number    Street

**Merrifield VA    22119-3100**
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:** $ 39,732.82    $ 34,962.00    $ 4,770.82

> 2016 Cadillac Escalade - $34,962.00 Balance due as of petition date per Cl. 13

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

**Last 4 digits of account number**

| 2.3 | | |
|---|---|---|

**PNC Bank**
Creditor's Name

**300 Fifth Ave.**
Number    Street

**Pittsburgh PA    15222**
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:** $ 22,134.54    $ 22,748.00    $ 0.00

> 2014 Masarati Quattroporta - $22,748.00

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

**Last 4 digits of account number**

| 2.4 | | |
|---|---|---|

**The Money Source**
Creditor's Name

**PO Box 619063**
Number    Street

**Dallas TX    75261-9063**
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:** $ 578,596.57    $ 715,000.00    $ 0.00

> 19300 Erin Tree Ct, Gaithersburg, MD 20879 - $715,000.00

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

**Last 4 digits of account number** 7885

| 2.5 | | Describe the property that secures the claim: | $ 14,456.90 | $ 10.00 | $ 14,446.90 |

Wyndham Vacation Resorts
**Creditor's Name**

P.O. Box 98940
Number    Street

Las Vegas NV    89193
City    State    ZIP Code

Wyndham Vacation Resorts PO Box 98940, Las Vegas, NV 89193 - $10.00

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)   Timeshare access only

**Last 4 digits of account number**

| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 698,577.83 | |

---

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed** |

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

AMENDED

---

**Fill in this information to identify your case:**

Debtor 1  Kempes Jean
First Name        Middle Name        Last Name

Debtor 2  Lori Lee Jean
(Spouse, if filing)  First Name        Middle Name        Last Name

United States Bankruptcy Court for the:  District of Maryland

Case number  20-10883 / 21-00106
(if know)

☑ Check if this is an amended filing

---

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**
   - ☐ No. Go to Part 2.
   - ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | | | | |
|---|---|---|---|---|

Comptroller of Maryland
Priority Creditor's Name

Bankruptcy Unit
Number      Street

301 W. Preston St., Room 409

Baltimore MD    21201
City      State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**

**When was the debt incurred?**
2018 (per Cl. 21; not disputed on Petition Date; paid in full post-petition from tax refund)

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify

Total claim: $ 1,611.00    Priority amount: $ 0.00    Nonpriority amount: $ 1,611.00

| 2.2 | | |
|---|---|---|
| **IRS** | Last 4 digits of account number | $ 4,332.00    $ 0.00    $ 4,332.00 |

**IRS**
Priority Creditor's Name

1260 Maryland Avenue
Number    Street

Hagerstown MD    21740
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number
**When was the debt incurred?**
2018 (not disputed on Petition Date; paid in full post-petition from tax refund)

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify

---

## Part 2:    List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**
- ☐ No. You have nothing else to report in this part. Submit to the court with your other schedules.
- ☑ Yes. Fill in all of the information below.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | Total claim |
|---|---|---|

| 4.1 | | |
|---|---|---|
| **4th Division LLC** | Last 4 digits of account number | $ Unknown |

**4th Division LLC**
Nonpriority Creditor's Name

4503 Furman Ct.
Number    Street

Silver Spring MD    20906
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify Contractor for Dix Street project; not disputed on Petition Date; paid in full at time of 8/7/2020 sale

| 4.2 | | |
|---|---|---|
| **American Education Services (PHEAA)** | Last 4 digits of account number  8372 | $ 6,993.95 |

**American Education Services (PHEAA)**
Nonpriority Creditor's Name

PO Box 2461
Number    Street

Harrisburg PA    17105
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  8372
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

## 4.3

| | |
|---|---|
| **American Education Services (PHEAA)** | **Last 4 digits of account number** 1301 |
| Nonpriority Creditor's Name | **When was the debt incurred?** _____ |

PO Box 2461

Number    Street

Harrisburg PA    17105

City    State    ZIP Code

$ 12,455.68

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

## 4.4

| | |
|---|---|
| **Banana Republic (Portfolio Assoc.)** | **Last 4 digits of account number** 9965 |
| Nonpriority Creditor's Name | **When was the debt incurred?** _____ |

PO Box 530942

Number    Street

Atlanta GA    30353

City    State    ZIP Code

$ 1,283.92

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit card; see Claim 5

## 4.5

| | |
|---|---|
| **Best Buy** | **Last 4 digits of account number** 4176 |
| Nonpriority Creditor's Name | **When was the debt incurred?** _____ |

PO Box 9001007

Number    Street

Louisville KY    40290

City    State    ZIP Code

$ 163.24

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit card; Subject to statute of limitations

