# CORPORATE CHARTER APPROVAL SHEET
## ** EXPEDITED SERVICE**    ** KEEP WITH DOCUMENT **

DOCUMENT CODE __30__   BUSINESS CODE __03__

\# _____

Close _____   Stock _____   Nonstock _____

P.A. _____   Religious _____

Merging (Transferor) _____

_____

_____

_____

1000362004395804

ID # F15065238  ACK # 1000362004395804
PAGES: 0004
AMERICAN FINANCIAL NETWORK, INC.

Surviving (Transferee) _____

_____

_____

01/25/2013   AT 02:21 P  WO # 0004088627

New Name _____

_____

### FEES REMITTED

| | | |
|---|---|---|
| Base Fee: | 100 | _____ Change of Name |
| Org. & Cap. Fee: | | _____ Change of Principal Office |
| Expedite Fee: | 50 | _____ Change of Resident Agent |
| Penalty: | | _____ Change of Resident Agent Address |
| State Recordation Tax: | | _____ Resignation of Resident Agent |
| State Transfer Tax: | | _____ Designation of Resident Agent |
| _____ Certified Copies | | and Resident Agent's Address |
| Copy Fee: | | _____ Change of Business Code |
| _____ Certificates | | |
| Certificate of Status Fee: | | _____ Adoption of Assumed Name |
| Personal Property Filings: | | |
| Mail Processing Fee: | | |
| Other: | | _____ Other Change(s) |
| TOTAL FEES: | 150 | |

Credit Card _____   Check ✓   Cash _____

__1__ Documents on __1__ Checks

Code _____

Attention: _____

Approved By: __03__

Keyed By: _____

Mail: Name and Address

AMERICAN FINANCIAL NETWORK, INC.
3110 CHINO AVENUE
SUITE 290
CHINO HILLS CA 91709

COMMENT(S):

Stamp Work Order and Customer Number HERE

CUST ID:0002872047
WORK ORDER:0004088627
DATE:02-05-2013 06:08 PM
AMT. PAID:$150.00

# FOREIGN CORPORATION QUALIFICATION

The undersigned Corporation for the purpose of qualifying pursuant to the provisions of Title 7 of the Corporations and Associations Article of the Annotated Code of Maryland, to do intrastate, interstate and foreign business as a foreign Corporation in the State of Maryland, hereby certifies to the State Department of Assessments and Taxation:

(A) That the name of the Corporation is **American Financial Network, Inc.**

(B) The corporation was formed in the State of **California**

(C) That the address of the Corporation is **3110 Chino Ave, Ste 290, Chino Hills, CA 91709**

(D) That the name of the resident agent of the corporation in Maryland is **Paracorp Incorporated** whose address is **245 West Chase Street; Baltimore, MD 21201**

**(EVERY FOREIGN CORPORATION QUALIFIED IN MARYLAND IS REQUIRED TO NAME A MARYLAND AGENT)**

(E) (OPTIONAL) That the address of the principal office of the Corporation in Maryland is _____

(F) That the Corporation (check appropriate response):

(1) ☐ has   (2) ☑ has not done intrastate, interstate or foreign business in this State before qualification or registration as a foreign Corporation or after the qualification or registration was cancelled.

**NOTE:** If the box in **Part (F)** is checked indicating that the Corporation has done intrastate, interstate or foreign business in Maryland before registering or qualifying or after the registration or qualification has been cancelled; a penalty of $200 must accompany this form in addition to the filing fee.

BY: _____   SIGN HERE
(Original signature of President or Vice President)

I hereby consent to my designation in this document as resident agent for this corporation.

_____SIGNED   See attached.
_____Agent

CUST ID:0002872047
WORK ORDER:00004088627
DATE:02-05-2013 06:08 PM
AMT. PAID:$150.00

Revised 8/98



**PARACORP**

I HEREBY CONSENT TO ACT AS RESIDENT AGENT IN MARYLAND FOR THE ENTITY NAMED IN THE ATTACHED INSTRUMENT.

SIGNATURE: *[signed]*

PRINT NAME: JIM HYLIND

PARACORP INCORPORATED

Paracorp
Registered Agents
PO Box 160568
Sacramento CA 95816-0568
parasec@parasec.com E-mail
https://www.parasec.com

Sacramento
640 Bercut Drive
Suite A
Sacramento CA 95814
800.533.7272 Tel
800.603.5868

Nevada
318 North Carson Street
Suite 200
Carson City NV 89701
888.972.7273 Tel
888.886.7168 Fax

# State of California
## Secretary of State

CERTIFICATE OF STATUS

ENTITY NAME:

AMERICAN FINANCIAL NETWORK, INC.

```
FILE NUMBER:       C2246233
FORMATION DATE:    06/14/2001
TYPE:              DOMESTIC CORPORATION
JURISDICTION:      CALIFORNIA
STATUS:            ACTIVE (GOOD STANDING)
```

I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:

The records of this office indicate the entity is authorized to exercise all of its powers, rights and privileges in the State of California.

No information is available from this office regarding the financial condition, business activities or practices of the entity.



IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this day of December 09, 2011.

**DEBRA BOWEN**
**Secretary of State**

NP-25 (REV 1/2007)

RYM

OSP 06 99731