## DISBURSEMENT AUTHORIZATION AND CLOSING AGREEMENT

Borrower: Scott Allen Lillich and Alicia-Marie Camille Lillich
Seller: 4112 Landgreen St, LLC
Lender: Broker Solutions Inc. DBA New American Funding
Settlement Agent:  C.L.A. Title & Escrow
Settlement Date: July 15, 2020
Property Address: 4112 Landgreen Street, Rockville, MD 20853

1. The Borrowers (Purchasers) and Sellers (collectively "parties") acknowledge and consent that all computations and adjustments are subject to final audit and that C.L.A. Title & Escrow (the "Company") may make subsequent adjustments in the event any information or computation contained on the Closing Disclosure/ALTA Settlement Statement proves incorrect, or if any monies escrowed or other funds prove insufficient, and the parties agree to pay or reimburse the Company all additional money required to compete settlement.  If any legal action is required to collect any such sums or any other amounts which constitute liens or encumbrances against the property, the parties agree to pay all costs and reasonable attorney fees.  The Company is not responsible for the accuracy of information furnished regarding water and sewer charges, taxes and assessments, lender payoff information and other similar information provided by others.  The parties also agree with the Company that they will not be responsible for any adjustments or charges less than $50.00 and the Company is not required to account for or refund any overages or credits to the parties not in excess of $50.00.
2. The Borrowers (Purchasers) and Sellers acknowledge and consent that the executed settlement documents are being held in escrow, and that settlement is not complete until the following requirements for settlements are satisfied: (a) All funds are received and cleared; (b) All requirements of the Lender(s) are fulfilled; (c) Written loan payoff (or assumption) statements are received; (d) Clear title rundown is obtained prior to recording; and (e) Proper execution and recordation of all necessary documents.
3. The Borrowers (Purchasers) and Sellers hereby acknowledge that the Company shall incur no liability for matters affecting title not of record as of the date when the title to the property was examined and reviewed by the Company.  Borrowers (Purchasers) hereby acknowledge that they were offered owner's title insurance by the Firm during the course of the settlement and were informed that the Firm is an agent of the title insurance company and receives a portion of any title insurance premium as compensation.  Borrowers (Purchasers) also acknowledge that the Company undertakes no liability for title matters that the Borrowers (Purchasers) have been informed that they have no title insurance coverage under a lender's policy.  Borrowers (Purchasers) acknowledge the receipt of a commitment for owner's title insurance and the opportunity to obtain extended coverage title insurance.  If this transaction is the purchase of property, Borrowers (Purchasers) acknowledge that the Company has strongly suggested that they obtain a survey, or at least a house location drawing of the property.  The undersigned acknowledge that the title insurance premium and fees collected represent a reasonable fee for services rendered.
4. The Borrowers (Purchasers) and Sellers agree to promptly and fully cooperate to correct all clerical or typographical errors in any settlement documents.  If they fail to do so they will be responsible for any legal fees incurred.  As an accommodation to the parties, each of the undersigned appoint any attorney at the Company their attorney-in-fact to correct clerical or typographical errors, initial the changes and execute any corrected documents provided such corrections do not change the economic terms of the purchase and sale or loan.  Copies of corrected documents will be provided to the parties.
5. Purchasers are obligated to confirm that the property has been transferred on the State and County records and that the Purchasers or their lender receive assessment and taxation notices and tax bills.

The Purchasers are also responsible for contacting the appropriate homeowner's association(s) and/or condominium associations(s) to update the associations(s) records and obtain requisite statements for dues and notices. Purchasers and Sellers authorize the settlement agent to supply the homeowners or condominium association management company a copy of the executed Closing Disclosure/ALTA Settlement Statement in order for the management company to accurately adjust fees and assessments and update its financial and ownership records.

**Acknowledgement:**

We/I have carefully reviewed the Closing Disclosure/ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the Closing Disclosure/ALTA Settlement Statement. The Sellers further certify that they have received a copy of the Closing Disclosure/ALTA Settlement Statement and agree(s) that it shall serve as a Substitute Form 1099-S for the Seller.

We authorize C.L.A. Title & Escrow to cause the funds to be disbursed in accordance with the Closing Disclosure/ALTA Settlement Statement.

Purchasers:

_____
Scott Allen Lillich

_____
Alicia-Marie Camille Lillich

_____
Telephone No.

C.L.A. Title & Escrow

By:_____
Settlement Agent

Sellers:

4112 Landgreen St, LLC, a Limited Liability Company

By: _____ *Sole Member*
Kempes Jean, sole member

267 625 3066
Telephone No.

Kjean@Afncorp.com
E-Mail Address

9200 Corporate Blvl Suit 320
Mailing Address  Rockville MD 20850