# AMERICAN FINANCIAL NETWORK, INC.: F15065238

**Department ID Number:**
F15065238

**Business Name:**
AMERICAN FINANCIAL NETWORK, INC.

**Principal Office:**
SUITE 290
3110 CHINO AVE
CHINO HILLS CA 91709

**Resident Agent:**
PARACORP INCORPORATED
245 WEST CHASE STREET
BALTIMORE MD 21201

**Status:**
INCORPORATED

**Good Standing:**
THIS BUSINESS IS IN GOOD STANDING

**Business Type:**
FOREIGN CORPORATION

**Business Code:**
03 ORDINARY BUSINESS - STOCK

**Date of Formation/ Registration:**
01/25/2013

**State of Formation:**
CA

**Stock Status:**
STOCK

**Close Status:**
N/A