IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: ) | |
| KEMPES JEAN ) | Case No. 20-10883-LSS |
| LORI LEE JEAN, ) | |
| ) | (Chapter 7) |
| Debtors. ) | |
| ) | |

## AFFIDAVIT OF SERVICE OF SUBPOENA

I, Anna Reiber, am not a party to the above-captioned case, am over the age of 18, and am competent to testify to the matters set forth below:

1. I hereby certify that on September 2, 2021, I served the Trustee's Subpoena to Produce Documents, Information or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) (hereafter "the Subpoena"), via certified mail/restricted delivery, return receipt requested, upon Paracorp Incorporated, 245 West Chase Street, Baltimore, MD 21201, the resident agent for American Financial Network, Inc.

2. The foregoing Subpoena was accepted by a duly authorized representative of Paracorp Incorporated on September 8, 2021. *See* USPS Domestic Return Receipt and Tracking Data, attached hereto collectively as ***Exhibit 1***.

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true and correct to the best of my knowledge, information and belief.

_Nov. 15, 2021_
Date

Anna M. Reiber

# Exhibit 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

American Financial Network Inc
SQ2 A: PARA Corp Incorporated
245 West Chase St
Baltimore, MD 21201

9590 9402 3036 7124 0279 48

2. Article Number (Transfer from service label)
91 7199 9991 7039 9277 1735

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
                                   9-2-21

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

---

USPS TRACKING #

9590 9402 3036 7124 0279 48

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

Sender: Please print your name, address, and ZIP+4® in this box

SCHLOSSBERG MASTRO & SCANLAN
P.O. Box 2067
HAGERSTOWN, MD 21742-2067

Kemper Jean

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 9171999991703992771735

Remove ✕

Your item has been delivered to an agent for final delivery in BALTIMORE, MD 21201 on September 8, 2021 at 4:15 pm.

## ✓ Delivered to Agent for Final Delivery

September 8, 2021 at 4:15 pm
BALTIMORE, MD 21201

Get Updates ∨

---

Text & Email Updates  ∨

---

Tracking History  ∧

September 8, 2021, 4:15 pm
Delivered to Agent for Final Delivery
BALTIMORE, MD 21201
Your item has been delivered to an agent for final delivery in BALTIMORE, MD 21201 on September 8, 2021 at 4:15 pm.

September 7, 2021, 6:10 am
Out for Delivery
BALTIMORE, MD 21201

September 4, 2021, 3:11 pm
Arrived at Post Office
BALTIMORE, MD 21202

September 3, 2021, 4:05 pm
Departed USPS Regional Facility
BALTIMORE MD DISTRIBUTION CENTER

September 2, 2021, 10:25 pm
Arrived at USPS Regional Facility
BALTIMORE MD DISTRIBUTION CENTER

September 2, 2021, 9:10 pm
Accepted at USPS Origin Facility
HAGERSTOWN, MD 21742

September 2, 2021
Pre-Shipment Info Sent to USPS, USPS Awaiting Item

Feedback

**Product Information**            ∨

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**