# Mailing Information for Case 20-10883

**Electronic Mail Notice List** - Parties in the case only

- **John Douglas Burns**    info@burnsbankruptcyfirm.com,
  burnslaw3@gmail.com;burnslaw6@gmail.com;notices@nextchapterbk.com;pacerecfemails@gmail.com;2634@notices.nextchapterbk.com
- **William David Day**    day@williamdaylaw.com, victoria@williamdaylaw.com
- **Ruth O. Katz**    rokatz@lerchearly.com, kdlevy@lerchearly.com;apjessell@lerchearly.com
- **Lauren Elizabeth Marini**    marini@ewmd.com, frederick@ewmd.com
- **Frank J. Mastro**    fmastro@schlosslaw.com
- **Daniel J. Pesachowitz**    dpesacho@siwpc.com,
  rjones@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com
- **Gary A. Rosen**    trusteerosen@gmail.com, md40@ecfcbis.com;grosen@garyrosenchartered.com
- **Gary A. Rosen**    trusteerosen@gmail.com, md40@ecfcbis.com;grosen@garyrosenchartered.com;rosengr96483@notify.bestcase.com
- **Roger Schlossberg**    bkcreditor@schlosslaw.com, jkemmerer@schlosslaw.com
- **Roger Schlossberg**    trustee@schlosslaw.com, MD20@ecfcbis.com
- **Lisa Yonka Stevens**    lisa.y.stevens@usdoj.gov
- **Pierre George Zalzal**    PZALZAL@PSKFIRM.COM

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive e-mail notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**James Cochran**
J.G. Cochran Auctioneers and Associates
7704 Mapleville Rd.
Boonsboro, MD 21713

**Nurit Coombe**
Re/Max Elite Service
6101 Executive Blvd. Suite 230
North Bethesda, MD 20852

**Synchrony Bank**
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

**List of Creditors and Parties**

Back