IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: ) | |
| KEMPES JEAN ) | Case No. 20-10883-LSS |
| LORI LEE JEAN, ) | |
| ) | (Chapter 7) |
| Debtors. ) | |
| ) | |

### ORDER TO SHOW CAUSE

UPON CONSIDERATION of the *Motion for Issuance of Show Cause Order* (the "*Motion*") filed by Gary A. Rosen, the Chapter 7 Trustee herein, any response thereto and this Court being fully advised, and good cause having been shown for the relief requested, it is hereby.

**ORDERED** that the *Motion* shall be and is hereby **GRANTED**; and it is further

**ORDERED** that a representative of American Financial Network, Inc. ("AFN") shall appear before this Court on the date and time set forth above to show cause why AFN should not be held in contempt of Court for failing to respond to the *Subpoena to Produce Documents, Information or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding)* served upon it by the Trustee.

### END OF ORDER

Copies to:
American Financial Network, Inc.

Gary A. Rosen, Esq.
Roger Schlossberg, Esq.
Frank J. Mastro, Esq.
All parties requesting notice