IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re:<br><br>**KEMPES JEAN and<br>LORI LEE JEAN**<br><br>    Debtors. | Case No.  20-10883-LSS<br>Chapter 7 |
| **JOHN P. FITZGERALD, III**<br><br>    Plaintiff,<br><br>            v.<br><br>**KEMPES JEAN and<br>LORI LEE JEAN**<br><br>    Defendants. | Adversary No.: 21-00106-LSS |

**LINE SUBMITTING (I) PROPOSED STIPULATION AND CONSENT
TO REVOKE DISCHARGE AND WAIVER OF DISCHARGE AS TO
KEMPES JEAN AND DISMISSAL OF COMPLAINT TO REVOKE
DISCHARGE AS TO LORI LEE JEAN AND (II) KEMPES JEAN'S CONSENT
TO REVOCATION OF DISCHARGE AND WAIVER OF DISCHARGE**

John P. Fitzgerald, III, Acting United States Trustee for Region 4 ("United States Trustee"), by counsel, hereby submits the attached (I) proposed Stipulation and Consent to Revoke Discharge and Waiver of Discharge as to Kempes Jean and Dismissal of Complaint to Revoke Discharge as to Lori Lee Jean and (II) Kempes Jean's Consent to Revocation of Discharge and Waiver of Discharge.

*/s/ Lisa Yonka Stevens*
Lisa Yonka Stevens, Bar No. 27728
Trial Attorney
Office of the United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
(301) 344-6216
Lisa.Y.Stevens@usdoj.gov

Counsel to John P. Fitzgerald, III
Acting United States Trustee for Region 4

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 1st day of July, 2022, a true and correct copy of the Line Submitting (I) Proposed Stipulation and Consent to Revoke Discharge and Waiver of Discharge as to Kempes Jean and Dismissal of Complaint to Revoke Discharge as to Lori Lee Jean and (II) Kempes Jean's Consent to Revocation of Discharge and Waiver of Discharge was served by ECF notification on:

- John D. Burns: info@burnsbankruptcyfirm.com, burnslaw3@gmail.com; burnslaw6@gmail.com;notices@nextchapterbk.com;pacerecfemails@gmail.com;2634@notices.nextchapterbk.com
- Alexander V Cranford: cranford@ewmd.com
- William David Day: day@williamdaylaw.com, victoria@williamdaylaw.com
- Ruth O. Katz: rokatz@lerchearly.com, kdlevy@lerchearly.com; apjessell@lerchearly.com
- Shirlie Lake: lake@ewmd.com
- Frank J. Mastro: fmastro@schlosslaw.com
- Daniel J. Pesachowitz: dpesacho@siwpc.com, rjones@siwpc.com; bkreferrals@siwpc.com; siwbkecf@siwpc.com; siwpc@ecf.courtdrive.com; siwattecf@siwpc.com
- Gary A. Rosen: trusteerosen@gmail.com, md40@ecfcbis.com; grosen@garyrosenchartered.com
- Gary A. Rosen: trusteerosen@gmail.com, md40@ecfcbis.com; grosen@garyrosenchartered.com; rosengr96483@notify.bestcase.com
- Roger Schlossberg: bkcreditor@schlosslaw.com, jkemmerer@schlosslaw.com
- Roger Schlossberg: trustee@schlosslaw.com, MD20@ecfcbis.com
- Pierre George Zalzal: PZALZAL@PSKFIRM.COM

And by first-class mail, postage prepaid on the Chapter 7 trustee and all creditors and parties in interest, as shown on the attached mailing matrix.

