United States Bankruptcy Court

District of Maryland

| | |
|---|---|
| In re: | Case No. 20-10883-LSS |
| Kempes Jean | Chapter 7 |
| Lori Lee Jean | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 06, 2022 | Form ID: pdfall | Total Noticed: 61 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Kempes Jean, Lori Lee Jean, 22 Tygart Ct., Gaithersburg, MD 20879-4523 |
| aty | + | Sari K. Kurland, The Law Office of Sari K. Kurland, LLC, 211 Jersey Lane, Rockville, MD 20850-7759 |
| cr | + | Cypress Homeowners Association, Inc., c/o Lerch, Early & Brewer, Chartered, 7600 Wisconsin Avenue, Suite 700, Bethesda, MD 20814-3663 |
| auc | + | James Cochran, J.G. Cochran Auctioneers and Associates, 7704 Mapleville Rd., Boonsboro, MD 21713-2143 |
| r | + | Nurit Coombe, Re/Max Elite Service, 6101 Executive Blvd. Suite 230, North Bethesda, MD 20852-3900 |
| 31911637 | + | 4112 Landgreen St. LLC, 9200 Corporate Blvd., Ste 320, Rockville, MD 20850-3862 |
| 31911638 | + | 4511 Dix St. LLC, 9200 Corporate Blvd., Ste 320, Rockville, MD 20850-3862 |
| 31911639 | + | 4th Division LLC, 4503 Furman Ct., Silver Spring, MD 20906-4549 |
| 31911640 | + | 5900 Croom Station LLC, c/o Kempes Jean, 9200 Corporate Blvd., Ste. 320, Rockville, MD 20850-3862 |
| 31911641 | + | American Financial Network, Inc., 10 Pointe Dr., Suite 330, Brea, CA 92821-7620 |
| 31911642 | + | Axis Equity Group LLC, c/o Sarah Pastoriza, 2503 D N. Harrison St., #304, Arlington, VA 22207-1640 |
| 31607639 | + | Dyck-O'Neal, Inc., C/O Parker, Simon & Kokolis, LLC, 110 N. Washington St., Ste 500, Rockville, MD 20850-2230 |
| 31911643 | + | Green and Gold Properties LLC, 42637 Bradfords Telg Ct., Chantilly, VA 20152-6323 |
| 31374553 | + | IRS, 1260 Maryland Avenue, Hagerstown, MD 21740-7248 |
| 31911645 | + | International Constructions Consultant LLC, 19300 Erin Tree Court, Gaithersburg, MD 20879-4973 |
| 31374554 | + | Jack Fisher, 209 Whitetail Dr, Bellefonte, PA 16823-6814 |
| 31836896 | + | KEMPES JEAN and LORI LEE JEAN, John D. Burns, Esquire, The Burns LawFirm, LLC, 6303 Ivy Lane; Suite 102, Greenbelt, Maryland 20770-6322 |
| 31571962 | | Kimberly B. Stephens, Comptroller of Maryland, 301 West Preston Street, Room 410, Baltimore, MD 21201-2383 |
| 31911646 | + | Kurland Law Group, 211 Jersey Ln., Rockville, MD 20850-7759 |
| 31374556 | + | Manual & Sports Physical Therapy, 121 Congressional Lane #602, Rockville, MD 20852-1562 |
| 31402614 | + | Mercedes-Benz Financial Services USA LLC, 13650 Heritage Parkway, Fort Worth, TX 76177-5323 |
| 31374559 | + | PNC Bank, 300 Fifth Ave, Pittsburgh, PA 15222-2401 |
| 31911648 | + | Regeneld Miner, 5900 Croom Station, Upper Marlboro, MD 20772-9503 |
| 31911649 | + | Restoration Capital, 4000 Legato Rd., Ste 1100, Fairfax, VA 22033-2893 |
| 31911650 | + | Richard D. London, Esq., Richard D. London & Associates, P.C., 2441 Linden Ln., Silver Spring, MD 20910-1230 |
| 31911651 | + | Roddy Jean, 12919 Broadmore Rd., Silver Spring, MD 20904-3114 |
| 31911652 | + | Tara Adams and Robert Adams, c/o Melissa B. Brisman, Esq., 1 Paragon Dr. #158, Montvale, NJ 07645-1728 |
| 31911653 | + | Temple View Capital, 7550 Wisconsin Ave., Ste 1000, Bethesda, MD 20814-5497 |
| 31374564 | | The Money Source, PO Box 619063, Dallas, TX 75261-9063 |
| 31911654 | + | Washington DC CCU, PO Box 96934, Washington, DC 20090-6934 |
| 31911655 | + | Washington DC Central Collection Unit, PO Box 1117, Charlotte, NC 28201-1117 |
| 31911656 | + | William Warren, 19308 Erin Tree Ct., Gaithersburg, MD 20879-4973 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 31374546 | Email/Text: bncnotifications@pheaa.org | Jul 06 2022 19:19:00 | American Education Services, PO Box 2461, Harrisburg, PA 17105-2461 |
| 31374547 | Email/PDF: gecsedi@recoverycorp.com | Jul 06 2022 19:20:28 | Banana Republic, PO Box 530942, Altanta, GA 30353-0942 |

