UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| KEMPES JEAN and | * | |
| LORI LEE JEAN | * | Case No. 20-10883 |
| | * | Chapter 7 |
| | * | |
| Debtor(s) | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

<u>LINE</u>

Kempes Jean and Lori Lee Jean (the "Debtor"), by and through her undersigned counsel John D. Burns and the Burns Law Firm, LLC hereby files this line notifying the court of a new address effective 08/01/2022 as follows:

>Comptroller of Maryland
>110 Carroll St
>Annapolis, MD 21411

The Debtor requests all future correspondences are directed to the new address beginning August 1, 2022.

Respectfully Submitted,

<u>/s/ John D. Burns</u>
John D. Burns, Esquire #22777
The Burns LawFirm, LLC
6303 Ivy Lane: Suite 102
Greenbelt, MD 20770
info@burnsbankruptcyfirm.com
(301) 441-8780
Counsel for Debtor(s)

Dated:  <u>July 31, 2022</u>