# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:      Case No.: **20–10883 – LSS**      Chapter: **7**

**Kempes Jean and**
**Lori Lee Jean**
Debtors

## AMENDED NOTICE OF REVOCATION OF DISCHARGE

Pursuant to Federal Bankruptcy Rule 4006, notice is hereby given of the entry of an Order Revoking the Discharge as to Kempes Jean on 7/6/2022, in Office of the United States Trustee against Kempes Jean and Lori Lee Jean, Adversary Proceeding No. 21–00106.

No notice of appeal from this order has been filed, and no motion of the kind as made applicable by Federal Bankruptcy Rule 9024 has been filed.

The Discharge in the above–referenced bankruptcy case has been revoked.

Dated: 8/10/22

Mark A. Neal, Clerk of Court
by Deputy Clerk, Michelle Maloney–Raymond
410–962–4373

cc:     All Parties
         All Counsel
         All Creditors

nrevdend (08/2006)