---

| 4.6 | **Bloomingdales** | **Last 4 digits of account number** 9486 | $ 2,845.40 |

Nonpriority Creditor's Name

**When was the debt incurred?** _____

PO Box 78008

Number    Street

**As of the date you file, the claim is:** Check all that apply.

Phoenix AZ    85062

☐ Contingent

City    State    ZIP Code

☐ Unliquidated

**Who owes the debt?** Check one.

☐ Disputed

☐ Debtor 1 only

☑ Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 and Debtor 2 only

☐ Student loans

☐ At least one of the debtors and another

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ **Check if this claim relates to a community debt**

☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ Other. Specify  Credit card; see Claim 16

☑ No

☐ Yes

---

| 4.7 | **Bloomingdales** | **Last 4 digits of account number** 7804 | $ 4,947.67 |

Nonpriority Creditor's Name

**When was the debt incurred?** _____

PO Box 78008

Number    Street

**As of the date you file, the claim is:** Check all that apply.

Phoenix AZ    85062

☐ Contingent

City    State    ZIP Code

☐ Unliquidated

**Who owes the debt?** Check one.

☐ Disputed

☑ Debtor 1 only

☐ Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 and Debtor 2 only

☐ Student loans

☐ At least one of the debtors and another

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ **Check if this claim relates to a community debt**

☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ Other. Specify  Credit card; see Claim 17

☑ No

☐ Yes

---

| 4.8 | **Capital One** | **Last 4 digits of account number** 3409/4153 | $ 3,746.69 |

Nonpriority Creditor's Name

**When was the debt incurred?** _____

PO Box 30285

Number    Street

**As of the date you file, the claim is:** Check all that apply.

Salt Lake City UT    84130

☐ Contingent

City    State    ZIP Code

☐ Unliquidated

**Who owes the debt?** Check one.

☐ Disputed

☑ Debtor 1 only

☐ Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 and Debtor 2 only

☐ Student loans

☐ At least one of the debtors and another

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ **Check if this claim relates to a community debt**

☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ Other. Specify  Credit card; see Claim 4

☑ No

☐ Yes

---

| 4.9 | Capital One Bank USA NA | | |
|---|---|---|---|

**Capital One Bank USA NA**
Nonpriority Creditor's Name

**4515 N. Santa Fe Ave**
Number    Street

**Oklahoma City OK    73118**
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  1508/0991
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  See Claim 2

$ 3,856.78

---

| 4.10 | Capital One Bank USA NA | | |
|---|---|---|---|

**Capital One Bank USA NA**
Nonpriority Creditor's Name

**4515 N. Santa Fe Ave**
Number    Street

**Oklahoma City OK    73118**
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  9573/0747
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  See Claim 3

$ 565.35

---

| 4.11 | Citibank N.A. | | |
|---|---|---|---|

**Citibank N.A.**
Nonpriority Creditor's Name

**5800 S. Corporate Pl.**
Number    Street

**Sioux Falls SD    57108**
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  5282
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  See Claim 18

$ 7,742.98

| 4.12 | Comptroller of Maryland | | | | $ 145.00 |

**Comptroller of Maryland**
Nonpriority Creditor's Name

**Bankruptcy Unit**
Number    Street
**301 W. Preston St., Room 409**

**Baltimore MD    21201**
City    State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  General unsecured tax related claim; per Cl 21

$ 145.00

---

| 4.13 | Dyck-O'Neal, Inc. | | | | $ 49,197.65 |

**Dyck-O'Neal, Inc.**
Nonpriority Creditor's Name

**c/o Parker, Simon & Kokolis, LLC**
Number    Street
**110 N. Washington St., Ste. 500**

**Rockville MD    20850**
City    State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Foreclosure deficiency; see Claim 22

$ 49,197.65

---

| 4.14 | Express | | | | $ 1,443.10 |

**Express**
Nonpriority Creditor's Name

**PO Box 659728**
Number    Street
**San Antonio TX    78265**
City    State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit card; Subject to statute of limitations

$ 1,443.10

| | | |
|---|---|---|
| **4.15** | Green and Gold Properties LLC | |

**Nonpriority Creditor's Name**

42637 Bradfords Telg Ct.
Number      Street

Chantilly VA      20152
City      State      ZIP Code

**Who owes the debt? Check one.**
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Guarantor of Construction loan to 4112 Landgreen LLC; not disputed on Petition Date; paid in full at 7/15/2020 sale

$ 259,000.00

---

| | | |
|---|---|---|
| **4.16** | Jack Fisher | |

**Nonpriority Creditor's Name**

209 Whitetail Dr.
Number      Street

Bellefonte PA      16823
City      State      ZIP Code

**Who owes the debt? Check one.**
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  See Trustee avoidance adversary 20-00188 Dkt 13 and see Claim 11