*/s/ Lisa Yonka Stevens*
Lisa Yonka Stevens

2

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-0<br>Case 20-10883<br>District of Maryland<br>Greenbelt<br>Fri Jul  1 09:34:45 EDT 2022 | 4112 Landgreen St. LLC<br>9200 Corporate Blvd., Ste 320<br>Rockville, MD 20850-3862 | 4511 Dix St. LLC<br>9200 Corporate Blvd., Ste 320<br>Rockville, MD 20850-3862 |
| 4th Division LLC<br>4503 Furman Ct.<br>Silver Spring, MD 20906-4549 | 5900 Croom Station LLC<br>c/o Kempes Jean<br>9200 Corporate Blvd., Ste. 320<br>Rockville, MD 20850-3862 | American Education Services<br>PO Box 2461<br>Harrisburg, PA 17105-2461 |
| American Financial Network, Inc.<br>10 Pointe Dr.<br>Suite 330<br>Brea, CA 92821-7620 | Axis Equity Group LLC<br>c/o Sarah Pastoriza<br>2503 D N. Harrison St., #304<br>Arlington, VA 22207-1640 | Banana Republic<br>PO Box 530942<br>Altanta, GA 30353-0942 |
| Best Buy<br>PO Box 9001007<br>Louisville, KY 40290-1007 | (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 | John D. Burns<br> The Burns LawFirm, LLC<br>6303 Ivy Lane, Ste. 102<br>Greenbelt, MD 20770-6322 |
| Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 |
| James Cochran<br>J.G. Cochran Auctioneers and Associates<br>7704 Mapleville Rd.<br>Boonsboro, MD 21713-2143 | (p)COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>301 W PRESTON ST ROOM 409<br>BALTIMORE MD 21201-2383 | Nurit Coombe<br>Re/Max Elite Service<br>6101 Executive Blvd. Suite 230<br>North Bethesda, MD 20852-3900 |
| Alexander V Cranford<br>Eccleston and Wolf, P.C.<br>7240 Parkway Drive<br>Suite 400<br>Hanover, MD 21076-1378 | Cypress Homeowners Association, Inc.<br>c/o Lerch, Early & Brewer, Chartered<br>7600 Wisconsin Avenue, Suite 700<br>Bethesda, MD 20814-3663 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA  98083-0657 |
| Dyck-O'Neal, Inc.<br>C/O Parker, Simon & Kokolis, LLC<br>110 N. Washington St., Ste 500<br>Rockville, MD 20850-2230 | Express<br>PO Box 659728<br>San Antonio, TX 78265-9728 | Green and Gold Properties LLC<br>42637 Bradfords Telg Ct.<br>Chantilly, VA 20152-6323 |
| Harris & Harris, Ltd.<br>111 W. Jackson Blvd., Ste 400<br>Chicago, IL 60604-4135 | IRS<br>1260 Maryland Avenue<br>Hagerstown, MD 21740-7248 | International Constructions Consultant LLC<br>19300 Erin Tree Court<br>Gaithersburg, MD 20879-4973 |
| Jack Fisher<br>209 Whitetail Dr<br>Bellefonte, PA 16823-6814 | Kempes Jean<br>22 Tygart Ct.<br>Gaithersburg, MD 20879-4523 | Lori Lee Jean<br>22 Tygart Ct.<br>Gaithersburg, MD 20879-4523 |

| | | |
|---|---|---|
| KEMPES JEAN and LORI LEE JEAN<br>John D. Burns, Esquire<br>The Burns LawFirm, LLC<br>6303 Ivy Lane; Suite 102<br>Greenbelt, Maryland 20770-6322 | Ruth O. Katz<br>Lerch, Early & Brewer, Chtd.<br>7600 Wisconsin Avenue, Suite 700<br>Bethesda, MD 20814-3663 | Kimberly B. Stephens<br>Comptroller of Maryland<br>301 West Preston Street<br>Room 410<br>Baltimore, MD 21201-2383 |
| Sari K. Kurland<br>The Law Office of Sari K. Kurland, LLC<br>211 Jersey Lane<br>Rockville, MD 20850-7759 | Kurland Law Group<br>211 Jersey Ln.<br>Rockville, MD 20850-7759 | Shirlie Lake<br>Eccleston & Wolf, P.C.<br>7240 Parkway Drive 4th Floor<br>Hanover, MD 21076-1310 |
| Manual & Sports Physical Therapy<br>121 Congressional Lane #602<br>Rockville, MD 20852-1562 | Marion Dere Muller, Esq.<br>17 W. Jefferson St., STE 100<br>Rockville, MD 20850-4233 | Maryland Central Collection Unit<br>300 W. Preston Street<br>Baltimore, MD 21201-2307 |
| Frank J. Mastro<br>Schlossberg Mastro & Scanlan<br>P.O. Box 2067<br>Hagerstown, MD 21742-2067 | Mercedes-Benz Financial Services USA LLC<br>13650 Heritage Parkway<br>Fort Worth, TX 76177-5323 | NAVY FEDERAL CREDIT UNION<br>PO BOX 3000<br>MERRIFIELD VA 22119-3000 |
| Navy Federal Credit Union<br>PO Box 3100<br>Merrifield, VA 22119-3100 | PHEAA<br>PO Box 8147<br>Harrisburg, PA 17105-8147 | PNC Bank<br>300 Fifth Ave<br>Pittsburgh, PA 15222-2401 |
| Daniel J. Pesachowitz<br>Samuel I. White PC.<br>6100 Executive Blvd.<br>Suite 400<br>Rockville, MD 20852-3959 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Credit Corp Solutions Inc<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Regeneld Miner<br>5900 Croom Station<br>Upper Marlboro, MD 20772-9503 | Restoration Capital<br>4000 Legato Rd., Ste 1100<br>Fairfax, VA 22033-2893 | Richard D. London, Esq.<br>Richard D. London & Associates, P.C.<br>2441 Linden Ln.<br>Silver Spring, MD 20910-1230 |
| Roddy Jean<br>12919 Broadmore Rd.<br>Silver Spring, MD 20904-3114 | Gary A. Rosen<br>Gary A. Rosen, Trustee<br>13017 Wisteria Drive<br>No. 327<br>Germantown, MD 20874-2621 | Saks Fifth Avenue<br>PO Box 71106<br>Charlotte, NC 28272-1106 |
| Roger Schlossberg<br>P.O. Box 2067<br>Hagerstown, MD 21742-2067 | Sears Mastercard<br>PO Box 6275<br>Sioux Falls, SD 57117-6275 | (p)STATE OF MARYLAND CENTRAL COLLECTION UNIT<br>ATTN OFFICE OF THE ATTORNEY GENERAL<br>300 W PRESTON ST RM 407<br>BALTIMORE MD 21201-2309 |
| State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2226 | Lisa Yonka Stevens<br>Office of the U.S. Trustee<br>6305 Ivy Lane, Suite 600<br>Greenbelt, MD 20770-6305 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |

| | | |
|---|---|---|
| Synchrony Home<br>PO Box 960061<br>Orlando, FL 32896-0061 | TD Bank, USA<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Tara Adams and Robert Adams<br>c/o Melissa B. Brisman, Esq.<br>1 Paragon Dr. #158<br>Montvale, NJ 07645-1728 |
| Target<br>PO Box<br>660170Dallas, TX 75266-0170 | Taxing Authority of Montgomery County<br>Division of Treasury<br>255 Rockville Pike, Ste.  L-15<br>Rockville, MD 20850-4188 | Temple View Capital<br>7550 Wisconsin Ave., Ste 1000<br>Bethesda, MD 20814-5497 |
| The Money Source<br>PO Box 619063<br>Dallas, TX 75261-9063 | United States Trustee<br>6305 Ivy Lane, #600<br>Greenbelt, MD 20770-6305 | Washington DC CCU<br>PO Box 96934<br>Washington, DC 20090-6934 |
| Washington DC Central Collection Unit<br>PO Box 1117<br>Charlotte, NC 28201-1117 | William Warren<br>19308 Erin Tree Ct.<br>Gaithersburg, MD 20879-4973 | (p)WYNDHAM CONSUMER FINANCE INC<br>P O BOX 97474<br>LAS VEGAS NV 89195-0001 |
| Pierre George Zalzal<br>Parker, Simon & Kokolis, LLC<br>110 N. Washington Street<br>Suite 500<br>Rockville, MD 20850-2230 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bloomingdales<br>PO Box 78008<br>Phoenix, AZ 85062-8008 | Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201 | (d)Macys<br>PO Box 78008<br>Phoenix, AZ 85062-8008 |
| Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | State of Maryland Central Collection Unit<br>300 West Preston Street 5th flr<br>Baltimore, MD 21201-2120 | Wyndham Vacation Resorts<br>P.O. Box 98940<br>Las Vegas, NV 89193 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Comptroller of Maryland<br>Revenue Administration Division<br>110 Carroll Street | (d)Gary A. Rosen<br>Gary A. Rosen, Trustee<br>13017 Wisteria Drive<br>No. 327<br>Germantown, MD 20874-2621 | (d)Roger Schlossberg<br>P.O. Box 2067<br>Hagerstown, MD 21742-2067 |

```
(d)Synchrony Bank                            (u)The Money Source Inc.              End of Label Matrix
c/o PRA Receivables Management, LLC                                                Mailable recipients   72
PO Box 41021                                                                       Bypassed recipients    5
Norfolk VA 23541-1021                                                              Total                 77
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| In re:<br><br>**KEMPES JEAN and**<br>**LORI LEE JEAN**<br><br>   **Debtors.** | Case No.   20-10883-LSS<br>Chapter 7 |
|---|---|
| **JOHN P. FITZGERALD, III**<br><br>   **Plaintiff,**<br><br>      v.<br><br>**KEMPES JEAN and**<br>**LORI LEE JEAN**<br><br>   **Defendants.** | **Adversary No.: 21-00106-LSS** |

**STIPULATION AND CONSENT TO REVOKE DISCHARGE AND
WAIVER OF DISCHARGE AS TO KEMPES JEAN AND DISMISSAL
OF COMPLAINT TO REVOKE DISCHARGE AS TO LORI LEE JEAN**

John P. Fitzgerald, III, Acting United States Trustee for Region 4 ("United States Trustee"), Plaintiff, and Kempes and Lori Lee Jean, Defendants, by counsel, hereby enter into this Stipulation and Consent Order:

WHEREAS, on January 22, 2020, the Defendants filed a voluntary petition under chapter 7 of the Bankruptcy Code, Case No. 20-10883-LSS ("Main Case") [Main Case, Dkt. No. 1];

WHEREAS, the Defendants were granted a discharge under 11 U.S.C. § 727 on July 14, 2020 [Main Case, Dkt. No. 53];

WHEREAS, on May 10, 2021, the United States Trustee filed a Complaint to Revoke Discharge, initiating adversary proceeding 21-00106-LSS ("Adversary Case") [Adv. Case, Dkt. 1];