Case 20-10883   Doc 271   Filed 07/08/22   Page 2 of 8

| District/off: 0416-0 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 06, 2022 | Form ID: pdfall | Total Noticed: 61 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 31374548 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 06 2022 19:20:33 | Best Buy, PO Box 9001007, Louisville, KY 40290-1007 |
| 31374566 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Jul 06 2022 19:19:00 | Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |
| 31374550 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 06 2022 19:20:31 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 31445776 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 06 2022 19:20:35 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 31571442 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 06 2022 19:20:33 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 31374549 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 06 2022 19:20:36 | Bloomingdales, PO Box 78008, Phoenix, AZ 85062-8008 |
| 31374555 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 06 2022 19:20:29 | Macys, PO Box 78008, Phoenix, AZ 85062-8008 |
| 31571276 | | Email/Text: bnc-quantum@quantum3group.com | Jul 06 2022 19:20:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 31374552 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 06 2022 19:20:00 | Express, PO Box 659728, San Antonio, TX 78265-9728 |
| 31911644 | + | Email/Text: Harris@ebn.phinsolutions.com | Jul 06 2022 19:20:00 | Harris & Harris, Ltd., 111 W. Jackson Blvd., Ste 400, Chicago, IL 60604-4135 |
| 31911647 | + | Email/Text: mmuller@mdmullerlaw.com | Jul 06 2022 19:20:00 | Marion Dere Muller, Esq., 17 W. Jefferson St., STE 100, Rockville, MD 20850-4233 |
| 31374557 | + | Email/Text: ccubankruptcy.notices@maryland.gov | Jul 06 2022 19:19:00 | Maryland Central Collection Unit, 300 W. Preston Street, Baltimore, MD 21201-2307 |
| 31565494 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 06 2022 19:20:00 | NAVY FEDERAL CREDIT UNION, PO BOX 3000, MERRIFIELD VA 22119-3000 |
| 31374558 | | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 06 2022 19:20:00 | Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100 |
| 31463384 | + | Email/Text: bncnotifications@pheaa.org | Jul 06 2022 19:19:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 31461841 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 06 2022 19:20:31 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 31435124 | | Email/Text: bnc-quantum@quantum3group.com | Jul 06 2022 19:20:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 31544186 | | Email/Text: ccubankruptcy.notices@maryland.gov | Jul 06 2022 19:19:00 | State of Maryland Central Collection Unit, 300 West Preston Street 5th flr, Baltimore, MD 21201-2120 |
| 31374560 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 06 2022 19:20:31 | Saks Fifth Avenue, PO Box 71106, Charlotte, NC 28272-1106 |
| 31374561 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 06 2022 19:20:36 | Sears Mastercard, PO Box 6275, Sioux Falls, SD 57117-6275 |
| 31374567 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Jul 06 2022 19:20:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 31567970 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 06 2022 19:20:35 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 31374562 | | Email/PDF: gecsedi@recoverycorp.com | Jul 06 2022 19:20:28 | Synchrony Home, PO Box 960061, Orlando, FL 32896-0061 |
| 31475542 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 06 2022 19:20:35 | TD Bank, USA, by American InfoSource as agent, |