$ 42,657.00

---

| | | |
|---|---|---|
| **4.17** | Jack Fisher | |

**Nonpriority Creditor's Name**

209 Whitetail Dr
Number      Street

Bellefonte PA      16823
City      State      ZIP Code

**Who owes the debt? Check one.**
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business debt lawsuit; see Claim 12

$ 133,675.85

**4.18** | Kurland Law Group
Nonpriority Creditor's Name

211 Jersey Ln.
Number     Street

Rockville MD     20850
City     State     ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Promised to help pay creditors

$ 0.00

---

**4.19** | Macys
Nonpriority Creditor's Name

PO Box 78008
Number     Street

Phoenix AZ     85062
City     State     ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 6703

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit card; see Claim 20

$ 1,841.44

---

**4.20** | Manual & Sports Physical Therapy
Nonpriority Creditor's Name

121 Congressional Lane #602
Number     Street

Rockville MD     20852
City     State     ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 283

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Medical Services

$ 324.59



**4.21**

Maryland Central Collection Unit

Nonpriority Creditor's Name

300 W. Preston Street

Number   Street

Baltimore MD   21201

City   State   ZIP Code

**Who owes the debt?** Check one.

- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number  3026

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  MVA Insurance Lapse; See Claim 10

$ 175.50

---

**4.22**

Mercedes-Benz Financial Services USA LLC

Nonpriority Creditor's Name

13650 Heritage Parkway

Number   Street

Fort Worth TX   76177

City   State   ZIP Code

**Who owes the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number  ____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Breach of contract

$ Unknown

---

**4.23**

Mercedes-Benz Financial Services USA LLC

Nonpriority Creditor's Name

13650 Heritage Parkway

Number   Street

Fort Worth TX   76177

City   State   ZIP Code

**Who owes the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number  ____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Repossession Deficiency, Montgomery Circuit Court 152833R

$ Unknown

**4.24**

| | |
|---|---|
| Navy Federal Credit Union | $ 8,370.72 |

Nonpriority Creditor's Name

PO Box 3100
Number   Street

Merrifield VA     22119
City   State   ZIP Code

**Last 4 digits of account number** 2175

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Credit card; Subject to statute of limitations

---

**4.25**

| | |
|---|---|
| Navy Federal Credit Union | $ 5,198.30 |

Nonpriority Creditor's Name

PO Box 3100
Number   Street

Merrifield VA     22119
City   State   ZIP Code

**Last 4 digits of account number**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Credit card; Subject to statute of limitations

---

**4.26**

| | |
|---|---|
| Navy Federal Credit Union | $ 42,684.91 |

Nonpriority Creditor's Name

PO Box 3100
Number   Street

Merrifield VA     22119
City   State   ZIP Code

**Last 4 digits of account number** 3057

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Consolidation loan; see Claim 14

| 4.27 | Portfolio Recovery Associates, LLC | Last 4 digits of account number   9505 | $ 1,086.43 |
|---|---|---|---|

**4.27** Portfolio Recovery Associates, LLC
Nonpriority Creditor's Name

POB 41067
Number   Street

Norfolk VA    23541
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 9505
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   See Claim 6

$ 1,086.43

---

**4.28** Quantum3 Group LLC
Nonpriority Creditor's Name

PO Box 788
Number   Street

Kirkland WA    98083
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 2952
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   See Claim 1

$ 8,660.50

---

**4.29** Restoration Capital
Nonpriority Creditor's Name

4000 Legato Rd., Ste 1100
Number   Street

Fairfax VA    22033
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ____
**When was the debt incurred?** 08/15/2019

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Guaranty of Construction loan to 4511 Dix St LLC; not disputed on Petition Date; paid in full at 8/7/2020 sale

$ 260,914.80

| 4.30 | Roddy Jean | | Last 4 digits of account number _____ | $ 15,000.00 |

**Roddy Jean**
Nonpriority Creditor's Name

12919 Broadmore Rd.
Number       Street

Silver Spring MD    20906
City          State    ZIP Code

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Paid $15,000 to contractor for Dix Street project in December 2019; not disputed on Petition Date; paid in full at 8/7/2020 sale from sale proceeds

$ 15,000.00

---

| 4.31 | Saks Fifth Avenue | | | $ 2,141.28 |

**Saks Fifth Avenue**
Nonpriority Creditor's Name

PO Box 71106
Number       Street

Charlotte NC    28272
City          State    ZIP Code

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit card; Subject to statute of limitations