WHEREAS, on September 29, 2021, the Defendants filed an Answer to the Complaint to Revoke Discharge [Adv. Case, Dkt. 22]; and

WHEREAS, the parties have agreed to consensually resolve the Adversary Case.

NOW, THEREFORE, it is stipulated and agreed by and between the parties, and it is hereby ORDERED, ADJUDGED and DECREED by this Court that:

1.  The recitals set forth above form an integral and substantive part of this Stipulation and Consent Order and are incorporated herein;

2.  The discharge granted on July 14, 2020, pursuant to 11 U.S.C. § 727 is hereby REVOKED as to Kempes Jean;

3.  Kempes Jean's Consent to Revocation of Discharge and Waiver of Discharge be and hereby is APPROVED;

4.  Kempes Jean shall not receive a discharge of debts pursuant to 11 U.S.C. § 727(a)(10);

5.  All creditors of Kempes Jean shall be notified of the termination of the automatic stay as to acts against Kempes Jean, individually, and nothing herein effects the automatic stay as to acts against property of the estate; and

6.  The Complaint to Revoke Discharge as to Lori Lee Jean be and hereby is DISMISSED.

I ASK FOR THIS:

_____
Kempes Jean

_____
Lori Lee Jean

CONSENTED TO:

*/s/ Lisa Yonka Stevens*
Lisa Yonka Stevens, Bar No. 27728
Trial Attorney
Office of the United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, Maryland 20770
(301) 344-6216
Lisa.Y.Stevens@usdoj.gov

Counsel to John P. Fitzgerald, III
Acting United States Trustee for Region 4

*/s/ John D. Burns*
John D. Burns, Bar No. 22777
The Burns Law Firm, LLC
6303 Ivy Lane, Suite 102
Greenbelt, Maryland 20770
(301)441-8780
info@burnsbankruptcyfirm.com

Counsel to Kempes and Lori Lee Jean

I HEREBY CERTIFY that the terms of the copy of the Stipulation and Consent Order submitted to the Court are identical to those set forth in the original; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original stipulation and consent order.

*/s/ Lisa Yonka Stevens*
Lisa Yonka Stevens

cc:
John D. Burns:  info@burnsbankruptcyfirm.com, burnslaw3@gmail.com; burnslaw6@gmail.com;notices@nextchapterbk.com;pacerecfemails@gmail.com;2634@notices.nextchapterbk.com
Alexander V Cranford:  cranford@ewmd.com

3

William David Day:   day@williamdaylaw.com, victoria@williamdaylaw.com
Ruth O. Katz:   rokatz@lerchearly.com, kdlevy@lerchearly.com; apjessell@lerchearly.com
Shirlie Lake:   lake@ewmd.com
Frank J. Mastro:   fmastro@schlosslaw.com
Daniel J. Pesachowitz:   dpesacho@siwpc.com, rjones@siwpc.com; bkreferrals@siwpc.com; siwbkecf@siwpc.com; siwpc@ecf.courtdrive.com; siwattecf@siwpc.com
Gary A. Rosen:   trusteerosen@gmail.com, md40@ecfcbis.com; grosen@garyrosenchartered.com
Gary A. Rosen:   trusteerosen@gmail.com, md40@ecfcbis.com; grosen@garyrosenchartered.com; rosengr96483@notify.bestcase.com
Roger Schlossberg:   bkcreditor@schlosslaw.com, jkemmerer@schlosslaw.com
Roger Schlossberg:   trustee@schlosslaw.com, MD20@ecfcbis.com
Pierre George Zalzal:   PZALZAL@PSKFIRM.COM
Lisa Yonka Stevens: lisa.y.stevens@usdoj.gov

And by first-class mail, postage prepaid to all creditors and parties in interest on the Court's mailing matrix.

**END OF ORDER**



4

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re:<br><br>**KEMPES JEAN and<br>LORI LEE JEAN**<br><br>Debtors. | Case No.   20-10883-LSS<br>Chapter 7 |
| **JOHN P. FITZGERALD, III**<br><br>Plaintiff,<br><br>v.<br><br>**KEMPES JEAN and<br>LORI LEE JEAN**<br><br>Defendants. | Adversary No.: 21-00106-LSS |

**KEMPES JEAN'S CONSENT TO REVOCATION
OF DISCHARGE AND WAIVER OF DISCHARGE**