| District/off: 0416-0 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 06, 2022 | Form ID: pdfall | Total Noticed: 61 |

| | | | |
|---|---|---|---|
| 31374563 | Email/Text: bncmail@w-legal.com | | 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| | | Jul 06 2022 19:19:00 | Target, PO Box, 660170Dallas, TX 75266-0170 |
| 31374565 | ^  MEBN | Jul 06 2022 19:14:27 | Taxing Authority of Montgomery County, Division of Treasury, 255 Rockville Pike, Ste. L-15, Rockville, MD 20850-4188 |
| 31402615 | Email/Text: bankruptcydept@wyn.com | Jul 06 2022 19:20:00 | Wyndham Vacation Resorts, P.O. Box 98940, Las Vegas, NV 89193 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 31374551 | | Comptroller of Maryland, Revenue Administration Division, 110 Carroll Street |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 08, 2022          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexander V Cranford | cranford@ewmd.com |
| Daniel J. Pesachowitz | dpesacho@siwpc.com rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Frank J. Mastro | fmastro@schlosslaw.com |
| Gary A. Rosen | trusteerosen@gmail.com  md40@ecfcbis.com,grosen@garyrosenchartered.com |
| John D. Burns | info@burnsbankruptcyfirm.com burnslaw3@gmail.com,burnslaw6@gmail.com,notices@nextchapterbk.com,pacerecfemails@gmail.com,2634@notices.nextchapterbk.com |
| Lisa Yonka Stevens | lisa.y.stevens@usdoj.gov |
| Pierre George Zalzal | PZALZAL@PSKFIRM.COM |
| Roger Schlossberg | trustee@schlosslaw.com  MD20@ecfcbis.com |

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 4 of 4 |
| Date Rcvd: Jul 06, 2022 | Form ID: pdfall | Total Noticed: 61 |

Ruth O. Katz
    rokatz@lerchearly.com kdlevy@lerchearly.com,apjessell@lerchearly.com

Shirlie Lake
    lake@ewmd.com

William David Day
    day@williamdaylaw.com victoria@williamdaylaw.com

TOTAL: 11

Entered: July 6th, 2022
Signed: July 6th, 2022
**SO ORDERED**



**LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| **In re:**<br><br>**KEMPES JEAN and<br>LORI LEE JEAN**<br><br>  **Debtors.** | Case No.   20-10883-LSS<br>Chapter 7 |
| **JOHN P. FITZGERALD, III**<br><br>  **Plaintiff,**<br><br>   v.<br><br>**KEMPES JEAN and<br>LORI LEE JEAN**<br><br>  **Defendants.** | **Adversary No.: 21-00106-LSS** |

**STIPULATION AND CONSENT TO REVOKE DISCHARGE AND
WAIVER OF DISCHARGE AS TO KEMPES JEAN AND DISMISSAL
<u>OF COMPLAINT TO REVOKE DISCHARGE AS TO LORI LEE JEAN</u>**

John P. Fitzgerald, III, Acting United States Trustee for Region 4 ("United States Trustee"), Plaintiff, and Kempes and Lori Lee Jean, Defendants, by counsel, hereby enter into this Stipulation and Consent Order:



WHEREAS, on January 22, 2020, the Defendants filed a voluntary petition under chapter 7 of the Bankruptcy Code, Case No. 20-10883-LSS ("Main Case") [Main Case, Dkt. No. 1];

WHEREAS, the Defendants were granted a discharge under 11 U.S.C. § 727 on July 14, 2020 [Main Case, Dkt. No. 53];

WHEREAS, on May 10, 2021, the United States Trustee filed a Complaint to Revoke Discharge, initiating adversary proceeding 21-00106-LSS ("Adversary Case") [Adv. Case, Dkt. 1];

WHEREAS, on September 29, 2021, the Defendants filed an Answer to the Complaint to Revoke Discharge [Adv. Case, Dkt. 22]; and

WHEREAS, the parties have agreed to consensually resolve the Adversary Case.