$ 2,141.28

---

| 4.32 | Sears Mastercard | | | $ 16,734.05 |

**Sears Mastercard**
Nonpriority Creditor's Name

PO Box 6275
Number       Street

Sioux Falls SD    57117
City          State    ZIP Code

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  now Citibank; Credit card; see Claim 19

$ 16,734.05

### 4.33 Synchrony Home
Nonpriority Creditor's Name

PO Box 960061

Number      Street

Orlando FL        32886

City      State      ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 8348

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit card; see Claim 15

$ 1,787.44

---

### 4.34 Target
Nonpriority Creditor's Name

PO Box 660170

Number      Street

Dallas TX        75226

City      State      ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 3491

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

$ 0.00

---

### 4.35 TD Bank, USA
Nonpriority Creditor's Name

4515 N. Santa Fe Ave

Number      Street

Oklahoma City OK        73118

City      State      ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 8946

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  See Claim 9

$ 3,288.84

| 4.36 | Washington DC Central Collection Unit | Last 4 digits of account number   2615879 | $ 250.00 |

Nonpriority Creditor's Name

PO Box 1117
Number        Street

Charlotte NC    28201
City        State        ZIP Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  DMV Civil fines; subject to statute of limitations

**Is the claim subject to offset?**
☑ No
☐ Yes

| 4.37 | William Warren | Last 4 digits of account number _____ | $ 88,328.11 |

Nonpriority Creditor's Name

19308 Erin Tree Ct.
Number        Street

Gaithersburg MD    20879
City        State        ZIP Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Funds loaned for purchase of Landgreen property; not disputed on Petition Date; paid in full at time of 7/15/20 sale

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 3:   List Others to Be Notified About a Debt That You Already Listed**

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2.** For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Harris & Harris, Ltd.
Creditor's Name

111 W. Jackson Blvd., Ste 400
Number        Street

Chicago IL    60604
City        State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  4.36  of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured

**Last 4 digits of account number**  5879

Marion Dere Muller, Esq.
Creditor's Name

17 W. Jefferson St., STE 100
Number        Street

Rockville MD    20850
City        State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  4.22  of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of account number** _____

Richard D. London, Esq.
Creditor's Name

Richard D. London & Associates, P.C.
Number        Street

2441 Linden Ln.

Silver Spring MD    20910
City        State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  4.23  of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of account number** _____

| | |
|---|---|
| Temple View Capital | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| Creditor's Name | |
| 7550 Wisconsin Ave., Ste 1000 | **Line** 4.13 of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number   Street | ☑ Part 2: Creditors with Nonpriority Unsecured |
| Bethesda MD   20814 | Claims |
| City   State   ZIP Code | **Last 4 digits of account number** |

| | |
|---|---|
| Washington DC CCU | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| Creditor's Name | |
| PO Box 96934 | **Line** 4.36 of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number   Street | ☑ Part 2: Creditors with Nonpriority Unsecured |
| Washington DC   20090 | Claims |
| City   State   ZIP Code | **Last 4 digits of account number** 5879 |

---

**Part 4:   Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
   Add the amounts for each type of unsecured claim.**

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. $ 5,943.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. $ 0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. $ 5,943.00 |

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $ 19,449.63 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ 968,057.54 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. $ 987,507.17 |





AMENDED

**Fill in this information to identify your case:**

Debtor 1    Kempes Jean
            First Name      Middle Name         Last Name

Debtor 2    Lori Lee Jean
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  District of Maryland

Case number    20-10883 / 21-00106
(if know)

☑ Check if this is
   an amended
   filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Property (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** PS Business Parks, L.P. <br> Name <br> 7927 Jones Branch Dr., Suite 1300 <br> Street <br> Tysons VA    22102 <br> City    State    ZIP Code | Business Lease for Suite 320 , 9200 Corporate Blvd. Rockville, MD; (Note; lease extended form 10/31/21 to 12/31/23 in late 2020) Lessee |
| **2.2** American Financial Network, Inc. <br> Name <br> 10 Pointe Dr. Suite 330 <br> Street <br> Brea   CA    92821 <br> City    State    ZIP Code | Business Sublease for Suite 320 , 9200 Corporate Blvd. Rockville, MD; (Note; lease extended from 10/31/21 to 12/31/23 in late 2020) (month to month) Lessor |
| **2.3** Tara Adams and Robert Adams <br> Name <br> c/o Melissa B. Brisman, Esq. 1 Paragon Dr. #158 <br> Street <br> Montvale NJ    07645 <br> City    State    ZIP Code | Contract for surrogacy/gestational carrier dated 7/2019 |

AMENDED

---

**Fill in this information to identify your case:**

Debtor 1    Kempes Jean
            First Name          Middle Name          Last Name