Kempes Jean, a debtor herein, intending to revoke any discharge that I may have received and intending to waive any discharge that I may be entitled to receive in bankruptcy case number 20-10883-LSS ("Bankruptcy Case") and under penalty of perjury pursuant to 28 U.S.C. §1746, states as follows:

1. I, Kempes Jean, a debtor herein, am over the age of eighteen and competent to testify.

2. I filed a petition for relief under the liquidating provisions of Chapter 7 of the Bankruptcy Code on January 22, 2020, initiating the Bankruptcy Case.

3. On July 14, 2020, I received a discharge under 11 U.S.C. § 727 in the Bankruptcy Case.



4. I, Kempes Jean, hereby voluntarily and knowingly agree and consent to the revocation of the discharge that was granted to me on July 14, 2020, in the Bankruptcy Case.

5. I, Kempes Jean, hereby voluntarily and knowingly agree to waive any discharge under 11 U.S.C. § 727 to which I may be otherwise entitled in the Bankruptcy Case.

6. By signing this Consent to Revocation of Discharge and Waiver of Discharge, I make the following representations: (a) I have executed this Consent to Revocation of Discharge and Waiver of Discharge voluntarily; (b) this Consent to Revocation of Discharge and Waiver of Discharge represents a conscious and informed judgment to have my discharge revoked and to waive my discharge in the Bankruptcy Case; and (c) I am aware of all of the consequences resulting from entering into this Consent to Revocation of Discharge and Waiver of Discharge.

7. I have been advised that, by signing this Consent to Revocation of Discharge and Waiver of Discharge, I will remain personally liable for my debts, including the ones that I identified in the Bankruptcy Case, and that I will not be able to discharge those debts by filing a subsequent Chapter 7 case or Chapter 11 case. This Consent to Revocation of Discharge and Waiver of Discharge applies to only pre-petition debts. I have provided informed consent from my counsel to the effect and substance of this Consent to Revocation of Discharge and Waiver of Discharge, and I am satisfied with that advisement and understanding of the effect hereof from my counsel. I believe and aver that my counsel adequately represented me in these matters to my satisfaction.

8. I am executing this Consent to Revocation of Discharge and Waiver of Discharge in accordance with 11 U.S.C. §727(a)(10).

**I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed on: 7/1/2022 _____

Kempes Jean
22 Tygart Court
Gaithersburg, Maryland 20879
*Debtor*

2

*I REPRESENT THAT I READ AND REVIEWED THE FOREGOING*
*WITH THE DEBTOR (NOT AN ATTESTION AS COUNSEL IS NOT A PARTY)*

/s/ John D. Burns
John D. Burns, Bar No. 22777
The Burns Law Firm, LLC
6303 Ivy Lane, Suite 102
Greenbelt, Maryland 20770
(301)441-8780
info@burnsbankruptcyfirm.com

*Counsel to Kempes Jean*

     **I HEREBY CERTIFY** that the terms of this Consent to Revocation of Discharge and Waiver of Discharge Waiver of Discharge submitted to the Court are identical to those set forth in the original Consent to Revocation of Discharge and Waiver of Discharge; and that signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original Consent to Revocation of Discharge and Waiver of Discharge.

                                                /s/ Lisa Yonka Stevens
                                                 Lisa Yonka Stevens
                                                 Counsel for the U.S. Trustee