NOW, THEREFORE, it is stipulated and agreed by and between the parties, and it is hereby ORDERED, ADJUDGED and DECREED by this Court that:

1. The recitals set forth above form an integral and substantive part of this Stipulation and Consent Order and are incorporated herein;

2. The discharge granted on July 14, 2020, pursuant to 11 U.S.C. § 727 is hereby REVOKED as to Kempes Jean;

3. Kempes Jean's Consent to Revocation of Discharge and Waiver of Discharge be and hereby is APPROVED;

4. Kempes Jean shall not receive a discharge of debts pursuant to 11 U.S.C. § 727(a)(10);

5. All creditors of Kempes Jean shall be notified of the termination of the automatic stay as to acts against Kempes Jean, individually, and nothing herein effects the automatic stay as to acts against property of the estate; and

2

6. The Complaint to Revoke Discharge as to Lori Lee Jean be and hereby is DISMISSED.

I ASK FOR THIS:

_____
Kempes Jean

_____
Lori Lee Jean

CONSENTED TO:

| | |
|---|---|
| */s/ Lisa Yonka Stevens* | */s/ John D. Burns* |
| Lisa Yonka Stevens, Bar No. 27728 | John D. Burns, Bar No. 22777 |
| Trial Attorney | The Burns Law Firm, LLC |
| Office of the United States Trustee | 6303 Ivy Lane, Suite 102 |
| 6305 Ivy Lane, Suite 600 | Greenbelt, Maryland 20770 |
| Greenbelt, Maryland 20770 | (301)441-8780 |
| (301) 344-6216 | info@burnsbankruptcyfirm.com |
| Lisa.Y.Stevens@usdoj.gov | |
| | Counsel to Kempes and Lori Lee Jean |
| Counsel to John P. Fitzgerald, III | |
| Acting United States Trustee for Region 4 | |

I HEREBY CERTIFY that the terms of the copy of the Stipulation and Consent Order submitted to the Court are identical to those set forth in the original; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original stipulation and consent order.

*/s/ Lisa Yonka Stevens*
Lisa Yonka Stevens

cc:
John D. Burns:   info@burnsbankruptcyfirm.com, burnslaw3@gmail.com; burnslaw6@gmail.com;notices@nextchapterbk.com;pacerecfemails@gmail.com;2634@notices.nextchapterbk.com
Alexander V Cranford:   cranford@ewmd.com

3

William David Day:   day@williamdaylaw.com, victoria@williamdaylaw.com
Ruth O. Katz:   rokatz@lerchearly.com, kdlevy@lerchearly.com; apjessell@lerchearly.com
Shirlie Lake:   lake@ewmd.com
Frank J. Mastro:   fmastro@schlosslaw.com
Daniel J. Pesachowitz:   dpesacho@siwpc.com, rjones@siwpc.com; bkreferrals@siwpc.com; siwbkecf@siwpc.com; siwpc@ecf.courtdrive.com; siwattecf@siwpc.com
Gary A. Rosen:   trusteerosen@gmail.com, md40@ecfcbis.com; grosen@garyrosenchartered.com
Gary A. Rosen:   trusteerosen@gmail.com, md40@ecfcbis.com; grosen@garyrosenchartered.com; rosengr96483@notify.bestcase.com
Roger Schlossberg:   bkcreditor@schlosslaw.com, jkemmerer@schlosslaw.com
Roger Schlossberg:   trustee@schlosslaw.com, MD20@ecfcbis.com
Pierre George Zalzal:   PZALZAL@PSKFIRM.COM
Lisa Yonka Stevens: lisa.y.stevens@usdoj.gov

And by first-class mail, postage prepaid to all creditors and parties in interest on the Court's mailing matrix.

**END OF ORDER**