Debtor 2    Lori Lee Jean
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  District of Maryland

Case number    20-10883 / 21-00106
(if know)

☑ Check if this is
an amended
filing

---

Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?**  (If you are filing a joint case, do not list either spouse as a codebtor.)
   - ☐ No
   - ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ☑ No. Go to line 3.
   - ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:*  **Your codebtor** | *Column 2:*  **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| **3.1** 5900 Croom Station, LLC<br>Name<br>c/o Kempes Jean 9200 Corporate Blvd., Ste 320<br>Street<br>Rockville            MD      20850<br>City            State      ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line 4.17<br>☐ Schedule G, line _____ |
| **3.2** Regeneld Miner<br>Name<br>5900 Croom Station Rd<br>Street<br>Upper Marlboro            MD      20772<br>City            State      ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line 4.17<br>☐ Schedule G, line _____ |
| **3.3** 4511 Dix St. LLC<br>Name<br>9200 Corporate Blvd., Ste 320<br>Street<br>Rockville            MD      20850<br>City            State      ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line 4.29<br>☐ Schedule G, line _____ |
| **3.4** 4511 Dix St. LLC<br>Name<br>9200 Corporate Blvd., Ste 320<br>Street<br>Rockville            MD      20850<br>City            State      ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line 4.1<br>☐ Schedule G, line _____ |

| 3.5 | 4511 Dix St. LLC | | ☐ Schedule D, line ____ |
| | Name | | ☑ Schedule E/F, line 4.30 |
| | 9200 Corporate Blvd., Ste 320 | | ☐ Schedule G, line ____ |
| | Street | | |
| | Rockville | MD    20850 | |
| | City | State    ZIP Code | |

| 3.6 | 4112 Landgreen St. LLC | | ☐ Schedule D, line ____ |
| | Name | | ☑ Schedule E/F, line 4.15 |
| | 9200 Corporate Blvd., Ste 320 | | ☐ Schedule G, line ____ |
| | Street | | |
| | Rockville | MD    20850 | |
| | City | State    ZIP Code | |

| 3.7 | 4112 Landgreen St. LLC | | ☐ Schedule D, line ____ |
| | Name | | ☑ Schedule E/F, line 4.37 |
| | 9200 Corporate Blvd., Ste 320 | | ☐ Schedule G, line ____ |
| | Street | | |
| | Rockville | MD    20850 | |
| | City | State    ZIP Code | |

| 3.8 | International Constructions Consultant LLC | | ☐ Schedule D, line ____ |
| | Name | | ☑ Schedule E/F, line 4.22 |
| | 19300 Erin Tree Court | | ☐ Schedule G, line ____ |
| | Street | | |
| | Gaithersburg | MD    20879 | |
| | City | State    ZIP Code | |

| 3.9 | International Constructions Consultant LLC | | ☐ Schedule D, line ____ |
| | Name | | ☑ Schedule E/F, line 4.23 |
| | 19300 Erin Tree Court | | ☐ Schedule G, line ____ |
| | Street | | |
| | Gaithersburg | MD    20879 | |
| | City | State    ZIP Code | |

| 3.10 | 5900 Croom Station LLC | | ☐ Schedule D, line ____ |
| | Name | | ☑ Schedule E/F, line 4.13 |
| | c/o Kempes Jean 9200 Corporate Blvd., Ste 320 | | ☐ Schedule G, line ____ |
| | Street | | |
| | Rockville | MD    20850 | |
| | City | State    ZIP Code | |

AMENDED

**Fill in this information to identify your case:**

Debtor 1    Kempes   Jean
          First Name               Middle Name           Last Name

Debtor 2    Lori Lee Jean
(Spouse, if filing)   First Name            Middle Name           Last Name

United States Bankruptcy Court for the District of Maryland

Case number    20-10883 / 21-00106
(If known)

☑ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ /s/ Kempes  Jean             ✗ /s/ Lori Lee Jean

Signature of Debtor 1                      Signature of Debtor 2

Date 10/16/2021                  Date 10/16/2021
     MM / DD / YYYY                     MM / DD / YYYY

AMENDED

**Fill in this information to identify your case:**

Debtor 1    Kempes Jean
First Name        Middle Name        Last Name

Debtor 2    Lori Lee Jean
(Spouse, if filing)   First Name        Middle Name        Last Name

United States Bankruptcy Court for the:   District of Maryland

Case number    20-10883 / 21-00106
(if know)

☑ Check if this is
an amended
filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1. **What is your current marital status?**

   ☑ **Married**

   ☐ **Not married**

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☑ No

   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☑ No

   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H)

**Part 2:    Explain the Sources of Your Income**

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No

   ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips | $ 368.38 | ☑ Wages, commissions, bonuses, tips | $ 2,023.84 |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For last calendar year:**<br>(January 1 to December 31, 2019 ) | ☑ Wages, commissions, bonuses, tips | $ 109,255.49 | ☑ Wages, commissions, bonuses, tips | $ 86,562.79 |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2018 ) | ☑ Wages, commissions, bonuses, tips | $ 110,000.00 | ☑ Wages, commissions, bonuses, tips | $ 68,439.23 |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor    Kempes Jean & Lori Lee Jean
　　　　　First Name　Middle Name　Last Name

Case number *(if known)* 20-10883 / 21-00106

---

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No

☑ Yes. Fill in the details.

|  | Debtor 1 |  | Debtor 2 |  |
|---|---|---|---|---|
|  | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | _____ | _____ | Surrogacy agreement 1/1/2020 payment | $ 3,888.00 |
| **For last calendar year:** (January 1 to December 31, 2019 ) | _____ | _____ | Surrogacy agreement payments of $500 and $3888 | $ 4,388.00 |
| **For the calendar year before that:** (January 1 to December 31, 2018 ) | Tax refund for 2017 tax year | $ 3,500.50 | Tax refund for 2017 tax year | $ 3,500.50 |

---

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☑ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

|  | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| **Capital One** Creditor's Name **PO Box 30285** Number　Street **Salt Lake City UT** City　　　　State **84130** ZIP Code | 10/30/2019 | $ 3,200.00 | $ 3,746.69 | ☐ Mortgage ☐ Car ☐ Credit card ☐ Loan repayment ☐ Suppliers or vendors ☑ Other Credit card; see Claim 4 |

AMENDED

Debtor  Kempes Jean & Lori Lee Jean
First Name   Middle Name   Last Name

Case number(if known)  20-10883 / 21-00106

| | | | | |
|---|---|---|---|---|
| **Navy Federal Credit Union** <br> Creditor's Name <br><br> **PO Box 3100** <br> Number    Street <br><br> **Merrifield VA    22119-3100** <br> City    State    ZIP Code | 11/30/2019 <br> 10/30/2019 | $ 2,370.00 | $ 39,732.82 | ☐ Mortgage <br> ☑ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☐ Other _____ |
| **PNC Bank** <br> Creditor's Name <br><br> **300 Fifth Ave.** <br> Number    Street <br><br> **Pittsburgh PA    15222** <br> City    State    ZIP Code | 11/30/2019 <br> 10/30/2019 | $ 2,955.00 | $ 22,134.54 | ☐ Mortgage <br> ☑ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☐ Other _____ |
| **Wyndham Vacation Resorts** <br> Creditor's Name <br><br> **P.O. Box 98940** <br> Number    Street <br><br> **Las Vegas NV    89193** <br> City    State    ZIP Code | 11/30/2019 <br> 10/30/2019 | $ 1,500.00 | $ 14,456.90 | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☑ Other  Timeshare |
| **Restoration Capital** <br> Creditor's Name <br><br> **4000 Legato Rd., Ste 1100** <br> Number    Street <br><br> **Fairfax VA    22033** <br> City    State    ZIP Code | 12/9/2019 <br> 11/8/2019 | $ 7,047.69 | $ 260,914.80 | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☑ Other <br> **Guaranty of Construction loan to 4511 Dix St LLC; not disputed on Petition Date; paid in full at 8/7/2020 sale** |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?** *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☐ No.
☑ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Jack Fisher** <br> Creditor's Name <br><br> **209 Whitetail Dr.** <br> Number    Street <br><br> **Bellefonte PA    16823** <br> City    State    ZIP Code | 12/31/2019 <br> _____ | $ 1,600.00 | $ 42,657.00 | **Payments of $200/month since 5/2019; amount still owing based on Trustee Adv. 20-00188 at Dkt. 13** |
| **Jack Fisher** <br> Creditor's Name <br><br> **209 Whitetail Dr.** <br> Number    Street <br><br> **Bellefonte PA    16823** <br> City    State    ZIP Code | 11/2018 <br> _____ | $ 50,000.00 | $ 0.00 | **Payment on debt; funds paid from settlement proceeds from sale of Debtors' prior residence 22 Cinnabar Court** |

| Debtor | Kempes Jean & Lori Lee Jean | | Case number *(if known)* 20-10883 / 21-00106 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☐ No.
☑ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| **4511 Dix St. LLC** Creditor's Name **9200 Corporate Blvd, Ste.** Number    Street **320** **Rockville MD    20850** City    State    ZIP Code | 1/7/2020 ____ ____ | $ 22,213.36 | $ 260,914.80 | **Payments made between 8/19/2019 and 1/22/2020 on construction loan for Dix Street project by Kempes Jean who is a guarantor of the secured debt on the LLC's real property** |
| **4511 Dix St LLC** Creditor's Name **9200 Corporate Blvd, Ste.** Number    Street **320** **Rockville MD    20850** City    State    ZIP Code | 12/31/2019 ____ ____ | $ Unknown | $ 0.00 | **Amounts paid by Kempes Jean for miscellaneous expenses (ie: utility payments); amounts not tracked** |

| **Part 4:** | **Identify Legal Actions, Repossessions, and Foreclosures** |
|---|---|

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title: Fisher v. Jean Case number: 455744V | Judgment entered in lawsuit on 6/7/2019 | Circuit Court for Montgomery County Court Name 50 Maryland Ave. Number    Street Rockville MD    20850 City    State    ZIP Code | ☐ Pending ☐ On appeal ☑ Concluded |
| Case title: Fisher v. 5900 Croom Station LLC and Jean Case number: CAL18-29502 | Contract; Date filed: 08/20/2018 | Circuit Court for Prince George's County Court Name 14735 Main St Number    Street Upper Marlboro MD    20772 City    State    ZIP Code | ☐ Pending ☐ On appeal ☑ Concluded |
| Case title: Mercedes-Benz Financial Services USA LLC v. Jean Case number: 152833R | Notice of Recorded Lien from District Court for Montgomery County, Maryland; Date filed: 05/23/2019 | Circuit Court for Montgomery County Court Name 50 Maryland Ave. Number    Street Rockville MD    20850 City    State    ZIP Code | ☐ Pending ☐ On appeal ☑ Concluded |

| Debtor | Kempes | Jean | & Lori Lee Jean | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

Case number (if known) 20-10883 / 21-00106

| Case title: | | | |
|---|---|---|---|
| Mercedes Benz Financial Services USA LLC v. Int'l Construction Consultant LLC and and Jean | Breach of Contract; Date filed: 06/21/2019 | Circuit Court for Montgomery County | ☑ Pending |
| | | Court Name | ☐ On appeal |
| | | 50 Maryland Ave. | ☐ Concluded |
| Case number: 468687V | | Number   Street | |
| | | Rockville MD   20850 | |
| | | City   State   ZIP Code | |

**10.** Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?
Check all that apply and fill in the details below.

☑ No. Go to line 11.
☐ Yes. Fill in the information below.

**11.** Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

☑ No
☐ Yes. Fill in the details.

**12.** Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

☑ No
☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

**13.** Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

☐ No
☑ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Lamar Jean | Tuition support provided between 2018 -2019 | 12/2019 | $ 12,000.00 |
| Person to Whom You Gave the Gift | | | |
| 131 Rosemont Ave. | | | |
| Number   Street | | | |
| Norristown PA   19401 | | | |
| City   State   ZIP Code | | | |
| Person's relationship to you | | | |
| Kempes Jean's oldest son | | | |
| **Gifts with a total value of more than $600 per person** | **Describe the gifts** | **Dates you gave the gifts** | **Value** |
| Marie Jean | Support provided from 2018-2019 | 12/2019 | $ 6,000.00 |
| Person to Whom You Gave the Gift | | | |
| 6865 Spider Lily Lane | | | |
| Number   Street | | | |
| Lake Worth FL   33462 | | | |
| City   State   ZIP Code | | | |
| Person's relationship to you | | | |
| Kempes Jean's mother | | | |

**14.** Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

☐ No
☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| Church of the Redeemer | Tithes/offerings provided throughout 2019 | 12/2019 | $ 1,000.00 |
| Charity's Name | | | |
| 19425 Woodfield Rd. | | | |
| Number   Street | | | |
| Gaithersburg MD   20879 | | | |
| City   State   ZIP Code | | | |

AMENDED

Debtor  Kempes Jean & Lori Lee Jean
  First Name    Middle Name    Last Name

Case number *(if known)* 20-10883 / 21-00106

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| Bible Radio Station | Funds donated between 2018 - 2019 | 12/2019 | $ 600.00 |
| Charity's Name | | | |
| 91.9 GTS | | | |
| Number    Street | | | |
| City    State    ZIP Code | | | |

| Part 6: | List Certain Losses |
|---|---|

**15.** Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☑ No
☐ Yes. Fill in the details.

| Part 7: | List Certain Payments or Transfers |
|---|---|

**16.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Kurland Law Group | $400.00 specifically for means test calculation; $1,300.00 toward Chapter 7 bankruptcy fees | 12/2019 | $ 400.00 |
| Person Who Was Paid | | 1/14/2020 | $ 1,300.00 |
| 211 Jersey Lane | | | |
| Number    Street | | | |
| Rockville MD    20850 | | | |
| City    State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

**17.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Kurland Law Group | Allegedly legal services for litigation for debt/breach of contract owed to Jack Fisher/creditor | 04/2019 | $ 2,400.00 |
| Person Who Was Paid | | | $ 0.00 |
| 211 Jersey Ln. | | | |
| Number    Street | | | |
| Rockville MD    20850 | | | |
| City    State    ZIP Code | | | |

**18.** Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| Description and value of | Describe any property or payments | Date transfer |
|---|---|---|

Debtor    Kempes Jean & Lori Lee Jean
_____First Name_____Middle Name_____Last Name_____

Case number *(if known)*  20-10883 / 21-00106

| | property transferred | received or debts paid in exchange | was made |
|---|---|---|---|
| Brian LaChance | 22 Cinnarbar Court, Gaihersburg, MD 20879, $435,000.00 | Sales price of property in 11/2018; $435,000.00 | 11/01/2018 |

Person Who Received Transfer

22 Cinnarbar Court
Number    Street

Gaithersburg MD    20879
City    State    ZIP Code

Person's relationship to you
arms-length sale; no relationship

**19.** **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

| **Part 8:** | **List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units** |
|---|---|

**20.** **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

**21.** **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

**22.** **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy**

☑ No
☐ Yes. Fill in the details.

| **Part 9:** | **Identify Property You Hold or Control for Someone Else** |
|---|---|

**23.** **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

| **Part 10:** | **Give Details About Environmental Information** |
|---|---|

For the purpose of Part 10, the following definitions apply:

▪ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

▪ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

▪ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24.** **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

**25.** **Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

AMENDED

Debtor | Kempes Jean & Lori Lee Jean
First Name    Middle Name    Last Name

---

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

---

| Part 11: | Give Details About Your Business or Connections to Any Business |
|---|---|

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| Business | Describe the nature of the business | Employer Identification number |
|---|---|---|
| 5900 Croom Station LLC (D1 only)<br>Business Name<br>19300 Erin Tree Ct<br>Number   Street<br>19300 Erin Tree Ct<br><br>Gaithersburg MD   20879<br>City   State   ZIP Code | Purchase, renovation and re-sale of real estate (administrative forfeiture in 10/2020)<br><br>**Name of accountant or bookkeeper** | Do not include Social Security number or ITIN.<br><br>EIN: __ __ - __ __ __ __ __ __ __<br>**Dates business existed**<br><br>From 06/01/2017 To Current |
| 4112 Landgreen St, LLC (D1 only)<br>Business Name<br>9200 Corporate Blvd., Ste 320<br>Number   Street<br>Rockville MD   20850<br>City   State   ZIP Code | Purchase, renovation and re-sale of real estate<br><br>**Name of accountant or bookkeeper** | Do not include Social Security number or ITIN.<br><br>EIN: __ __ - __ __ __ __ __ __ __<br>**Dates business existed**<br><br>From 12/03/2019 To Current |
| 4511 Dix St LLC (D1 and another)<br>Business Name<br>9200 Corporate Blvd., Ste 320<br>Number   Street<br>Rockville MD   20850<br>City   State   ZIP Code | Purchase, renovation and re-sale of real estate (Administrative forfeiture; date unknown but post-petition date)<br><br>**Name of accountant or bookkeeper** | Do not include Social Security number or ITIN.<br><br>EIN: 8  4  – 2  7  1  7  9  2  9<br>**Dates business existed**<br><br>From 08/13/2019 To Current |
| International Constructions Consultant LLC (D1 only)<br>Business Name<br>22 Cinnabar Ct.<br>Number   Street<br>Gaithersburg MD   20879<br>City   State   ZIP Code | Purchase, renovation and re-sale of real estate (Admnistrative forfeiture in 10/2015)<br><br>**Name of accountant or bookkeeper** | Do not include Social Security number or ITIN.<br><br>EIN: __ __ - __ __ __ __ __ __ __<br>**Dates business existed**<br><br>From 09/19/2012 To _____ |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No. None of the above applies. Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

---

AMENDED

Debtor    Kempes Jean & Lori Lee Jean
First Name    Middle Name    Last Name

Case number (*if known*) 20-10883 / 21-00106

| Part 12: | Sign Below |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. **18 U.S.C. §§ 152, 1341, 1519, and 3571.**

✖ /s/ Kempes Jean                          ✖ /s/ Lori Lee Jean
Signature of Debtor 1                       Signature of Debtor 2

Date  10/16/2021                            Date  10/16/2021

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach the Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).